

**COLORADO**
Department of
Regulatory Agencies
Colorado Civil Rights Division

Christopher Gregory
201 Coffman St., #1822
Longmont, Colorado 80502

September 17, 2025

RE: CCRD Intake Inquiry No. E-31792x - Gregory v. The Colorado Commission on Judicial Discipline

Dear Christopher Gregory,

The Colorado Civil Rights Division is in receipt of your above-referenced employment discrimination intake questionnaire.  Upon review of the information that you provided, it appears that the Division lacks jurisdiction over your allegations pursuant to the Colorado Anti-Discrimination Act (CADA), and therefore, the Division is unable to investigate this matter.  Specifically, the allegations fail to assert any actionable claim of a violation of Colorado's employment anti-discrimination statute, as defined and required by the provisions of CADA.  C.R.S. § 24-34-402.  Moreover, the claims at issue would nonetheless be barred as untimely per C.R.S. § 24-34-403.

Accordingly, the Division is closing this matter and will take no further action. You may want to consult with an attorney in order to determine other legal options available to you.

Sincerely,

Colorado Civil Rights Division



PLAINTIFF'S
EXHIBIT

**3**



## Christopher Gregory

| | |
|---|---|
| **From:** | Christopher Gregory |
| **Sent:** | Monday, September 29, 2025 10:00 PM |
| **To:** | CCRD |
| **Subject:** | FW: Notice of Appeal Form |

Good Evening,

If you could respond to the correspondence below, it would be greatly appreciated.

Sincerely,

Christopher Gregory



The Gregory Law Firm, LLC

Christopher S.P. Gregory
Attorney at Law

201 Coffman St., #1822, Longmont, CO 80502
● Phone:  970.648.0642 ● Fax:  970.648.0643 ●

This e-mail transmission contains information from the Gregory Law Firm, LLC which may be confidential or protected by the attorney-client privilege.  If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited.  If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.

**From:** Christopher Gregory
**Sent:** Wednesday, September 24, 2025 4:27 PM
**To:** 'CCRD Intake - DORA, DORA' <dora_ccrdintake@state.co.us>
**Subject:** RE: Notice of Appeal Form

Good Afternoon,

Please explain how a jurisdictional dismissal is any different from a "no probable cause" determination as an adjudication subject to appeal under the Colorado Administrative Procedures Act § 24-4-102(2)-(3), (10), § 24-4-105(14)(a)(II), C.R.S.  The Colorado Civil Rights Commission may ultimately affirm the Civil Rights Division's jurisdictional dismissal but the Civil Rights Division does not have authority to prevent the filing of an appeal from either a formal or an informal adjudication to the Colorado Civil Rights Commission.  The unavailability of agency/commission review through your interpretation of § 24-34-306(2)(b)(I)(A), C.R.S. and 3 CCR 708-1 Rule 10.6 is a violation of due process and rights to be heard under the 14th Amendment to the U.S. Constitution, Colo. Const. Art. II, § 25, and § 24-4-105(1), C.R.S.

I have separately submitted a CORA request for the Notice of Appeal form.  Please provide a copy of the form so that I can file it with you and allow the Civil Rights Commission to address this issue as well as the merits of an administrative appeal.

1

Sincerely,

Christopher Gregory



The Gregory Law Firm, LLC
Christopher S.P. Gregory
Attorney at Law

201 Coffman St., #1822, Longmont, CO 80502
● Phone:  970.648.0642 ● Fax:  970.648.0643 ●

This e-mail transmission contains information from the Gregory Law Firm, LLC which may be confidential or protected by the attorney-client privilege.  If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited.  If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.

**From:** CCRD Intake - DORA, DORA <dora_ccrdintake@state.co.us>
**Sent:** Wednesday, September 24, 2025 3:51 PM
**To:** Christopher Gregory <cspgregory@thegregorylawfirm.net>
**Cc:** CCRD <dora_ccrd@state.co.us>
**Subject:** Re: Notice of Appeal Form

Good afternoon,

Thank you for your email.  Please note that the right to an appeal as discussed in C.R.S. 24-34-306(2)(b)(I)(A) and Commission Rule 10.6 (3 CCR 708-1) applies only to a "no probable cause" determination following an investigation into a formalized, jurisdictional complaint.  In this circumstance, the governing laws do <u>not</u> provide for any right to an appeal as the allegations are not jurisdictional and cannot be formalized into a valid complaint for investigation.

---------- Forwarded message ---------
From: **Christopher Gregory** <cspgregory@thegregorylawfirm.net>
Date: Sun, Sep 21, 2025 at 4:20 PM
Subject: Notice of Appeal Form
To: dora_ccrd@state.co.us <dora_ccrd@state.co.us>

Good Afternoon,

I received notice that the Civil Rights Division dismissed my retaliation claim filed in Inquiry No. E-31792x and brought according to § 24-34-402(1)(e), C.R.S., as further defined by 3 CCR 708-1 Rule 85.1(D).  I dispute this determination as well as the conclusion that the inquiry is untimely given that the retaliation against me is ongoing through barriers to seeking remedies via my former employer's own internal processes/rules.  I understand that I am entitled to appeal this dismissal to the Colorado Civil Rights Commission under 3 CCR 708-1:10.6.  Unfortunately, the CCRD and the CCRC's website does not appear to contain the required notice of appeal form.  Please provide the form or direct me to where I might find it on the

website.  The status of my case in CaseConnect has changed from "intake" to "on hold."  I am assuming that the next step is for me to file the notice of appeal form with your office.

I appreciate your assistance with this request.

Warmest regards,

Christopher Gregory

 The Gregory Law Firm, LLC

Christopher S.P. Gregory

Attorney at Law

201 Coffman St., #1822, Longmont, CO 80502

● Phone:  970.648.0642 ● Fax:  970.648.0643 ●

This e-mail transmission contains information from the Gregory Law Firm, LLC which may be confidential or protected by the attorney-client privilege.  If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited.  If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.

--
Intake Unit
Colorado Civil Rights Division



1560 Broadway Street, Suite 825, Denver, CO 80202
(303) 894-2997  |  dora_ccrdintake@state.co.us
https://ccrd.colorado.gov

**CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not an intended recipient you are not authorized to disseminate,**

3

distribute or copy this e-mail. Please notify the sender immediately if you have received this e-mail by mistake and delete this e-mail and any attachments from your system.

## Christopher Gregory

| | |
|---|---|
| **From:** | McPherson - DORA, Jennifer <jennifer.mcpherson@state.co.us> |
| **Sent:** | Wednesday, October 1, 2025 12:20 PM |
| **To:** | Christopher Gregory |
| **Subject:** | CORA request |
| **Attachments:** | Appeal Instructions & Notice of Appeal Form.pdf |

Dear Mr. Gregory,

Thank you for your message, which was forwarded to me for follow-up. The appeal form that you requested is attached.

Please feel free to contact me if you have any questions.

Sincerely,

**Jennifer McPherson**
**Deputy Director**



P: 303-894-7818
1560 Broadway, Suite 825, Denver, CO 80202
jennifer.mcpherson@state.co.us
https://ccrd.colorado.gov/
Pronouns:  she/her/hers

1

**C O L O R A D O**
**Department of**
**Regulatory Agencies**
Colorado Civil Rights Division

## HOW TO FILE AN APPEAL OF THE DIRECTOR'S DETERMINATION

<u>Commission's Authority</u>

You have been issued a Determination dismissing your case regarding your charge of discrimination. If you disagree with the Director's decision in the dismissal of your charge, you have the right to appeal that determination [C.R.S. 24-34-306 (2)(b)(I)(A)] to the Colorado Civil Rights Commission (Commission). The Commission is a separate and distinct body from the Colorado Civil Rights Division (CCRD). The Commission is composed of seven members appointed by the Governor and one of its many functions is to review properly filed appeals.

The Commission has the option to either:

1) *Uphold* the Director's determination, thus dismissing your case;

2) *Remand* the case to the Division for further investigation on a specific issue; or

3) *Reverse* the Director's determination.

**Only a Complainant may file an appeal of the Director's no probable cause determination. A probable cause finding cannot be appealed by the Respondent.**

<u>Filing Requirements</u>

**The appeal process is <u>not</u> intended to simply review the evidence already submitted, which formed the basis of the Director's determination.** The Commission will only consider a properly filed appeal wherein:

- *Available, substantial, and relevant evidence exists now that was previously not available, presented, and considered during the investigation; or*
- *There is clear evidence that existing evidence was misinterpreted, or the determination was based on erroneous information.*

**In both, it is your responsibility to submit the above information along with the Notice of Appeal Form.**

<u>Filing Procedure</u>

**The Notice of Appeal form and relevant documentation <u>MUST</u> be received in the Civil Rights Division's office <u>WITHIN 10 DAYS</u> from the date of the mailing of the Director's Determination. <u>If your appeal is not received within the 10-day time limit, you will lose your right to appeal.</u>** Filling out any other form included in this mailing does not change the 10-day deadline for appeal. If you wish to appeal but cannot file a written appeal within the 10-day time limit, contact the Appeal Coordinator *before* the 10-day period is over to request an extension of the filing deadline.  A verbal request for an extension must be confirmed in writing and an extension is not official until approved by the Commission or the Commission's designee. Requesting an extension does not mean the request will be approved. Extension requests will be granted for good cause.

If you are asserting that *relevant evidence exists now that was previously not available, presented, and considered during the investigation*, you will need to attach a copy of that evidence with your Notice of Appeal.  If you assert that there is witness testimony to support your appeal, please submit a statement from your witness(es).  It is not sufficient for you to simply provide the name of the witness(es). The witness statement(s) should include testimony that is specifically relevant to your case and argument.  It must also include the current telephone number(s) and address(es) of the witness(es). Witness statements need not be notarized.

If you are asserting that *existing evidence was misinterpreted or the determination was based on erroneous information*, you will need to identify the particular evidence and specific facts that were misinterpreted. You must also specify how this misinterpretation affected the overall case decision. It is not sufficient to simply state that you disagree with the Director's decision.

Upon receipt of your Notice of Appeal, if it is determined that the appeal is either:

**1) untimely;**
**2) you have failed to provide new evidence that was previously unavailable; or**
**3) you have failed to identify specific information regarding a misinterpretation of evidence or erroneous basis for the determination;**

you will be notified in writing that your appeal has been denied.  You will also be provided with a Notice of Dismissal, and, in Employment cases, you will be provided with a notification regarding the allowable time frames in which you may file an action in civil court.

If you have submitted the necessary information required for consideration, your case will be reviewed on appeal by the Commission at a regularly scheduled Commission meeting.  You will be notified of the Commission meeting date for your appeal review.

<u>General Information</u>

It is <u>not</u> necessary for you to file an appeal in order to exhaust the administrative process. In Employment cases, the Letter of Determination includes the notice of Right to Sue, which allows you to file your case in the civil court having appropriate jurisdiction.

If you are filing an appeal, please return the Notice of Appeal Form and documentation to:

**COLORADO CIVIL RIGHTS DIVISION**
Attn: Appeal Coordinator
1560 Broadway, Suite 825
Denver, CO  80202-5143
By fax: (303) 894-7830
By email: dora_ccrd@state.co.us

## COLORADO
### Department of Regulatory Agencies
Colorado Civil Rights Division

### NOTICE OF APPEAL TO THE COLORADO CIVIL RIGHTS COMMISSION

**Appeal Instructions:**

If you are filing an Appeal, this form must be submitted **within ten (10) days of the date of the mailing of the Director's determination of no probable cause**. Attach additional pages and/or documents as necessary.

**Charge Number:** _____

**Complainant:** _____

**Address:** _____ **Apt. Number:** _____

**City:** _____ **State:** _____ **Zip Code:** _____

**Telephone Number(s):** _____

**Respondent:** _____

**A.  New Information Available**:  What evidence is now available that was not available and presented during the investigation?   What is the relevance and significance of this information to your case? Please attach copies of the new information, including any witness statements.

**B.  Facts in Dispute**: What material facts presented in the Director's determination are incorrect or were misinterpreted?   Please attach your argument and documentation to support your claim or make specific reference to evidence previously submitted in the investigation.

NOTE: Failure to state a specific reason or reasons for appeal will result in the automatic denial of a review of your appeal by the Commission.

After it is determined your appeal filing is accepted and warrants consideration, the appeal will be scheduled for review at a regularly scheduled Commission meeting.  You will be notified of the date of your scheduled appeal review.

_____          _____

**Signature**                                                                  **Date**

**Please return this form to:**
Colorado Civil Rights Division
Attn: Appeal Coordinator
1560 Broadway, Suite 825
Denver, CO 80202-5143
Fax: 303.894.7830
Email: dora_ccrd@state.co.us

## Christopher Gregory

| | |
|---|---|
| **From:** | Christopher Gregory |
| **Sent:** | Wednesday, October 1, 2025 1:22 PM |
| **To:** | 'dora_ccrd@state.co.us' |
| **Subject:** | Notice of Appeal--Inquiry No. E31792x |
| **Attachments:** | 251001 CSPG-CCRC Ntc of Admin Appeal_flat.pdf |

Good Afternoon,

Please accept the attached Notice of Appeal as my request for agency/Commission review of the Civil Rights Division's jurisdictional decision. I will follow up with a second email providing links to the complete additional materials that I have uploaded into the CaseConnect system. Thank you for your assistance in filing this Notice of Appeal / request for Commission review with the Commission.

Sincerely,

Christopher Gregory



The Gregory Law Firm, LLC

Christopher S.P. Gregory
Attorney at Law

201 Coffman St., #1822, Longmont, CO 80502
● Phone: 970.648.0642 ● Fax: 970.648.0643 ●

This e-mail transmission contains information from the Gregory Law Firm, LLC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.



**COLORADO**
Department of
Regulatory Agencies
Colorado Civil Rights Division

## NOTICE OF APPEAL TO THE COLORADO CIVIL RIGHTS COMMISSION

**Appeal Instructions:**

If you are filing an Appeal, this form must be submitted **within ten (10) days of the date of the mailing of the Director's determination of no probable cause.** Attach additional pages and/or documents as necessary.

**Charge Number:** _Intake Inquiry No. E-31792x_

**Complainant:** __Christopher Gregory__

**Address:** _201 Coffman St., #1822_ **Apt. Number:** _____

**City:** __Longmont__ **State:** __CO__ **Zip Code:** _80502_

**Telephone Number(s):** _970-648-0642_

**Respondent:** __The Colorado Commission on Judicial Discipline__

**A. New Information Available**: What evidence is now available that was not available and presented during the investigation?   What is the relevance and significance of this information to your case? Please attach copies of the new information, including any witness statements.

An additional supplement submitted as part of the Colorado Judicial Discipline Rulemaking Committee's process is attached with a copy of related attorney discipline complaints submitted to the U.S. District Court and the 10th Circuit.  The documents have also been uploaded into the CaseConnect System.  Because of limitations on file size, however, some of the documents are only available through the FTP link that I have provided with the submission of this Notice of Appeal.  These documents are relevant to continued deprivation of my fundamental right to be heard and to other constitutional / statutory due process guarantees.

**B. Facts in Dispute**: What material facts presented in the Director's determination are incorrect or were misinterpreted?   Please attach your argument and documentation to support your claim or make specific reference to evidence previously submitted in the investigation.

Even though a jurisdictional basis was specifically explained in my underlying Statement of Discrimination, the Division's Intake Division summarily dismissed my inquiry and, then, asserted that I had no recourse to administratively appeal the decision to the Commission.  An appellate right is, however, provided through the Colorado Administrative Procedures Act, § 24-4-102(2)-(3), (10) and § 24-4-105(1), (14)(a)(II), C.R.S.  Again, I assert that my Statement of Discrimination contains a sufficient factual basis for jurisdiction under § 24-34-402(1)(e), C.R.S., as further defined by 3 CCR 708-1 Rule 85.1(D), and is timely because the illegal conduct / retaliation / discrimination / unfair employment practice is ongoing.

NOTE: Failure to state a specific reason or reasons for appeal will result in the automatic denial of a review of your appeal by the Commission.

After it is determined your appeal filing is accepted and warrants consideration, the appeal will be scheduled for review at a regularly scheduled Commission meeting.  You will be notified of the date of your scheduled appeal review.

_____     _October 1, 2025_____
**Signature**                                                              **Date**

**Please return this form to:**
Colorado Civil Rights Division
Attn: Appeal Coordinator
1560 Broadway, Suite 825
Denver, CO 80202-5143
Fax: 303.894.7830
Email: dora_ccrd@state.co.us

## Christopher Gregory

**From:** Christopher Gregory
**Sent:** Wednesday, October 1, 2025 1:24 PM
**To:** 'dora_ccrd@state.co.us'
**Subject:** RE: Notice of Appeal--Inquiry No. E31792x
**Attachments:** Attachments.txt

---

### ShareFile Attachments                                Expires April 2, 2026

---

| | |
|---|---:|
| 250930 CSPG CJDRC Ltr 3rd Supp Pub Com...RFE.pdf | 6.4 MB |
| 250930 CSPG D. Colo & 10th Cir Atty Discipl ...int.pdf | 231.8 KB |
| Ex 1.pdf | 1.5 MB |
| Ex 2.pdf | 1.9 MB |
| Ex 3.pdf | 61.1 MB |
| Ex 4.pdf | 11.2 MB |
| Ex 5.pdf | 233.8 KB |
| Ex 6.pdf | 478.2 KB |
| Ex 7.pdf | 6.4 MB |
| Ex 8.pdf | 6.2 MB |

**Download Attachments**

Christopher Gregory uses ShareFile to share documents securely.

Good Afternoon,

Here are links to download the full additional documents referenced in my Notice of Appeal.

Sincerely,

Christopher Gregory



The Gregory Law Firm, LLC
Christopher S.P. Gregory
Attorney at Law

1

201 Coffman St., #1822, Longmont, CO 80502
● Phone:  970.648.0642 ● Fax:  970.648.0643 ●

This e-mail transmission contains information from the Gregory Law Firm, LLC which may be confidential or protected by the attorney-client privilege.  If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited.  If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.

**From:** Christopher Gregory
**Sent:** Wednesday, October 1, 2025 1:22 PM
**To:** 'dora_ccrd@state.co.us' <dora_ccrd@state.co.us>
**Subject:** Notice of Appeal--Inquiry No. E31792x

Good Afternoon,

Please accept the attached Notice of Appeal as my request for agency/Commission review of the Civil Rights Division's jurisdictional decision.  I will follow up with a second email providing links to the complete additional materials that I have uploaded into the CaseConnect system.  Thank you for your assistance in filing this Notice of Appeal / request for Commission review with the Commission.

Sincerely,

Christopher Gregory



The Gregory Law Firm, LLC
Christopher S.P. Gregory
Attorney at Law

201 Coffman St., #1822, Longmont, CO 80502
● Phone:  970.648.0642 ● Fax:  970.648.0643 ●

This e-mail transmission contains information from the Gregory Law Firm, LLC which may be confidential or protected by the attorney-client privilege.  If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited.  If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.

2

## Christopher Gregory

| | |
|---|---|
| **From:** | Christopher Gregory |
| **Sent:** | Thursday, October 2, 2025 3:19 PM |
| **To:** | CCRD |
| **Subject:** | Additional Evidence--Inquiry No. E31792x |
| **Attachments:** | 251002 CSPG CJDRC Ltr 4th Supp Pub Commts & RFE.pdf |

Good Afternoon,

The attached 4th supplement to my public comments and RFE is relevant to the notice of appeal that I submitted yesterday.  I have also uploaded this into the CaseConnect system.  Thank you again for your help in facilitating the communication of this information to the Colorado Civil Rights Commission.

Warmest regards,

Christopher Gregory



The Gregory Law Firm, LLC
Christopher S.P. Gregory
Attorney at Law

201 Coffman St., #1822, Longmont, CO 80502
● Phone:  970.648.0642 ● Fax:  970.648.0643 ●

This e-mail transmission contains information from the Gregory Law Firm, LLC which may be confidential or protected by the attorney-client privilege.  If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited.  If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.

## Christopher Gregory

| | |
|---|---|
| **From:** | CCRD <dora_ccrd@state.co.us> |
| **Sent:** | Friday, October 10, 2025 10:35 AM |
| **To:** | Christopher Gregory |
| **Subject:** | E##00031792x Christopher Gregory v. The Colorado Commission on Judicial Discipline |
| **Attachments:** | Appeal Denied Notice E##00031792x.pdf |

Hello,

Please see the attached letter regarding the above-referenced case.

Respectfully,

**Colorado Civil Rights Division**
P: 303-894-2997| F: 303-894-7830
1560 Broadway, Suite 825, Denver, CO 80202
dora_ccrd@state.co.us | https://ccrd.colorado.gov/



CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not an intended recipient, you are not authorized to disseminate, distribute, or copy this email. Please notify the sender immediately if you have received this email by mistake and delete this email and any attachments from your system.

1



Sent via email only.

October 10, 2025

Christopher Gregory
201 Coffman St., #1822
Longmont, CO 80502
cspgregory@thegregorylawfirm.net

RE: Complaint No E##00031792x
    Christopher Gregory v. The Colorado Commission on Judicial Discipline

Dear Christopher Gregory,

This notice is to acknowledge receipt of your appeal form, submitted on October 1, 2025, concerning the above-referenced matter.

Upon review of the submitted information, it has been determined that the appeal does not satisfy the required elements as defined by C.R.S. 24-34-306 (2)(b)(I)(A). Therefore, the request for appeal is denied.

On behalf of the Commission,

Aubrey Catanach Sullivan, Esq.
Division Director

1560 Broadway, Suite 825, Denver, CO 80202    P 303.894.2997    ccrd.colorado.gov/



## Christopher Gregory

**From:**          Christopher Gregory
**Sent:**          Saturday, October 18, 2025 11:10 AM
**To:**            'dora_ccrd@state.co.us'
**Subject:**       Complaint No. E#31792x
**Attachments:**   251018 CSPG Resp CCRD Ltr Deny Admin Appeal.pdf


Good Morning,

Please see attached letter relevant to an administrative appeal in this matter.

Sincerely,

Christopher Gregory



The Gregory Law Firm, LLC
Christopher S.P. Gregory
Attorney at Law

201 Coffman St., #1822, Longmont, CO 80502
● Phone: 970.648.0642 ● Fax: 970.648.0643 ●

This e-mail transmission contains information from the Gregory Law Firm, LLC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.

# The Gregory Law Firm, LLC

Christopher S.P. Gregory
Attorney at Law

cspgregory@thegregorylawfirm.net

October 18, 2025

Director Aubrey Catanach Sullivan
Colorado Civil Rights Division
1560 Broadway, Suite 825
Denver, CO 80202
**Via Email: dora_ccrd@state.co.us**

Dear Director Sullivan,

Thank you for acknowledging receipt of the notice of appeal form that I submitted on October 1, 2025 as to Complaint No. E#31792x.

Although you have signed your letter "On behalf of the Commission," it is not clear under what circumstances the Colorado Civil Rights Commission considered my administrative appeal of your Division's jurisdictional dismissal or why the appeal is being "denied" without explanation.

As grounds for the denial, you state that the appeal "does not satisfy the required elements as defined by C.R.S. 24-34-306(2)(b)(I)(A)."  § 24-34-306(2)(b)(I)(A), C.R.S., however, merely states:

> (2)(b) The director or the director's designee, who shall be an employee of the division, shall determine as promptly as possible whether probable cause exists for crediting the allegations of the charge, and shall follow one of the following courses of action:
>
> (I) If the director or the director's designee determines that probable cause does not exist, he or she shall dismiss the charge and shall notify the person filing the charge and the respondent of the dismissal. In addition, in the notice, the director or the director's designee shall advise both parties:
>
> (A) That the charging party has the right to file an appeal of the dismissal with the commission within ten days after the date the notification of dismissal is mailed[.]

As explained in my Notice of Appeal, the administrative appeal was made both according to § 24-34-306(2)(b)(I)(A), C.R.S. and more generally under the Colorado Administrative Procedures Act (§ 24-4-102(2)-(3), (10) and § 24-4-105(1), (14)(a)(II), C.R.S.), which requires procedures for the administrative appeal of any type (informal or formal) of agency adjudication. It is unclear what "elements" you claim have not been "satisf[ied]" in order for the Colorado

201 Coffman St., #1822, Longmont, CO 80502
● 970-648-0642 ● Fax: 970-648-0643 ●

Christopher S.P. Gregory, esq.
October 18, 2025
Page 2 of 2

Civil Rights Commission to consider my administrative appeal on its merits. It should also be noted that the Notice of Appeal form was submitted immediately after your Office finally responded to my repeated requests (including a request made under the Colorado Open Records Act) for a blank notice of appeal form. *See* 3 CCR 708-1 Rule 10.6(A)(1) (notice of appeal must be submitted on the Commission's "designated appeal form"). When I contacted your Office, I was also informed that the 10-day window for filing an appeal is calculated through business rather than calendar days (i.e. October 1, 2025 was exactly 10 business days after September 17, 2025). Ultimately, however, the underlying dismissal letter itself did not conform to the notice requirements of § 24-34-306(2)(b)(I)(A), C.R.S.

Additionally, I hope that you can explain how the Division's handling of my complaint is not a deprivation of my constitutional (and associated statutory) rights to due process and free expression (including my compelled reporting of unlawful conduct) guaranteed through the 1st, 5th, and 14th Amendments to the U.S. Constitution as well as Colo. Const. Art. II, §§ 3, 6, 10, 16a, 24, 25, and 28.

Please provide a more detailed explanation of the Commission's consideration of my appeal (if any) and the grounds for your denial. In addition, please explain and/or disclose whether you have any personal connections / conflicts of interest with Colorado Court of Appeals Judge Grant Sullivan (beyond sharing the same surname) or any of the other material witnesses described in the documents submitted as part of my complaint. I am entitled to assurances that my complaint is being and has been considered through an objective, fair, and impartial process with a meaningful opportunity to appeal.

Sincerely,

Christopher S.P. Gregory, esq.