**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-03361-DDD

CHRISTOPHER S.P. GREGORY,

Plaintiff,

v.

The COLORADO JUDICIAL DISCIPLINE RULEMAKING COMMITTEE, et al.,

Defendants.

---

**MOTION FOR SPECIFIC STATEMENT OF GROUNDS FOR RECUSAL ACCORDING TO LOCAL CIVIL RULE 40.1(F)**

---

Plaintiff Christopher S.P. Gregory, by and through Counsel, moves for the disqualification of U.S. District Court Judge Daniel D. Domenico from further hearing this case and for a written order stating the specific reasons for Judge Domenico's recusal. In support of this Motion, Plaintiff states the following:

1. Plaintiff's Verified Complaint and Jury Demand states that "Plaintiff has moved for U.S. District Court Judge Daniel Domenico's disqualification from [a related sealed case] due to actual bias," and that "Judge Domenico should [not] be considered for assignment to this case." ECF No. 1, ¶ 11, fn. 3.
2. Nevertheless, through D.C.Colo.LCivR 40.1(a)-(b), Judge Domenico has been randomly assigned to this case.
3. Plaintiff maintains that Judge Domenico is required to disqualify himself from the present case according to Canons 1, 2, and 3 of the Code of Conduct for United States Judges

(the federal Code). More specifically, Canon 3(C)(1) mandates Judge Domenico's disqualification from this case.

4. Beyond simply disqualifying himself, however, D.C.Colo.LCivR 40.1(f) requires Judge Domenico to issue a written order that specifically states the reasons for his recusal. D.C.Colo.LCivR 40.1(f) provides: "**Recusal.** Recusal of an active judicial officer shall be by written order stating the reasons."

**WHEREFORE**, the Plaintiff respectfully requests that U.S. District Court Judge Daniel D. Domenico recuse himself from further hearing of this case with a written order stating the reasons with specificity.

Dated: October 28, 2025

/s/ Ingrid J. DeFranco
**Ingrid J. DeFranco, esq.**
Law Office of Ingrid J. DeFranco
P.O. Box 128
Brighton, CO 80601
Telephone: (303) 641-6812
Email: Ingrid.DeFranco@gmail.com
Attorney for the Relator / Plaintiff Christopher S.P. Gregory

/s/ Christopher S.P. Gregory
**Christopher S.P. Gregory, Esq.**
The Gregory Law Firm, LLC
201 Coffman St., #1822
Longmont, CO 80502
Telephone: (970) 648-0642
E-mail: cspgregory@thegregorylawfirm.net
*Pro Se* Attorney for the Relator / Plaintiff Christopher S.P. Gregory

CERTIFICATE OF SERVICE

I certify that on October 28, 2025, I filed the above filing via email to the Clerk of the Court, who will docket it in CM/ECF. CM/ECF will send notification of this filing to any party who has entered an appearance in this matter to the e-mail addresses provided in CM/ECF.

/s/ Ingrid J. DeFranco
Ingrid J. DeFranco