# Virgil A. Boatright



Send Flowers

Share

Follow

## Virgil Boatright Obituary

85, of Arvada, passed away peacefully at his home on May 16, 2017.He was a devoted family man and golf enthusiast who practiced law for 55 years in Wheat Ridge. He is survived by his wife Clarie of 59 years, sons Russ (Joan) & Brian (Kara), brother Keith, grandchildren Brionna(Joe) Ditirro, Branden, Ty, Jordyn and great grandson Jack Ditirro. In lieu of flowers memorials may be made to St. Joseph's Catholic Church, 969 Ulysses St., Golden, CO 80401 in Virgil's name.

To plant trees in memory, please visit the Sympathy Store.

Published by Denver Post from May 18 to May 21, 2017.

PLAINTIFF'S
EXHIBIT
2