AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-03361-DDD

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Colorado Attorney General Philip Weiser

was received by me on *(date)* 11/12/2025 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Hannah S. (Front Desk Receptionist) , who is designated by law to accept service of process on behalf of *(name of organization)* Colorado Attorney General Philip Weiser on *(date)* 11/12/2025 ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/12/2025

Connie Mayhugh (signature)
*Server's signature*

Connie Mayhugh, Investigator
*Printed name and title*

HSH Investigations, LLC
P.O. Box 337265
Greeley, CO 80633
*Server's address*

Additional information regarding attempted service, etc:

No last name provided.

STATE OF COLORADO
COLORADO DEPARTMENT OF LAW
1300 BROADWAY, 10TH FLOOR
DENVER COLORADO 80203
(720)508-6000
AG@COAG.GOV
WWW.COAG.GOV

Hannah S.
FRONT DESK RECEPTIONIST

RECEIVED
NOV 12 2025
1:19 pm
Office of the Attorney General