Civil Action No. 1:25-cv-03361-DDD

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* The Colorado Judicial Discipline Rulemaking Committee

was received by me on *(date)* 11/12/2025 .

❐ I personally served the summons on the individual at *(place)* ____________________

____________________ on *(date)* ____________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________

____________________ , a person of suitable age and discretion who resides there,

on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Judge Bryon M. Large , who is designated by law to accept service of process on behalf of *(name of organization)*

The Colorado Judicial Discipline Rulemaking Committee on *(date)* 11/12/2025 ; or

❐ I returned the summons unexecuted because ____________________ ; or

❐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/12/2025

CONNIE MAYHUGH

*Server's signature*

Connie Mayhugh, Investigator

*Printed name and title*

HSH Investigations, LLC
P.O. Box 337265
Greeley, CO 80633

*Server's address*

Additional information regarding attempted service, etc:

Judge Large stated that he wasn't sure he was authorized to accept service for the Colorado Judicial Discipline Rulemaking Committee but did accept service.