IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-3361-DDD

CHRISTOPHER S. P. GREGORY,

Plaintiff,

v.

THE COLORADO JUDICIAL
RULEMAKING COMMITTEE, et al,

Defendants.

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants, Colorado Judicial Discipline Rulemaking Committee ("CJDRC"), Colorado Commission on Judicial Discipline ("CCJD"), the Colorado Supreme Court, Monica Márquez, Jared Polis, and Philip Weiser, through their undersigned attorneys and the Office of the Colorado Attorney General, and pursuant to Federal Rule of Civil Procedure 6(b) and D.C.Colo.LCivR 6.1, hereby move for an extension of time to file answers or to otherwise respond to Plaintiff's Verified Complaint and Jury Demand, ECF No. 1, and specifically request the Court set a February 2, 2026 response deadline for all defendants who have been served as of the filing of this Motion. Defendants state as follows in support of this Motion.

## D.C.COLO.LCivR 7.1 STATEMENT OF CONFERRAL

Counsel for Defendants conferred with counsel for Plaintiff on November 24, 2026. Plaintiff does not oppose the relief requested in this motion.

**PLAINTIFF'S COMPLAINT AND CLAIMS**

1. On October 23, 2025, Plaintiff filed his Complaint. ECF No. 1, naming 40 Defendants and asserting seven total claims.

2. Plaintiff appears to sue 36 defendants in their individual capacities for the following:

> (Claim 1) under 42 U.S.C. § 1983 for alleged violations of rights under the First, Fifth, Fourteenth Amendments to the United States Constitution, Colorado Constitution Article II, §§ 3, 6, 10, 24, and 35, Colorado Constitution Article V, § 16, the False Claims Act, 31 U.S.C. §§ 3729 et seq., and the Colorado False Claims Act;
>
> (Claim 2) under 42 U.S.C. §§ 1985(2), (3) for an alleged conspiracy to deny Plaintiff the equal protection of the laws and participate in the legislative and administrative process, to injure Plaintiff for attempting to enforce the rights of other to the equal protection of the laws, and prevent Plaintiff from exercising his rights under the constitutions of Colorado and the United States;
>
> (Claim 3) under 42 U.S.C. § 1986 for an alleged conspiracy to deprive Plaintiff of his freedom of expression, freedom to petition for grievances, right to be heard, equal protection, and due process under the constitutions of Colorado and the United States;
>
> (Claim 4) under the Colorado False Claims Act, § 24-31-1204(8), C.R.S., for myriad alleged acts of retaliation;
>
> (Claim 6) equitable relief to restrain alleged ongoing violations of administrative law, statutory law, and the constitutions of Colorado and the United States; and
>
> (Claim 7) disgorgement and reimbursement from individual defendants to the State of Colorado of reasonable attorney's fees and costs incurred through state-funded representation. ECF No. 1, ¶¶ 78, 81–83, 85–87, 96, 98–99.

3. Plaintiff also sues various defendants in their official capacities for the following:

(Claim 1) injunctive relief against five defendants under 42 U.S.C. § 1983;

(Claim 5) writs of mandamus against CJDRC invalidating all interim rules or rule changes adopted by CJDRC and enjoining future rulemaking; against CCJD to, *inter alia*, remove the current Executive Director and reinstate Plaintiff; against the Colorado Supreme Court and Governor Jared Polis to, *inter alia*, remove all its appointees to the CCJD, Colorado Judicial Discipline Adjudicative Board, the CJDRC, the Colorado Judicial Performance Commissions, and the Colorado Judicial Nominating Commissions; and against Colorado Attorney General Phil Weiser to, *inter alia*, remove all his appointees to the Colorado Judicial Nomination Commissions; and

(Claim 6) equitable relief against five defendants to restrain alleged ongoing violations of administrative law, statutory law, and the constitutions of Colorado and the United States. ECF No. 1, ¶¶ 79, 93–94, 96, pp. 33–35.

## SERVICE AND WAIVERS OF SERVICE

4. Defendants CJDRC, Colorado Supreme Court, Monica Márquez, Jared Polis, and Phillip Weiser were served on November 12, 2025, making their current response deadline December 3, 2025. ECF Nos. 13–16.

5. Defendant CCJD was served on November 17, 2025, making its current response deadline December 8, 2025. ECF No. 17.

6. Counsel for Defendants are currently working with Plaintiff to waive service on behalf of the remaining unserved defendants.

## GOOD CAUSE SUPPORTS AN EXTENSION

7. Defendants respectfully request an extension of time to respond to the Complaint until February 2, 2026, for all Defendants who have been served.

8. This extension will permit sufficient time for Defendants to analyze the numerous claims and legal theories asserted in the Complaint, prepare their response(s), and ensure sufficient time for supervisory and client review.

9. This extension will also promote judicial economy by allowing the possibility of a consolidated response,[1] including for those defendants that have not yet been served.

10. Granting the relief requested will not prejudice any party's rights or delay the case's progress, as evidenced by the fact that Plaintiff does not oppose this extension and numerous defendants have not yet been served.

11. No prior extensions or continuances have been requested or granted previously. *See* COLO.LCivR 6.1(b).

12. Pursuant to D.C.COLO.LCivR 6.1(c), a copy of this motion will be sent to Defendants contemporaneously with its filing.

WHEREFORE, Defendants respectfully request an extension of time, up to and including February 2, 2026, for Defendants to file their response(s) to Plaintiff's Complaint.

[1] Defendants currently intend to file a single consolidated response. However, all Defendants reserve the right to respond either individually or in multiple grouped filings.

Respectfully submitted this November 25, 2025.

PHILIP J. WEISER
Attorney General

*/s/Clayton J. Ankney*

DANIEL M. COMBS
First Assistant Attorney General
Tort Litigation Unit
Civil Litigation & Employment Law Section
CLAYTON J. ANKNEY
Second Assistant Attorney General
Tort Litigation Unit
Civil Litigation & Employment Law Section
Colorado Department of Law

Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: 720-508/6625; 720-508-6604
dan.combs@coag.gov; clayton.ankney@coag.gov