IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-3361-DDD

CHRISTOPHER S.P. GREGORY,

Plaintiff,

v.

THE COLORADO JUDICIAL DISCIPLINE RULEMAKING COMMITTEE, et al,

Defendants.

---

NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

---

To the Clerk of Court and all parties of record:

First Assistant Attorney General Daniel M. Combs, who is a member in good standing of the bar of this Court, hereby enters his appearance on behalf of Defendants the Colorado Judicial Discipline Rulemaking Committee, the Colorado Supreme Court, Monica Márquez, Jared Polis, Philip Weiser, and the Colorado Commission on Judicial Discipline in the above captioned matter. All pleadings, correspondence, notices, and other documents should be sent to undersigned counsel at the address specified.

Respectfully submitted this November 25, 2025.

PHILIP J. WEISER
Attorney General

*s/ Daniel M. Combs*
DANIEL M. COMBS*
First Assistant Attorney General
Tort Litigation
Civil Litigation and Employment Law
*Attorneys for Colorado Judicial Discipline Rulemaking Committee, the Colorado Supreme Court, Monica Marquez, Jared Polis, Philip Weiser, and the Colorado Commission on Judicial Discipline*

Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: 720-508-6625
E-Mail: Dan.Combs@coag.gov
*Counsel of Record