**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-03361-DDD

CHRISTOPHER S.P. GREGORY,

Plaintiff,

v.

THE COLORADO JUDICIAL DISCIPLINE RULEMAKING COMMITTEE, et al.

Defendants.

---

**ENTRY OF APPEARANCE**

---

The undersigned, a member of the bar of this Court in good standing, hereby enters an appearance as counsel for Defendants the Colorado Judicial Discipline Rulemaking Committee, the Colorado Commission on Judicial Discipline, the Colorado Supreme Court, Mary B. Sooter, Philip J. Weiser, Jared Polis, Maria Berkenkotter, Brian D. Boatright, Richard Gabriel, Melissa Hart, William Hood, III, Monica Marquez, Carlos Samour, Ingrid Barrier, David Beller, Jill Brady, Gina Cannan, James Carpenter, Nancy Cohen, Robert Gardner, Sara Garrido, Kirsten Grooms, James Hartman, Amanda Hollander, Alison Kyles, Bryon Large, Anne Mangiardi, Bonnie Mclean, Colleen McManamon, Kristen Mix, Reed Owens, Meredith Patrick Cord, Aubrey C. Sullivan, Courtney Sutton, Jeff Swanty, Emily Tofte Nestaval, Stefanie Trujillo, Maryann Vielma, Vincente Vigil, and Jeffrey M. Walsh.

Respectfully submitted this 9th day of December, 2025.

PHILIP J. WEISER
Attorney General

s/ Katharine Brown
***Katharine Brown***
First Assistant Attorney General
Civil Litigation & Employment Section
Colorado Department of Law
1300 Broadway
Denver, CO 80203
Telephone: (720) 508-6567
Email: katharine.brown@coag.gov