IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-3361-DDD

CHRISTOPHER S.P. GREGORY,

Plaintiff,

v.

THE COLORADO JUDICIAL DISCIPLINE RULEMAKING COMMITTEE, et al,

Defendants.

---

NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

---

To the Clerk of Court and all parties of record:

First Assistant Attorney General Daniel M. Combs, who is a member in good standing of the bar of this Court, hereby enters his appearance on behalf of Defendants Ingrid Barrier, David Beller, Maria E. Berkenkotter, Brian D. Boatright, Jill Brady, Gina Cannan, James Carpenter, Nancy Cohen, Richard L. Gabriel, Robert Gardner, Sara Garrido, Kirsten Grooms, Melissa Hart, James Hartmann, Amanda Hollander, William W. Hood III, Alison Kyles, Bryon Large, Anne Mangiardi, Bonnie McLean, Colleen McManamon, Kristen Mix, Reed Owens, Meredith Patrick Cord, Carlos A. Samour, Jr., Mary V. Sooter, Aubrey C. Sullivan, Courtney Sutton, Jeff Swanty, Emily Tofte Nestaval, Stefanie Trujillo, Mariana Vielma, Vincente Vigil, and Jeffrey M. Walsh in the above captioned matter.

All pleadings, correspondence, notices, and other documents should be sent to undersigned counsel at the address specified.

Respectfully submitted this January 6, 2026.

PHILIP J. WEISER
Attorney General

*s/ Daniel M. Combs*

DANIEL M. COMBS*
First Assistant Attorney General
Tort Litigation
Civil Litigation and Employment Law
*Attorneys for Defendants*

Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: 720-508-6625
E-Mail: Dan.Combs@coag.gov
*Counsel of Record