IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-3361-DDD

CHRISTOPHER S. P. GREGORY,

Plaintiff,

v.

THE COLORADO JUDICIAL RULEMAKING COMMITTEE, et al.,

Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

---

Defendants, through their undersigned attorneys and the Office of the Colorado Attorney General and pursuant to Federal Rule of Civil Procedure 6(b) and D.C.COLO.LCivR 6.1, hereby move for a 14-day extension of time to file answers or to otherwise respond to Plaintiff's Verified Complaint and Jury Demand, ECF No. 1, and specifically request the Court set a February 16, 2026 response deadline for all Defendants. Defendants state as follows in support of this Unopposed Motion.

**D.C.COLO.LCivR 7.1 STATEMENT OF CONFERRAL**

Counsel for Defendants conferred with counsel for Plaintiff via email. Plaintiff does not oppose the relief requested in this Unopposed Motion.

**PLAINTIFF'S COMPLAINT AND CLAIMS**

1. On October 23, 2025, Plaintiff filed his Compliant. ECF No. 1.

2. Plaintiff sues 36 defendants in their individual capacities and various defendants in their official capacities. He asserts several claims for relief, including (1) claims under 42 U.S.C. § 1983 for alleged violations of rights under the First, Fifth, Fourteenth Amendments to the United State Constitution, Colorado Constitution Article II, §§ 3, 6, 10, 24, and 35, and Colorado Constitution Article V, § 16; (2) a claim under 42 U.S.C. §§ 1985(2), for an alleged conspiracy to deny Plaintiff the equal protection of the laws and participate in the legislative and administrative process, among other things; (3) a claim under 42 U.S.C. § 1986 for an alleged conspiracy to deprive Plaintiff of his freedom of expression, freedom to petition for grievances, right to be heard, equal protection, and due process under the constitutions of Colorado and the United States; (4) a claim under the Colorado False Claims Act, § 24-31-1204(8), C.R.S., for myriad alleged acts of retaliation; (5) a request for equitable relief to restrain alleged ongoing violations of administrative, statutory, and the constitutions of Colorado and the United States; and (6) a claim for disgorgement and reimbursement from individual defendants to the State of Colorado of reasonable attorney's fees and costs incurred through state-funded representation. ECF No. 1, ¶¶ 78, 81–83, 85–87, 96, 98–99.

## SERVICE AND WAIVERS OF SERVICE

3. Defendants CJDRC, Colorado Supreme Court, Monica Márquez, Jared Polis, and Philip Weiser were served on November 12, 2025, making their original

answer deadline December 3, 2026. ECF Nos. 13–16. The Court granted their first motion for extension of time to February 2, 2026. ECF 21.

4. Defendant CCJD was served on November 17, 2026, making its original answer deadline December 8, 2025. ECF No. 17. The Court granted its first motion for extension of time to February 2, 2026. ECF 21.

5. Defendants Ingrid Barrier, David Beller, Maria Berkenkotter, Brian Boatright, Jill Brady, Gina Cannan, James Carpenter, Nancy Cohen, Meredith Patrick Cord, Robert Gardner, Sara Garrido, Kristen Grooms, Richard Gabriel, Melissa Hart, James Hartmann, Amanda Hollander, William Hood III, Alison Kyles, Byron Large, Anne Mangiardi, Bonnie McLean, Colleen McManamon, Kristen Mix, Emily Tofte Nestaval, Reed Owens, Carlos Samour, Mary Sooter, Aubrey Sullivan, Courtney Sutton, Jeff Swanty, Stephanie Trujilo, Mariana Vielma, Vincent Vigil, and Jeffrey Walsh, waived service of process, making their original answer deadline January 30, 2026. ECF 23.

6. This is the second request for extension of time for Defendants CCJD, CJDRC, Colorado Supreme Court, Monica Márquez, Jared Polis, and Philip Weiser.

7. This is the first request for extension of time for Defendants Ingrid Barrier, David Beller, Maria Berkenkotter, Brian Boatright, Jill Brady, Gina Cannan, James Carpenter, Nancy Cohen, Meredith Patrick Cord, Robert Gardner, Sara Garrido, Kristen Grooms, Richard Gabriel, Melissa Hart, James Hartmann, Amanda Hollander, William Hood III, Alison Kyles, Byron Large, Anne Mangiardi,

Bonnie McLean, Colleen McManamon, Kristen Mix, Emily Tofte Nestaval, Reed Owens, Carlos Samour, Mary Sooter, Aubrey Sullivan, Courtney Sutton, Jeff Swanty, Stephanie Trujilo, Mariana Vielma, Vincent Vigil, and Jeffrey Walsh.

**GOOD CAUSE SUPPORTS AN EXTENSION**

8. Defendants have made substantial progress toward drafting a comprehensive motion to dismiss all the claims asserted in the Complaint.

9. This brief extension of time is required to allow for sufficient time for Defendants to complete analysis of the numerous claims and legal theories asserted and referenced in the Complaint, to allow for supervisory and client review, and to allow for completion of the motion to dismiss.

10. This extension promotes judicial economy by allowing for a single, consolidated motion.

11. Granting the relief requested will not prejudice any party's rights or delay the case's progress.

12. Pursuant to D.C.COLO.LCivR 6.1(c), a copy of the attached motion will be sent to the Defendants contemporaneously with the filing of this motion.

13. Contemporaneously with the filing of this Motion, the Motion will be served on all Defendants.

WHEREFORE Defendants respectfully request a 14-day extension of time up to and including February 16, 2026, for all Defendants to file their response to Plaintiff's Complaint.

Respectfully submitted this January 16, 2025.

PHILIP J. WEISER
Attorney General

s/ *Daniel M. Combs*
***Daniel M. Combs****
First Assistant Attorney General
Tort Litigation, Civil Litigation & Employment Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: 720-508-6625
E-Mail: Dan.Combs@coag.gov

*Counsel of Record
*Attorneys for Defendants*