The Gregory Law Firm, LLC
Christopher S.P. Gregory
Attorney at Law
cspgregory@thegregorylawfirm.net

January 15, 2026

Leslee Fathallah, Circuit Executive
United States Courts for the Tenth Circuit
Office of the Circuit Executive
1823 Stout Street
Denver, CO 80257
**Judicial Misconduct Proceedings**

Re: *Christopher Gregory v. District Judge Daniel Domenico*--Jud. Complaint No. 10-25-90048 (10th Cir.)—Notice of Supplemental Case Filings

Dear Ms. Fathallah:

Please advise the 10th Circuit Judicial Council that an "Affidavit of Judicial Bias or Prejudice According to 28 U.S.C. § 144," ECF No. 26, and accompanying Exhibits 1-11 have been filed into *Gregory v. Colo. Jud. Discipline Rulemaking Comm., et al.*, 1:25-cv-03361-DDD (D. Colo.). It is my understanding that the Judicial Council has direct access to these documents, which are relevant to the assignment of the above-referenced judicial misconduct complaint to an alternative circuit's judicial council according to 10th Cir. JCR 26. If you do not have access to the documents, please let me know so that I can provide the Judicial Council with a copy.

Additionally, please acknowledge receipt and filing of this Notice of Supplemental Information as well as the "Supplemental Grounds for Transfer of Proceeding to Alternative Circuit—10th Cir. JCR 26," which was mailed to you on November 11, 2025.

I greatly appreciate your assistance in this process. Please do not hesitate to let me know if you have any questions or if you need any additional information.

Sincerely,

Christopher S.P. Gregory

PLAINTIFF'S EXHIBIT 2

The Gregory Law Firm, LLC
Christopher S.P. Gregory
Attorney at Law
cspgregory@thegregorylawfirm.net

January 15, 2026

Leslee Fathallah, Circuit Executive
United States Courts for the Tenth Circuit
Office of the Circuit Executive
1823 Stout Street
Denver, CO 80257
**Judicial Misconduct Proceedings**

Re: *Christopher Gregory v. Chief Circuit Judge Jerome A. Holmes*--Jud. Complaint No. 10-25-90070 (10th Cir.)—Notice of Supplemental Case Filings

Dear Ms. Fathallah:

Please advise the 10th Circuit Judicial Council that an "Affidavit of Judicial Bias or Prejudice According to 28 U.S.C. § 144," ECF No. 26, and accompanying Exhibits 1-11 have been filed into *Gregory v. Colo. Jud. Discipline Rulemaking Comm., et al.*, 1:25-cv-03361-DDD (D. Colo.). It is my understanding that the Judicial Council has direct access to these documents, which are relevant to the assignment of the above-referenced judicial misconduct complaint to an alternative circuit's judicial council according to 10th Cir. JCR 26. If you do not have access to the documents, please let me know so that I can provide the Judicial Council with a copy.

Additionally, please acknowledge receipt and filing of this Notice of Supplemental Information as well as the "Supplemental Grounds for Transfer to Alternate Circuit's Judicial [Council]," which was mailed to you on November 11, 2025.

I greatly appreciate your assistance in this process. Please do not hesitate to let me know if you have any questions or if you need any additional information.

Sincerely,

Christopher S.P. Gregory

The Gregory Law Firm, LLC
Christopher S.P. Gregory
Attorney at Law
cspgregory@thegregorylawfirm.net

January 20, 2026

Leslee Fathallah, Circuit Executive
United States Courts for the Tenth Circuit
Office of the Circuit Executive
1823 Stout Street
Denver, CO 80257
**Judicial Misconduct Proceedings**

Re: *Christopher Gregory v. District Judge Daniel Domenico*--Jud. Complaint No. 10-25-90048 (10th Cir.)—Notice of Supplemental Case Filings

Dear Ms. Fathallah:

Please advise the 10th Circuit Judicial Council that an "Affidavit of Judicial Bias or Prejudice According to 28 U.S.C. § 144," ECF No. 65, and accompanying Exhibits 1-11 have been filed into 1:25-cv-00190-DDD-STV (D. Colo.) (sealed). It is my understanding that the Judicial Council has direct access to these documents, which are relevant to the assignment of the above-referenced judicial misconduct complaint to an alternative circuit's judicial council according to 10th Cir. JCR 26. If you do not have access to the documents, please let me know so that I can provide the Judicial Council with a copy.

Additionally, please acknowledge receipt and filing of this Notice of Supplemental Information, my previous Notice of Supplemental Information (dated January 15, 2026), and the "Supplemental Grounds for Transfer of Proceeding to Alternative Circuit—10th Cir. JCR 26," which was mailed to you on November 11, 2025.

I greatly appreciate your assistance in this process. Please do not hesitate to let me know if you have any questions or if you need any additional information.

Sincerely,

Christopher S.P. Gregory

201 Coffman St., #1822, Longmont, CO 80502
• 970-648-0642 • Fax: 970-648-0643 •

# The Gregory Law Firm, LLC

Christopher S.P. Gregory
Attorney at Law
cspgregory@thegregorylawfirm.net

January 20, 2026

Leslee Fathallah, Circuit Executive
United States Courts for the Tenth Circuit
Office of the Circuit Executive
1823 Stout Street
Denver, CO 80257
**Judicial Misconduct Proceedings**

Re: *Christopher Gregory v. Chief Circuit Judge Jerome A. Holmes*--Jud. Complaint No. 10-25-90070 (10th Cir.)—Notice of Supplemental Case Filings

Dear Ms. Fathallah:

Please advise the 10th Circuit Judicial Council that an "Affidavit of Judicial Bias or Prejudice According to 28 U.S.C. § 144," ECF No. 65, and accompanying Exhibits 1-11 have been filed into 1:25-cv-00190-DDD-STV (D. Colo.) (sealed). It is my understanding that the Judicial Council has direct access to these documents, which are relevant to the assignment of the above-referenced judicial misconduct complaint to an alternative circuit's judicial council according to 10th Cir. JCR 26. If you do not have access to the documents, please let me know so that I can provide the Judicial Council with a copy.

Additionally, please acknowledge receipt and filing of this Notice of Supplemental Information, my previous Notice of Supplemental Information (dated January 15, 2026), and the "Supplemental Grounds for Transfer to Alternate Circuit's Judicial [Council]," which was mailed to you on November 11, 2025.

I greatly appreciate your assistance in this process. Please do not hesitate to let me know if you have any questions or if you need any additional information.

Sincerely,

Christopher S.P. Gregory