| | | |
|---|---|---|
| **From:** | Dan Combs (He/Him) | |
| **To:** | Domenico_Chambers@cod.uscourts.gov | |
| **Cc:** | Katharine Brown; Linda Ruth Carter; Carmen Van Pelt; Clayton Ankney; ingrid.defranco@gmail.com | |
| **Subject:** | 1:25-cv-00361-DDD filing matter - ECF No. 26 | |
| **Date:** | Friday, January 16, 2026 1:04:01 PM | |
| **Importance:** | High | |

**EXHIBIT A**

To Judge Domenico's Chambers,

It has come to our attention that the Plaintiff's (Christopher Gregory) most recent filing in case 1:25-cv-03361-DDD, ECF No. 26, and exhibits 1-11, are available to the public through PACER.

After reviewing the filings, Defendants believe that ECF No. 26 contains information required to be kept confidential under state law. Mr. Gregory apparently recognizes that the affidavit contains confidential information as well, stating in footnote 2, Paragraph 5, of ECF No. 26, that "Affiant files this Affidavit into the present case as suppressed …."

Given the Plaintiff's statement, made under penalty of perjury, that ECF 26 and its exhibits were being filed as "suppressed," the public filing appears to have been made in error.

To protect the confidentiality of information contained in ECF 26 and to reflect the Plaintiff's stated intent to file it as "suppressed," would the Court be able to direct the Clerk to immediately change ECF 26's status to "sealed" or restricted?

Very truly yours,

Dan Combs

Daniel M. Combs (he/him/his)
First Assistant Attorney General
Colorado Department of Law
Tort Litigation Unit
Phone: (720) 508-6625
Email: Dan.Combs@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.