| | |
|---|---|
| **From:** | Ingrid J. DeFranco |
| **To:** | Dan Combs (He/Him) |
| **Cc:** | Clayton Ankney; Katharine Brown; Linda Ruth Carter; Carmen Van Pelt |
| **Subject:** | Your letter |
| **Date:** | Wednesday, January 28, 2026 8:10:47 AM |

**EXHIBIT D**

Dear Mr. Combs,

I respectfully disagree that Mr. Gregory's affidavit should remain hidden from the public, and that he has violated any ethical duty.  I consulted with the clerk, who advised me that I could not properly restrict the filing, and that it was up to the judge to order it suppressed, if he believed it proper to do so.  I am happy to discuss both that and your motion to dismiss, but I believe we need first to discuss why your office has not joined, or, at the very least, indicated that you do not oppose Judge Domenico's recusal.  I believe we also need to discuss your clear conflicts of interest and why you have not raised those.

I think, given the tenor of your letter, and the multiple threats and improper admonitions it contains, that it would be unwise for me to speak with you by telephone.  The Local Rules do not require telephonic meet and confer, nor do Judge Domenico's practice standards.  Therefore, I would prefer to communicate with you in writing, so that there can be no disagreement about what was said.

Sincerely,

Ingrid DeFranco


Law Office of Ingrid J. DeFranco
PO Box 128 Brighton, CO 80601-0128
303.641.6812 fax: 303.558.4294