**United States District Court**
**District of Colorado**
901 Nineteenth Street
Denver, Colorado 80294-3589
303-844-4694
Jackson_Chambers@cod.uscourts.gov

R. BROOKE JACKSON
DISTRICT JUDGE

MEMORANDUM

To: Jeffrey Colwell, Clerk of Court

From: Judge R. Brooke Jackson

Date: 2/17/2026

Re: Civil Action No. 1:25-cv-03361-RBJ
Gregory v. The Colorado Judicial Discipline Rulemaking Committee et al

Exercising my prerogative as a Senior District Court Judge, I request that this case be reassigned.