IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03361-GPG

CHRISTOPHER S.P. GREGORY,

     Plaintiff,

v.

The COLORADO JUDICIAL DISCIPLINE RULEMAKING COMMITTEE, et al.

     Defendants.

---

## APPLICATION FOR ENTRY OF DEFAULT

---

To the Clerk of the United States District Court for the District of Colorado:

As provided by Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Christopher

S.P. Gregory requests that this Court enter the default of the following Defendants for failure to

plead or otherwise defend against this action in a timely manner:

> The COLORADO JUDICIAL DISCIPLINE RULEMAKING COMMITTEE,
> The COLORADO COMMISSION ON JUDICIAL DISCIPLINE,
> The COLORADO SUPREME COURT,
> MARY V. SOOTER, individually,
> PHILIP J. WEISER, individually, and in his official capacity as the Colorado
> Attorney General,
> JARED POLIS, individually, and in his official capacity as Governor of the State
> of Colorado,
> MARIA BERKENKOTTER, individually,
> BRIAN D. BOATRIGHT, individually,
> RICHARD GABRIEL, individually,
> MELISSA HART, individually,
> WILLIAM HOOD, III, individually,
> MONICA MÁRQUEZ, individually,
> CARLOS SAMOUR, individually,
> INGRID BARRIER, individually,
> DAVID BELLER, individually,

JILL BRADY, individually,
GINA CANNAN, individually,
JAMES CARPENTER, individually,
NANCY COHEN, individually,
ROBERT GARDNER, individually,
SARA GARRIDO, individually,
KIRSTEN GROOMS, individually,
JAMES HARTMANN, individually,
AMANDA HOLLANDER, individually,
ALISON KYLES, individually,
BRYON LARGE, individually,
ANNE MANGIARDI, individually,
BONNIE MCLEAN, individually,
COLLEEN MCMANAMON, individually,
KRISTEN MIX, individually,
REED OWENS, individually,
MEREDITH PATRICK CORD, individually,
AUBREY C. SULLIVAN, individually,
COURTNEY SUTTON, individually,
JEFF SWANTY, individually,
EMILY TOFTE NESTAVAL, individually,
STEFANIE TRUJILLO, individually,
MARYANN VIELMA, individually,
VINCENTE VIGIL, individually, and
JEFFREY M. WALSH, individually.

As evidenced by the proof of service on file with this Court, the above-named Defendants

the Colorado Judicial Discipline Rulemaking Committee, the Colorado Supreme Court, Jared

Polis, Philip J. Weiser, and the Colorado Commission on Judicial Discipline were served

pursuant to Rule 4 of the Federal Rules of Civil Procedure on November 12, 2025 and November

17, 2025.  ECF Nos. 13 through 17.  The remaining Defendants executed Waiver(s) of Service

on December 1, 2025 and filed December 12, 2025.  ECF Nos. 23, 23-1 through 23-34.

Originally, the applicable time limits for the above-named Defendants to appear and

otherwise respond to this action were December 3, 2025, December 8, 2025, and January 30,

2026.  Through an unopposed motion and order, the applicable time limits were first extended to

February 2, 2026. ECF No. 21. Through a second unopposed motion (but without issuance of

an order confirming it), the applicable time limits were then extended to February 16, 2026,

which has now expired. ECF No. 27.

The above-named Defendants have individually and collectively failed to plead or

otherwise respond to the Verified Complaint and Jury Demand filed October 23, 2025.

Accordingly, the Plaintiff respectfully requests that the Clerk of Court perform his mandatory

and ministerial function in entering the default. F.R.C.P. 55(a).

This request is supported by the attached Declaration of Plaintiff Christopher S.P.

Gregory.

Dated: February 18, 2026

/s/ Ingrid J. DeFranco
**Ingrid J. DeFranco, esq.**
Law Office of Ingrid J. DeFranco
P.O. Box 128
Brighton, CO 80601
Telephone: (303) 641-6812
Email: Ingrid.DeFranco@gmail.com
Attorney for Plaintiff Christopher S.P. Gregory


/s/ Christopher S.P. Gregory
**Christopher S.P. Gregory, Esq.**
The Gregory Law Firm, LLC
201 Coffman St., #1822
Longmont, CO 80502
Telephone: (970) 648-0642
E-mail: cspgregory@thegregorylawfirm.net
*Pro Se* Attorney for Plaintiff
Christopher S.P. Gregory

CERTIFICATE OF SERVICE

I certify that on February 18, 2026, I filed the above filing via email to the Clerk of the Court, who will docket it in CM/ECF. CM/ECF will send notification of this filing to any party who has entered an appearance in this matter to the e-mail addresses provided in CM/ECF.

/s/ Ingrid J. DeFranco
Ingrid J. DeFranco