**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-03361-GPG

CHRISTOPHER S.P. GREGORY,

      Plaintiff,

v.

The COLORADO JUDICIAL DISCIPLINE RULEMAKING COMMITTEE, et al.

      Defendants.

---

### DECLARATION OF PLAINTIFF CHRISTOPHER S.P. GREGORY

---

      Christopher S.P. Gregory, Colorado Atty. Reg. No. 37095 / U.S. Dist. Ct. Colo. Atty. No. 2136213, ("Declarant") being of lawful age, of sound mind, and first dually sworn upon oath, deposes and says the following:

1. Declarant is the Plaintiff in this action and this Declaration is based upon Declarant's personal knowledge and made in good faith.

2. Defendants the Colorado Judicial Discipline Rulemaking Committee, the Colorado Supreme Court, Colorado Governor Jared Polis, and Colorado Attorney Philip J. Weiser were served pursuant to Rule 4 of the Federal Rules of Civil Procedure on November 12, 2025, as evidenced by the proof of service on file with this Court. ECF Nos. 13 through 16.

3. Defendant the Colorado Commission on Judicial Discipline was, likewise, served pursuant to Rule 4 of the Federal Rules of Civil Procedure on November 17, 2025, as evidenced by the proof of service on file with this Court. ECF No. 17.

4.  The remaining Defendants Mary V. Sooter, Maria Berkenkotter, Brian D. Boatright, Richard Gabriel, Melissa Hart, William Hood, III, Monica Márquez, Carlos Samour, Ingrid Barrier, David Beller, Jill Brady, Gina Cannan, James Carpenter, Nancy Cohen, Robert Gardner, Sara Garrido, Kirsten Grooms, James Hartmann, Amanda Hollander, Alison Kyles, Bryon Large, Anne Mangiardi, Bonnie McLean, Colleen McManamon, Kristen Mix, Reed Owens, Meredith Patrick Cord, Aubrey C. Sullivan, Courtney Sutton, Jeff Swanty, Emily Tofte Nestaval, Stefanie Trujillo, MaryAnn Vielma, Vincente Vigil, and Jeffrey M. Walsh executed waivers of service on December 1, 2025 that were filed with this Court on December 12, 2025.

5.  The Defendants have collectively failed to serve or file a pleading or otherwise respond to the complaint.  The applicable time limit for responding to the complaint, even as repeatedly extended upon agreement of the parties, has expired.

6.  None of the Defendants are minors or incompetent persons.

7.  None of the Defendants are currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

8.  I have attached to this declaration true and correct copies of the proofs and waivers of service on file for the above-named Defendants.

I declare under penalty of perjury that the statements made in this Declaration are true and correct to the best of my knowledge.

Executed on February 18, 2026, in Longmont, Colorado.

Christopher S.P. Gregory

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:25-cv-03361-DDD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Colorado Attorney General Philip Weiser

was received by me on *(date)*    11/12/2025    .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

✔ I served the summons on *(name of individual)*   Hannah S. (Front Desk Receptionist)    , who is
 designated by law to accept service of process on behalf of *(name of organization)*

Colorado Attorney General Philip Weiser    on *(date)*    11/12/2025    ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date:    11/12/2025

*CONNIE MAYHUGH*
*Server's signature*

Connie Mayhugh, Investigator
*Printed name and title*

HSH Investigations, LLC
P.O. Box 337265
Greeley, CO 80633
*Server's address*

Additional information regarding attempted service, etc:

No last name provided.





AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:25-cv-03361-DDD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   The Colorado Supreme Court

was received by me on *(date)*       11/12/2025                       .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Magdalene (Judicial Clerk III)                  , who is

designated by law to accept service of process on behalf of *(name of organization)*   The Colorado Supreme Court

on *(date)*       11/12/2025          ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00       .

I declare under penalty of perjury that this information is true.


Date:       11/12/2025                                       *CONNIE MAYHUGH*
                                                              *Server's signature*

                                                       Connie Mayhugh, Investigator
                                                          *Printed name and title*

                                                         HSH Investigations, LLC
                                                            P.O. Box 337265
                                                           Greeley, CO 80633
                                                          *Server's address*

Additional information regarding attempted service, etc:

Magdalene refused to provide last name.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:25-cv-03361-DDD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Colorado Governor Jared Polis

was received by me on *(date)*   11/12/2025   .

❐  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑  I served the summons on *(name of individual)*   Tyler Goldstein (Staff Assistant)   , who is

designated by law to accept service of process on behalf of *(name of organization)*

Colorado Governor Jared Polis   on *(date)*   11/12/2025   ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date:   11/12/2025

*Connie Mayhugh*
*Server's signature*

Connie Mayhugh, Investigator
*Printed name and title*

HSH Investigations, LLC
P.O. Box 337265
Greeley, CO 80633
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-03361-DDD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Colorado Judicial Discipline Rulemaking Committee

was received by me on *(date)* 11/12/2025 .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Judge Bryon M. Large , who is

designated by law to accept service of process on behalf of *(name of organization)*

The Colorado Judicial Discipline Rulemaking Committee on *(date)* 11/12/2025 ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: 11/12/2025

*CONNIE MAYHUGH*
*Server's signature*

Connie Mayhugh, Investigator
*Printed name and title*

HSH Investigations, LLC
P.O. Box 337265
Greeley, CO 80633
*Server's address*

Additional information regarding attempted service, etc:

Judge Large stated that he wasn't sure he was authorized to accept service for the Colorado Judicial
Discipline Rulemaking Committee but did accept service.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:25-cv-03361-DDD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   The Colorado Commission on Judicial Discipline

was received by me on *(date)*     11/12/2025     .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Scott Sosebee (Court Executive)   , who is

designated by law to accept service of process on behalf of *(name of organization)*   Judge Jill Brady Member of CCJD

The Colorado Commission on Judicial Discipline   on *(date)*   11/17/2025   ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:     11/17/2025

*CONNIE MAYHUGH*
*Server's signature*

Connie Mayhugh, Investigator
*Printed name and title*

HSH Investigations, LLC
P.O. Box 337265
Greeley, CO 80633
*Server's address*

Additional information regarding attempted service, etc:

# HSH INVESTIGATIONS

**Connie Mayhugh**                                            **DATE: 11/19/25**
HSH **Investigations, LLC**
**P.O. Box 337265**
**Greeley, CO 80633**
**Mobile: 970-580-0779**

## MEMORANDUM

On November 12th, I, Investigator Connie Mayhugh, arrived at the Ralph Carr Colorado Judicial Center to serve a Summons and Complaint to the following parties:

- Colorado Attorney General Philip Weiser
- Justice Monica Marquez, Chief Justice, Colorado Supreme Court
- James Carpenter, Chair, Colorado Commission on Judicial Discipline
- Kristen Mix, Chair, Colorado Judicial Discipline Rulemaking Committee

Upon arrival, I spoke with the receptionist, who contacted Hannah S.. Hannah S. confirmed she could only accept service for Philip Weiser, but could accept courtesy copies for others. No response was received from the Colorado Commission on Judicial Discipline.

At the Supreme Court office, the clerk, Magdalene, accepted service for Justice Monica Marquez but declined for others.

Efforts to serve the Colorado Commission on Judicial Discipline at their official office were not successful.

 At the Governor's office, Tyler Goldstein, staff assistant, accepted service for Governor Jared Polis without issue.

Later, Hannah S. advised me to visit Suite 210, but again, no response was received. I then proceeded to the Office of the Presiding Disciplinary Judge, where I spoke with the receptionist. The receptionist consulted with Judge Bryon Large, who subsequently met with me in person. Judge Large clarified that he was not authorized to accept service on behalf of the Colorado Commission on Judicial Discipline, as he was not a member of the Commission. When asked about the Colorado Judicial Discipline Rulemaking Committee, Judge Large acknowledged his membership but expressed uncertainty regarding his authority to accept service for the Discipline Rulemaking Committee. After further discussion, Judge Large ultimately agreed to accept service for the Judicial Discipline

1

# HSH INVESTIGATIONS

Rulemaking Committee, while reiterating his reservations about his authorization to do so. He refused to accept service on behalf of the Colorado Commission on Judicial Discipline.

Upon returning to the reception area to inquire on whether Hannah was able to reach anyone with the Colorado Commission on Judicial Discipline, she was in communication via phone with a female individual whose name was not provided. Hannah handed me the phone, and I spoke with this individual who identified herself as working within the Office of the Colorado Commission on Judicial Discipline. She informed me that there was no one present in the office that day who could accept service but indicated that someone would be available the following day to accept service. I inquired if there was anyone available who could accept service on behalf of the Commission, explaining that I would not be able to return at a later time. The response was that there was no one present who was authorized to accept service.

On November 17th, I served Judge Jill Brady, a member of the Colorado Commission on Judicial Discipline, at the El Paso County Court House. Scott Sosebee, Court Executive, accepted service on Judge Brady's behalf.

**This report was provided by Connie Mayhugh, Investigator at HSH Investigations, and is a true and accurate representation of information gathered.**

Signature: _Connie Mayhugh_                                      Date: 11/19/25

2

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▼

CHRISTOPER S.P. GREGORY )
*Plaintiff* )
)
v. ) Civil Action No. 1:25-cv-03361-DDD
)
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
  *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          12/01/2025          , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:      12/01/2025                              /s/ Daniel M. Combs
                                         *Signature of the attorney or unrepresented party*

        Ingrid Barrier              Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                   *Printed name*
                                  Colorado Attorney General's Office
                                       1300 Broadway
                                      Denver, CO 80203

                                         *Address*

                                    Dan.Combs@coag.gov
                                      *E-mail address*

                                      (720) 508-6625
                                     *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▾

CHRISTOPER S.P. GREGORY )
*Plaintiff* )
v. ) Civil Action No. 1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from                12/01/2025               , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:      12/01/2025                                              /s/ Daniel M. Combs
                                                                    *Signature of the attorney or unrepresented party*

                David Beller                         Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                     *Printed name*
                                                            Colorado Attorney General's Office
                                                                  1300 Broadway
                                                                  Denver, CO 80203
                                                                    *Address*

                                                            Dan.Combs@coag.gov
                                                                  *E-mail address*

                                                               (720) 508-6625
                                                                *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

District of Colorado   ▼

CHRISTOPER S.P. GREGORY )
*Plaintiff* )
)
v. ) Civil Action No. 1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 12/01/2025 , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   12/01/2025                                 /s/ Daniel M. Combs
                                         *Signature of the attorney or unrepresented party*

Jill Brady                           Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*          *Printed name*
                                        Colorado Attorney General's Office
                                        1300 Broadway
                                        Denver, CO 80203

                                         *Address*

                                        Dan.Combs@coag.gov
                                         *E-mail address*

                                        (720) 508-6625
                                         *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado  ▾

| | | |
|---|---|---|
| Christopher S.P. Gregory | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  1:25-cv-03361-DDD |
| Colorado Jud. Discipline Rulemaking Committee, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:      Ingrid J. DeFranco
_____
  *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from      Dec. 1, 2025      , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  Dec. 1, 2025

                                             /s/ Daniel M. Combs
                                 *Signature of the attorney or unrepresented party*

  Monica M. Márquez                  Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*              *Printed name*

                                 Colorado Attorney General's Office
                                 1300 Broadway
                                 Denver, CO 80203
                                             *Address*

                                 Dan.Combs@coag.gov
                                             *E-mail address*

                                 720-508-6625
                                             *Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Colorado ▼

CHRISTOPER S.P. GREGORY )
*Plaintiff* )
v. ) Civil Action No. 1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from     12/01/2025    , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:     12/01/2025                     /s/ Daniel M. Combs
                                        *Signature of the attorney or unrepresented party*

           Gina Cannan            Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*            *Printed name*
                                  Colorado Attorney General's Office
                                         1300 Broadway
                                         Denver, CO 80203
                                               *Address*

                                     Dan.Combs@coag.gov
                                            *E-mail address*

                                     (720) 508-6625
                                            *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado    ▾

CHRISTOPER S.P. GREGORY )
*Plaintiff* )
) Civil Action No. 1:25-cv-03361-DDD
v. )
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____12/01/2025_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____12/01/2025_____    _____/s/ Daniel M. Combs_____
*Signature of the attorney or unrepresented party*

_____James Carpenter_____    Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*    *Printed name*
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203

*Address*

Dan.Combs@coag.gov

*E-mail address*

(720) 508-6625

*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado  ▾

| | |
|---|---|
| CHRISTOPER S.P. GREGORY | ) |
| *Plaintiff* | ) |
| v. | ) |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) |
| *Defendant* | ) |

Civil Action No. 1:25-cv-03361-DDD

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
_____
 *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____12/01/2025_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ____12/01/2025____

_____/s/ Daniel M. Combs_____
 *Signature of the attorney or unrepresented party*

____Nancy Cohen____
 *Printed name of party waiving service of summons*

Daniel M. Combs, First Assistant Attorney General
 *Printed name*
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203
 *Address*

Dan.Combs@coag.gov
 *E-mail address*

(720) 508-6625
 *Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Colorado ▼

| | | |
|---|---|---|
| CHRISTOPER S.P. GREGORY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from           12/01/2025          , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:     12/01/2025                                                          /s/ Daniel M. Combs
                                                                   *Signature of the attorney or unrepresented party*

              Robert Gardner                          Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                       *Printed name*
                                                          Colorado Attorney General's Office
                                                                   1300 Broadway
                                                                  Denver, CO 80203
                                                                       *Address*

                                                              Dan.Combs@coag.gov
                                                                   *E-mail address*

                                                                  (720) 508-6625
                                                                  *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado   ▼

CHRISTOPER S.P. GREGORY )
*Plaintiff* )
)
v. ) Civil Action No. 1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
*Defendant* )

**WAIVER OF THE SERVICE OF SUMMONS**

To: Ingrid J. DeFranco
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____12/01/2025_____ , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ____12/01/2025____                                  /s/ Daniel M. Combs
                                                        *Signature of the attorney or unrepresented party*

____Sara Garrido____                       Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                      *Printed name*
                                                        Colorado Attorney General's Office
                                                        1300 Broadway
                                                        Denver, CO 80203
                                                        *Address*

                                                        Dan.Combs@coag.gov
                                                        *E-mail address*

                                                        (720) 508-6625
                                                        *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado    ▼

CHRISTOPER S.P. GREGORY )
*Plaintiff* )
)
v. ) Civil Action No.  1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from                12/01/2025               , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:     12/01/2025                                                /s/ Daniel M. Combs

*Signature of the attorney or unrepresented party*

Kirsten Grooms                              Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                      *Printed name*
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203

*Address*

Dan.Combs@coag.gov

*E-mail address*

(720) 508-6625

*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado  ▾

| | |
|---|---|
| CHRISTOPER S.P. GREGORY | ) |
| *Plaintiff* | ) |
| v. | ) |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) |
| *Defendant* | ) |

Civil Action No.  1:25-cv-03361-DDD

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from   12/01/2025   , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   12/01/2025

James Hartmann
*Printed name of party waiving service of summons*

/s/ Daniel M. Combs
*Signature of the attorney or unrepresented party*

Daniel M. Combs, First Assistant Attorney General
*Printed name*
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203

*Address*

Dan.Combs@coag.gov
*E-mail address*

(720) 508-6625
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado  ▾

CHRISTOPER S.P. GREGORY
)
*Plaintiff*
)
v.
)
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al
)
*Defendant*
)

Civil Action No.  1:25-cv-03361-DDD

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from           12/01/2025          , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:      12/01/2025

_____

Amanda Hollander
*Printed name of party waiving service of summons*

/s/ Daniel M. Combs
*Signature of the attorney or unrepresented party*

Daniel M. Combs, First Assistant Attorney General
*Printed name*
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203

*Address*

Dan.Combs@coag.gov
*E-mail address*

(720) 508-6625
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| Christopher S.P. Gregory | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:25-cv-03361-DDD |
| Colorado Jud. Discipline Rulemaking Committee, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from Dec. 1, 2025 , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: Dec. 1, 2025

/s/ Daniel M. Combs

*Signature of the attorney or unrepresented party*

Maria E. Berkenkotter

*Printed name of party waiving service of summons*

Daniel M. Combs, First Assistant Attorney General

*Printed name*

Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, CO 80203

*Address*

Dan.Combs@coag.gov

*E-mail address*

720-508-6625

*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado  ▼

| | |
|---|---|
| Christopher S.P. Gregory | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:25-cv-03361-DDD |
| Colorado Jud. Discipline Rulemaking Committee, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:    Ingrid J. DeFranco

    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from        Dec. 1, 2025        , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:    Dec. 1, 2025

    Brian D. Boatright

*Printed name of party waiving service of summons*

/s/ Daniel M. Combs

*Signature of the attorney or unrepresented party*

Daniel M. Combs, First Assistant Attorney General

*Printed name*

Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, CO 80203

*Address*

Dan.Combs@coag.gov

*E-mail address*

720-508-6625

*Telephone number*

## Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▾

| | | |
|---|---|---|
| Christopher S.P. Gregory | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:25-cv-03361-DDD |
| Colorado Jud. Discipline Rulemaking Committee, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Ingrid J. DeFranco
_____
      *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          Dec. 1, 2025          , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   Dec. 1, 2025

          Richard L. Gabriel

*Printed name of party waiving service of summons*

/s/ Daniel M. Combs

*Signature of the attorney or unrepresented party*

Daniel M. Combs, First Assistant Attorney General

*Printed name*

Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, CO 80203

*Address*

Dan.Combs@coag.gov

*E-mail address*

720-508-6625

*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado

Christopher S.P. Gregory )
*Plaintiff* )
v. ) Civil Action No. 1:25-cv-03361-DDD
Colorado Jud. Discipline Rulemaking Committee, et al. )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from      Dec. 1, 2025      , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  Dec. 1, 2025

Melissa Hart

*Printed name of party waiving service of summons*

/s/ Daniel M. Combs

*Signature of the attorney or unrepresented party*

Daniel M. Combs, First Assistant Attorney General

*Printed name*

Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, CO 80203

*Address*

Dan.Combs@coag.gov

*E-mail address*

720-508-6625

*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ☐

| | | |
|---|---|---|
| Christopher S.P. Gregory | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:25-cv-03361-DDD |
| Colorado Jud. Discipline Rulemaking Committee, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:     Ingrid J. DeFranco
_____

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from         Dec. 1, 2025        , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  Dec. 1, 2025

/s/ Daniel M. Combs
_____
*Signature of the attorney or unrepresented party*

William W. Hood, III

Daniel M. Combs, First Assistant Attorney General

*Printed name of party waiving service of summons*

*Printed name*

Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, CO 80203

*Address*

Dan.Combs@coag.gov

*E-mail address*

720-508-6625

*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| Christopher S.P. Gregory | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:25-cv-03361-DDD |
| Colorado Jud. Discipline Rulemaking Committee, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from Dec. 1, 2025, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: Dec. 1, 2025

/s/ Daniel M. Combs

*Signature of the attorney or unrepresented party*

Carlos A. Samour, Jr.

Daniel M. Combs, First Assistant Attorney General

*Printed name of party waiving service of summons*

*Printed name*

Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, CO 80203

*Address*

Dan.Combs@coag.gov

*E-mail address*

720-508-6625

*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado  ▼

| | |
|---|---|
| CHRISTOPER S.P. GREGORY | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
        *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from     12/01/2025    , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:    12/01/2025

                           /s/ Daniel M. Combs
                        *Signature of the attorney or unrepresented party*

         Alison Kyles              Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                *Printed name*
                         Colorado Attorney General's Office
                            1300 Broadway
                            Denver, CO 80203
                               *Address*

                          Dan.Combs@coag.gov
                             *E-mail address*

                          (720) 508-6625
                             *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

District of Colorado    ▼

| | | |
|---|---|---|
| CHRISTOPER S.P. GREGORY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco
       *(Name of the plaintiff's attorney or unrepresented plaintiff)*

     I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

     I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

     I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

     I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____12/01/2025_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  _____12/01/2025_____                /s/ Daniel M. Combs
                                         *Signature of the attorney or unrepresented party*

             Bryon Large              Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*            *Printed name*
                            Colorado Attorney General's Office
                                  1300 Broadway
                                  Denver, CO 80203
                                        *Address*

                           Dan.Combs@coag.gov
                                  *E-mail address*

                           (720) 508-6625
                                *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

     Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

     "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

     If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

     If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▼

|  |  |  |
|---|---|---|
| CHRISTOPER S.P. GREGORY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from                    12/01/2025                    , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:       12/01/2025                                             /s/ Daniel M. Combs

                                                                 *Signature of the attorney or unrepresented party*

          Anne Mangiardi                              Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                              *Printed name*
                                                      Colorado Attorney General's Office
                                                      1300 Broadway
                                                      Denver, CO 80203

                                                              *Address*

                                                      Dan.Combs@coag.gov
                                                      *E-mail address*

                                                      (720) 508-6625
                                                      *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado  ▼

| | | |
|---|---|---|
| CHRISTOPER S.P. GREGORY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco

   *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from        12/01/2025        , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.


Date:      12/01/2025                                          /s/ Daniel M. Combs
                                                    *Signature of the attorney or unrepresented party*

           Bonnie McLean                         Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*              *Printed name*
                                                    Colorado Attorney General's Office
                                                    1300 Broadway
                                                    Denver, CO 80203

                                                         *Address*

                                                    Dan.Combs@coag.gov
                                                      *E-mail address*

                                                    (720) 508-6625
                                                    *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▾

CHRISTOPER S.P. GREGORY )
*Plaintiff* )
)
v. ) Civil Action No. 1:25-cv-03361-DDD
)
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
     *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from      12/01/2025     , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:     12/01/2025                             /s/ Daniel M. Combs
                                                  *Signature of the attorney or unrepresented party*

        Colleen McManamon                     Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                            *Printed name*
                                          Colorado Attorney General's Office
                                                  1300 Broadway
                                                Denver, CO 80203

                                                     *Address*

                                          Dan.Combs@coag.gov
                                                   *E-mail address*

                                               (720) 508-6625
                                                   *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado  ▾

CHRISTOPER S.P. GREGORY )
*Plaintiff* )
)
v. )   Civil Action No.  1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from               12/01/2025              , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:       12/01/2025                                             /s/ Daniel M. Combs
                                                                  *Signature of the attorney or unrepresented party*

              Kristen Mix                            Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                  *Printed name*
                                                      Colorado Attorney General's Office
                                                      1300 Broadway
                                                      Denver, CO 80203

                                                              *Address*

                                                      Dan.Combs@coag.gov
                                                            *E-mail address*

                                                      (720) 508-6625
                                                         *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado   ▾

| | | |
|---|---|---|
| CHRISTOPER S.P. GREGORY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco
 *(Name of the plaintiff's attorney or unrepresented plaintiff)*

       I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

       I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

       I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

       I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from            12/01/2025           , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.


Date:      12/01/2025                                         /s/ Daniel M. Combs
                                                  *Signature of the attorney or unrepresented party*

            Reed Owens                           Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*            *Printed name*
                                                  Colorado Attorney General's Office
                                                  1300 Broadway
                                                  Denver, CO 80203

                                                  *Address*

                                                  Dan.Combs@coag.gov
                                                  *E-mail address*

                                                  (720) 508-6625
                                                  *Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

       Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

       "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

       If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

       If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

District of Colorado ▾

CHRISTOPER S.P. GREGORY ) 
*Plaintiff* ) 
) 
v. ) Civil Action No. 1:25-cv-03361-DDD 
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al ) 
*Defendant* ) 

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from            12/01/2025            , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:        12/01/2025                                  /s/ Daniel M. Combs 
                                                            *Signature of the attorney or unrepresented party*

        Meredith Patrick Cord                  Daniel M. Combs, First Assistant Attorney General 
*Printed name of party waiving service of summons*              *Printed name* 
                                                    Colorado Attorney General's Office 
                                                    1300 Broadway 
                                                    Denver, CO 80203

                                                            *Address*

                                                    Dan.Combs@coag.gov 
                                                            *E-mail address*

                                                    (720) 508-6625 
                                                            *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▾

CHRISTOPER S.P. GREGORY )
_____
*Plaintiff* )
)
v. ) Civil Action No. 1:25-cv-03361-DDD
)
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
_____
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco
_____
  *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____12/01/2025_____ , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  ____12/01/2025____       ____/s/ Daniel M. Combs____
                                    *Signature of the attorney or unrepresented party*

____Mary V. Sooter____       Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*       *Printed name*
                                    Colorado Attorney General's Office
                                    1300 Broadway
                                    Denver, CO 80203
                                    _____
                                    *Address*

                                    Dan.Combs@coag.gov
                                    _____
                                    *E-mail address*

                                    (720) 508-6625
                                    _____
                                    *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado   ▼

CHRISTOPER S.P. GREGORY )
_____ )
*Plaintiff* )
)
v. ) Civil Action No.  1:25-cv-03361-DDD
)
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
_____ )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____12/01/2025_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  _____12/01/2025_____                    /s/ Daniel M. Combs
                                        _____
                                        *Signature of the attorney or unrepresented party*

Aubrey C. Sullivan                    Daniel M. Combs, First Assistant Attorney General
_____       _____
*Printed name of party waiving service of summons*              *Printed name*
                                        Colorado Attorney General's Office
                                        1300 Broadway
                                        Denver, CO 80203
                                        _____
                                        *Address*

                                        Dan.Combs@coag.gov
                                        _____
                                        *E-mail address*

                                        (720) 508-6625
                                        _____
                                        *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Colorado ▼

| | |
|---|---|
| CHRISTOPER S.P. GREGORY | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from                12/01/2025                , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:        12/01/2025                                          /s/ Daniel M. Combs
                                                  *Signature of the attorney or unrepresented party*

                Courtney Sutton                          Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                    *Printed name*
                                                  Colorado Attorney General's Office
                                                  1300 Broadway
                                                  Denver, CO 80203

                                                  *Address*

                                                  Dan.Combs@coag.gov
                                                  *E-mail address*

                                                  (720) 508-6625
                                                  *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

District of Colorado   ▾

CHRISTOPER S.P. GREGORY
*Plaintiff*

v.

COLO. JUD. DISCIPLINE RULEMAKING COMM. et al
*Defendant*

)
)
)
)
)
)

Civil Action No.  1:25-cv-03361-DDD

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          12/01/2025          , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:     12/01/2025

/s/ Daniel M. Combs
*Signature of the attorney or unrepresented party*

Jeff Swanty
*Printed name of party waiving service of summons*

Daniel M. Combs, First Assistant Attorney General
*Printed name*
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203

*Address*

Dan.Combs@coag.gov
*E-mail address*

(720) 508-6625
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado ▼

| | | |
|---|---|---|
| CHRISTOPER S.P. GREGORY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from           12/01/2025          , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:      12/01/2025                                                             /s/ Daniel M. Combs

                                                                                       *Signature of the attorney or unrepresented party*

                      Stefanie Trujillo                              Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                                   *Printed name*
                                                                             Colorado Attorney General's Office
                                                                                      1300 Broadway
                                                                                     Denver, CO 80203

                                                                                         *Address*

                                                                                Dan.Combs@coag.gov
                                                                                     *E-mail address*

                                                                                    (720) 508-6625
                                                                                   *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

District of Colorado ▼

| | |
|---|---|
| CHRISTOPER S.P. GREGORY | ) |
| *Plaintiff* | ) |
| v. | ) |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) |
| *Defendant* | ) |

Civil Action No. 1:25-cv-03361-DDD

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          12/01/2025          , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:      12/01/2025

/s/ Daniel M. Combs

*Signature of the attorney or unrepresented party*

Mariana Vielma

*Printed name of party waiving service of summons*

Daniel M. Combs, First Assistant Attorney General

*Printed name*
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203

*Address*

Dan.Combs@coag.gov

*E-mail address*

(720) 508-6625

*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▾

CHRISTOPER S.P. GREGORY )
*Plaintiff* )
)
v. ) Civil Action No. 1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          12/01/2025          , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:     12/01/2025                                                    /s/ Daniel M. Combs
                                                                        *Signature of the attorney or unrepresented party*

Vincente Vigil                           Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                       *Printed name*
                                                                Colorado Attorney General's Office
                                                                        1300 Broadway
                                                                        Denver, CO 80203

                                                                            *Address*

                                                                    Dan.Combs@coag.gov
                                                                        *E-mail address*

                                                                        (720) 508-6625
                                                                        *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado   ▼

| | | |
|---|---|---|
| CHRISTOPER S.P. GREGORY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco
       *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          12/01/2025          , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:      12/01/2025                                                 /s/ Daniel M. Combs
                                                                           *Signature of the attorney or unrepresented party*

               Jeffrey M. Walsh                          Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                      *Printed name*
                                                               Colorado Attorney General's Office
                                                                          1300 Broadway
                                                                        Denver, CO 80203
                                                                            *Address*

                                                                    Dan.Combs@coag.gov
                                                                          *E-mail address*

                                                                        (720) 508-6625
                                                                       *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▾

| | | |
|---|---|---|
| CHRISTOPER S.P. GREGORY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          12/01/2025          , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:      12/01/2025

/s/ Daniel M. Combs
*Signature of the attorney or unrepresented party*

Emily Tofte Nestaval
*Printed name of party waiving service of summons*

Daniel M. Combs, First Assistant Attorney General
*Printed name*
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203

*Address*

Dan.Combs@coag.gov
*E-mail address*

(720) 508-6625
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Colorado  ▾

CHRISTOPER S.P. GREGORY
_____
*Plaintiff*

v.

COLO. JUD. DISCIPLINE RULEMAKING COMM. et al
_____
*Defendant*

) 
) 
) 
) 
) 
)

Civil Action No.  1:25-cv-03361-DDD

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____12/01/2025_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  ____12/01/2025____

_____
David Beller
*Printed name of party waiving service of summons*

____/s/ Daniel M. Combs____
*Signature of the attorney or unrepresented party*

Daniel M. Combs, First Assistant Attorney General
*Printed name*
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203
*Address*

Dan.Combs@coag.gov
*E-mail address*

(720) 508-6625
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▾

CHRISTOPER S.P. GREGORY
_____
*Plaintiff*
v.
_____
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al
*Defendant*

)
)
)
)
)
)

Civil Action No.  1:25-cv-03361-DDD

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____12/01/2025_____ , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  _____12/01/2025_____

_____/s/ Daniel M. Combs_____
*Signature of the attorney or unrepresented party*

_____Jill Brady_____
*Printed name of party waiving service of summons*

Daniel M. Combs, First Assistant Attorney General
*Printed name*
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203
_____
*Address*

Dan.Combs@coag.gov
_____
*E-mail address*

(720) 508-6625
_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▼

| | | |
|---|---|---|
| Christopher S.P. Gregory | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:25-cv-03361-DDD |
| Colorado Jud. Discipline Rulemaking Committee, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:     Ingrid J. DeFranco
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from     Dec. 1, 2025     , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  Dec. 1, 2025

|  | /s/ Daniel M. Combs |
|---|---|
|  | *Signature of the attorney or unrepresented party* |
| Monica M. Márquez | Daniel M. Combs, First Assistant Attorney General |
| *Printed name of party waiving service of summons* | *Printed name* |
|  | Colorado Attorney General's Office |
|  | 1300 Broadway |
|  | Denver, CO 80203 |
|  | *Address* |
|  | Dan.Combs@coag.gov |
|  | *E-mail address* |
|  | 720-508-6625 |
|  | *Telephone number* |

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

District of Colorado  ▼

| | |
|---|---|
| CHRISTOPER S.P. GREGORY | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.  1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco
      *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          12/01/2025          , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:      12/01/2025                                          /s/ Daniel M. Combs
                                                      *Signature of the attorney or unrepresented party*

                Gina Cannan                        Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                *Printed name*
                                                      Colorado Attorney General's Office
                                                      1300 Broadway
                                                      Denver, CO 80203
                                                      *Address*

                                                      Dan.Combs@coag.gov
                                                      *E-mail address*

                                                      (720) 508-6625
                                                      *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

District of Colorado   ▼

| | | |
|---|---|---|
| CHRISTOPER S.P. GREGORY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco
_____
   *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____12/01/2025_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:    12/01/2025                          /s/ Daniel M. Combs
_____           _____
                                         *Signature of the attorney or unrepresented party*

      James Carpenter                 Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*              *Printed name*
                                         Colorado Attorney General's Office
                                         1300 Broadway
                                         Denver, CO 80203
                                         _____
                                              *Address*

                                         Dan.Combs@coag.gov
                                         _____
                                              *E-mail address*

                                         (720) 508-6625
                                         _____
                                              *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Colorado   ▼

CHRISTOPER S.P. GREGORY )
*Plaintiff* )
)
v. ) Civil Action No.  1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from             12/01/2025            , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:      12/01/2025                                                  /s/ Daniel M. Combs
                                                            *Signature of the attorney or unrepresented party*

                Nancy Cohen                          Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                  *Printed name*
                                                            Colorado Attorney General's Office
                                                            1300 Broadway
                                                            Denver, CO 80203

                                                            *Address*

                                                            Dan.Combs@coag.gov
                                                            *E-mail address*

                                                            (720) 508-6625
                                                            *Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▼

CHRISTOPER S.P. GREGORY )
_____ )
*Plaintiff* )
v. ) Civil Action No. 1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
_____ )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          12/01/2025          , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:     12/01/2025                              /s/ Daniel M. Combs
_____                    _____
                                            *Signature of the attorney or unrepresented party*

         Robert Gardner                    Daniel M. Combs, First Assistant Attorney General
_____                    _____
*Printed name of party waiving service of summons*              *Printed name*
                                            Colorado Attorney General's Office
                                            1300 Broadway
                                            Denver, CO 80203
                                            _____
                                                        *Address*

                                            Dan.Combs@coag.gov
                                            _____
                                                   *E-mail address*

                                            (720) 508-6625
                                            _____
                                                  *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Colorado ▾

CHRISTOPER S.P. GREGORY )
_____ )
*Plaintiff* )
)
v. ) Civil Action No. 1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
_____ )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from            12/01/2025            , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:        12/01/2025                                         /s/ Daniel M. Combs
_____                    _____
                                                                *Signature of the attorney or unrepresented party*

                Sara Garrido                            Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                    *Printed name*
                                                                Colorado Attorney General's Office
                                                                1300 Broadway
                                                                Denver, CO 80203
                                                                _____
                                                                *Address*

                                                                Dan.Combs@coag.gov
                                                                _____
                                                                *E-mail address*

                                                                (720) 508-6625
                                                                _____
                                                                *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▾

CHRISTOPER S.P. GREGORY ) 
*Plaintiff* ) 
v. ) Civil Action No. 1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al ) 
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
  *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from        12/01/2025        , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:     12/01/2025                    /s/ Daniel M. Combs
                                *Signature of the attorney or unrepresented party*

           Kirsten Grooms           Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                  *Printed name*
                              Colorado Attorney General's Office
                              1300 Broadway
                              Denver, CO 80203

                              *Address*

                              Dan.Combs@coag.gov
                              *E-mail address*

                              (720) 508-6625
                              *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

District of Colorado ▾

CHRISTOPER S.P. GREGORY ) 
*Plaintiff* )
v. ) Civil Action No. 1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____12/01/2025_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:     12/01/2025                                     /s/ Daniel M. Combs
                                                 *Signature of the attorney or unrepresented party*

James Hartmann                         Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*              *Printed name*
                                            Colorado Attorney General's Office
                                                   1300 Broadway
                                                   Denver, CO 80203

                                                    *Address*

                                              Dan.Combs@coag.gov
                                                 *E-mail address*

                                                 (720) 508-6625
                                                *Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado  ▼

| | | |
|---|---|---|
| CHRISTOPER S.P. GREGORY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          12/01/2025          , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:       12/01/2025                              /s/ Daniel M. Combs
                                          *Signature of the attorney or unrepresented party*

           Amanda Hollander                   Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                *Printed name*
                                          Colorado Attorney General's Office
                                          1300 Broadway
                                          Denver, CO 80203

                                          *Address*

                                          Dan.Combs@coag.gov
                                          *E-mail address*

                                          (720) 508-6625
                                          *Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
## for the
### District of Colorado ▼

Christopher S.P. Gregory )
_____ )
*Plaintiff* )
v. ) Civil Action No. 1:25-cv-03361-DDD
Colorado Jud. Discipline Rulemaking Committee, et al. )
_____ )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from Dec. 1, 2025 , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: Dec. 1, 2025

/s/ Daniel M. Combs
_____
*Signature of the attorney or unrepresented party*

Maria E. Berkenkotter
_____
*Printed name of party waiving service of summons*

Daniel M. Combs, First Assistant Attorney General
_____
*Printed name*

Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, CO 80203
_____
*Address*

Dan.Combs@coag.gov
_____
*E-mail address*

720-508-6625
_____
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado   ▼

| | | |
|---|---|---|
| Christopher S.P. Gregory | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  1:25-cv-03361-DDD |
| Colorado Jud. Discipline Rulemaking Committee, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          Dec. 1, 2025          , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   Dec. 1, 2025

/s/ Daniel M. Combs

*Signature of the attorney or unrepresented party*

Brian D. Boatright

*Printed name of party waiving service of summons*

Daniel M. Combs, First Assistant Attorney General

*Printed name*

Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, CO 80203

*Address*

Dan.Combs@coag.gov

*E-mail address*

720-508-6625

*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▾

| | | |
|---|---|---|
| Christopher S.P. Gregory | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:25-cv-03361-DDD |
| Colorado Jud. Discipline Rulemaking Committee, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:    Ingrid J. DeFranco

    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from     Dec. 1, 2025     , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:    Dec. 1, 2025

    Richard L. Gabriel

*Printed name of party waiving service of summons*

/s/ Daniel M. Combs

*Signature of the attorney or unrepresented party*

Daniel M. Combs, First Assistant Attorney General

*Printed name*

Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, CO 80203

*Address*

Dan.Combs@coag.gov

*E-mail address*

720-508-6625

*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▾

| | | |
|---|---|---|
| Christopher S.P. Gregory | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:25-cv-03361-DDD |
| Colorado Jud. Discipline Rulemaking Committee, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: <u>Ingrid J. DeFranco</u>
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from <u>Dec. 1, 2025</u>, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: <u>Dec. 1, 2025</u>

<u>Melissa Hart</u>
*Printed name of party waiving service of summons*

/s/ Daniel M. Combs
*Signature of the attorney or unrepresented party*

Daniel M. Combs, First Assistant Attorney General
*Printed name*

Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, CO 80203
*Address*

Dan.Combs@coag.gov
*E-mail address*

720-508-6625
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado ▼

| | | |
|---|---|---|
| Christopher S.P. Gregory | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:25-cv-03361-DDD |
| Colorado Jud. Discipline Rulemaking Committee, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: ___Ingrid J. DeFranco_____

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from ___Dec. 1, 2025___, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ___Dec. 1, 2025___

___William W. Hood, III___

*Printed name of party waiving service of summons*

/s/ Daniel M. Combs

*Signature of the attorney or unrepresented party*

Daniel M. Combs, First Assistant Attorney General

*Printed name*

Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, CO 80203

*Address*

Dan.Combs@coag.gov

*E-mail address*

720-508-6625

*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| Christopher S.P. Gregory | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:25-cv-03361-DDD |
| Colorado Jud. Discipline Rulemaking Committee, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:    Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from        Dec. 1, 2025        , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:    Dec. 1, 2025

/s/ Daniel M. Combs

*Signature of the attorney or unrepresented party*

Carlos A. Samour, Jr.

Daniel M. Combs, First Assistant Attorney General

*Printed name of party waiving service of summons*

*Printed name*

Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, CO 80203

*Address*

Dan.Combs@coag.gov

*E-mail address*

720-508-6625

*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado  ▾

CHRISTOPER S.P. GREGORY )
*Plaintiff* )
v. )  Civil Action No. 1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 12/01/2025 , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 12/01/2025

/s/ Daniel M. Combs

*Signature of the attorney or unrepresented party*

Alison Kyles

*Printed name of party waiving service of summons*

Daniel M. Combs, First Assistant Attorney General

*Printed name*
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203

*Address*

Dan.Combs@coag.gov

*E-mail address*

(720) 508-6625

*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▼

CHRISTOPER S.P. GREGORY )
*Plaintiff* )
)
v. ) Civil Action No. 1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 12/01/2025 , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 12/01/2025      /s/ Daniel M. Combs

*Signature of the attorney or unrepresented party*

Bryon Large      Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*      *Printed name*
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203

*Address*

Dan.Combs@coag.gov

*E-mail address*

(720) 508-6625

*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ☐

| | |
|---|---|
| CHRISTOPER S.P. GREGORY | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco

   *(Name of the plaintiff's attorney or unrepresented plaintiff)*

   I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

   I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

   I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from                    12/01/2025                    , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:     12/01/2025                                                   /s/ Daniel M. Combs
                                                                  *Signature of the attorney or unrepresented party*

              Anne Mangiardi                     Daniel M. Combs, First Assistant Attorney General
   *Printed name of party waiving service of summons*                   *Printed name*
                                                        Colorado Attorney General's Office
                                                        1300 Broadway
                                                        Denver, CO 80203

                                                                  *Address*

                                                        Dan.Combs@coag.gov
                                                                  *E-mail address*

                                                        (720) 508-6625
                                                                  *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

   Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

   "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

   If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

   If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▼

CHRISTOPER S.P. GREGORY )
*Plaintiff* )
)
v. ) Civil Action No. 1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from           12/01/2025          , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:      12/01/2025                                /s/ Daniel M. Combs
                                            *Signature of the attorney or unrepresented party*

        Bonnie McLean                   Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                  *Printed name*
                                           Colorado Attorney General's Office
                                           1300 Broadway
                                           Denver, CO 80203

                                                   *Address*

                                           Dan.Combs@coag.gov
                                                *E-mail address*

                                           (720) 508-6625
                                              *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado  ▼

| | | |
|---|---|---|
| CHRISTOPER S.P. GREGORY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from            12/01/2025            , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:        12/01/2025

_____           /s/ Daniel M. Combs
                                          *Signature of the attorney or unrepresented party*

Colleen McManamon                         Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*              *Printed name*
                                          Colorado Attorney General's Office
                                          1300 Broadway
                                          Denver, CO 80203
                                          *Address*

                                          Dan.Combs@coag.gov
                                          *E-mail address*

                                          (720) 508-6625
                                          *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado  ▼

CHRISTOPER S.P. GREGORY ) 
*Plaintiff* ) 
v. ) Civil Action No.  1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al ) 
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from             12/01/2025            , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:     12/01/2025                                                             /s/ Daniel M. Combs
                                                                *Signature of the attorney or unrepresented party*

Kristen Mix                                          Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                 *Printed name*
                                                           Colorado Attorney General's Office
                                                           1300 Broadway
                                                           Denver, CO 80203

                                                              *Address*

                                                      Dan.Combs@coag.gov
                                                         *E-mail address*

                                                        (720) 508-6625
                                                       *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ☐ ▼

CHRISTOPER S.P. GREGORY )
*Plaintiff* )
)
v. ) Civil Action No. 1:25-cv-03361-DDD
)
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____12/01/2025_____ , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ____12/01/2025____       /s/ Daniel M. Combs
                              *Signature of the attorney or unrepresented party*

Reed Owens                    Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*          *Printed name*
                              Colorado Attorney General's Office
                              1300 Broadway
                              Denver, CO 80203
                              *Address*

                              Dan.Combs@coag.gov
                              *E-mail address*

                              (720) 508-6625
                              *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado   ▾

CHRISTOPER S.P. GREGORY )
*Plaintiff* )
v. )   Civil Action No.  1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from            12/01/2025            , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:      12/01/2025

Meredith Patrick Cord
*Printed name of party waiving service of summons*

/s/ Daniel M. Combs
*Signature of the attorney or unrepresented party*

Daniel M. Combs, First Assistant Attorney General
*Printed name*
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203

*Address*

Dan.Combs@coag.gov
*E-mail address*

(720) 508-6625
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Colorado ▼

CHRISTOPER S.P. GREGORY )
_____ )
*Plaintiff* )
v. ) Civil Action No. 1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
_____ )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          12/01/2025          , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:     12/01/2025                                    /s/ Daniel M. Combs
                                                        *Signature of the attorney or unrepresented party*

Mary V. Sooter                              Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*          *Printed name*
                                            Colorado Attorney General's Office
                                            1300 Broadway
                                            Denver, CO 80203
                                            *Address*

                                            Dan.Combs@coag.gov
                                            *E-mail address*

                                            (720) 508-6625
                                            *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado   ▼

| | |
|---|---|
| CHRISTOPER S.P. GREGORY | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.  1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from             12/01/2025             , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:      12/01/2025                                                /s/ Daniel M. Combs
                                                                 *Signature of the attorney or unrepresented party*

         Aubrey C. Sullivan                          Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                    *Printed name*
                                                           Colorado Attorney General's Office
                                                                   1300 Broadway
                                                                  Denver, CO 80203

                                                                     *Address*

                                                              Dan.Combs@coag.gov
                                                                  *E-mail address*

                                                                  (720) 508-6625
                                                                 *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado   ▼

| | | |
|---|---|---|
| CHRISTOPER S.P. GREGORY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          12/01/2025          , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:     12/01/2025                                    /s/ Daniel M. Combs
                                                *Signature of the attorney or unrepresented party*

            Courtney Sutton                 Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                      *Printed name*
                                        Colorado Attorney General's Office
                                        1300 Broadway
                                        Denver, CO 80203

                                            *Address*

                                        Dan.Combs@coag.gov
                                        *E-mail address*

                                        (720) 508-6625
                                        *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado   ▾

| | | |
|---|---|---|
| CHRISTOPER S.P. GREGORY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from      12/01/2025      , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:    12/01/2025                                    /s/ Daniel M. Combs
                                              *Signature of the attorney or unrepresented party*

        Jeff Swanty                          Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                  *Printed name*
                                              Colorado Attorney General's Office
                                              1300 Broadway
                                              Denver, CO 80203

                                              *Address*

                                              Dan.Combs@coag.gov
                                              *E-mail address*

                                              (720) 508-6625
                                              *Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado   ▼

| | |
|---|---|
| CHRISTOPER S.P. GREGORY | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from            12/01/2025           , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:      12/01/2025                                                   /s/ Daniel M. Combs
                                                                  *Signature of the attorney or unrepresented party*

Stefanie Trujillo                                    Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                          *Printed name*
                                                              Colorado Attorney General's Office
                                                              1300 Broadway
                                                              Denver, CO 80203

                                                                  *Address*

                                                              Dan.Combs@coag.gov
                                                                  *E-mail address*

                                                              (720) 508-6625
                                                                  *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado  ▾

CHRISTOPER S.P. GREGORY )
*Plaintiff* )
)
v. ) Civil Action No. 1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
 *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____12/01/2025_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____12/01/2025_____                 /s/ Daniel M. Combs
                                *Signature of the attorney or unrepresented party*

          Mariana Vielma                   Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*          *Printed name*
                                Colorado Attorney General's Office
                                1300 Broadway
                                Denver, CO 80203
                                      *Address*

                                Dan.Combs@coag.gov
                                    *E-mail address*

                                (720) 508-6625
                                  *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ☐▾

| | |
|---|---|
| CHRISTOPER S.P. GREGORY | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from                12/01/2025                , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:        12/01/2025                                                   /s/ Daniel M. Combs

                                                                        *Signature of the attorney or unrepresented party*

                Vincente Vigil                                 Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                        *Printed name*
                                                                Colorado Attorney General's Office
                                                                1300 Broadway
                                                                Denver, CO 80203

                                                                *Address*

                                                                Dan.Combs@coag.gov

                                                                *E-mail address*

                                                                (720) 508-6625

                                                                *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

District of Colorado ▼

CHRISTOPER S.P. GREGORY ) 
*Plaintiff* )
v. ) Civil Action No. 1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from         12/01/2025         , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:     12/01/2025                                            /s/ Daniel M. Combs
                                                    *Signature of the attorney or unrepresented party*

Jeffrey M. Walsh                              Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                     *Printed name*
                                                    Colorado Attorney General's Office
                                                    1300 Broadway
                                                    Denver, CO 80203

                                                    *Address*

                                                    Dan.Combs@coag.gov
                                                    *E-mail address*

                                                    (720) 508-6625
                                                    *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado  ▾

| | | |
|---|---|---|
| CHRISTOPER S.P. GREGORY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from                12/01/2025               , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:      12/01/2025

Emily Tofte Nestaval
*Printed name of party waiving service of summons*

/s/ Daniel M. Combs
*Signature of the attorney or unrepresented party*

Daniel M. Combs, First Assistant Attorney General
*Printed name*
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203

*Address*

Dan.Combs@coag.gov
*E-mail address*

(720) 508-6625
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.