| | |
|---|---|
| **From:** | Clayton Ankney |
| **To:** | defrancoi@yahoo.com; ingrid.defranco@gmail.com |
| **Cc:** | Dan Combs (He/Him); Katharine Brown; Linda Ruth Carter; Carmen Van Pelt |
| **Subject:** | Gregory, 25-3361 (D. Colo.) - Conferral on Motion for Leave to File MTD and Motion for Additional Pages |
| **Date:** | Wednesday, February 18, 2026 11:59:09 AM |

```
┌──────────┐
│ EXHIBIT  │
│          │
│    A     │
└──────────┘
```

Good morning, Ingrid:

I hope all is well. The deadline for Defendants to file their motion to dismiss was previously stayed pending resolution of Judge Jackson's conferral/letter protocol. In light of this matter being reassigned from Judge Jackson to Judge Gallagher, the deadline for Defendants to file a responsive pleading is now unclear. As such, Defendants will be filing a motion seeking leave to file their motion to dismiss by February 27, 2026. Please let us know if Plaintiff has any objection to that motion.

Additionally, given the number of claims, Defendants, and legal theories presented in the complaint, Defendants will be filing a motion seeking leave to file a 45-page motion to dismiss. Please let us know if Plaintiff has any objection to that motion.

Thank you.

Clayton J. Ankney
Second Assistant Attorney General
Tort Litigation Unit
Colorado Department of Law
Phone: (720) 508-6604
Email: clayton.ankney@coag.gov