Inbox (1 unread) - ingrid.defranco@gmail.com - Yahoo Mail

**PLAINTIFF'S EXHIBIT 1**

← Back

**Gregory, 25-3361 (D. Colo.) - Conferral on Motion for Leave to File MTD and Motion for Additional Pages**

📁 Inbox

**Clayton Ankney**
To: me, and 1 other, Cc: Dan, and 3 others · Wed, Feb 18 at 11:59 AM ∨

Good morning, Ingrid:

I hope all is well. The deadline for Defendants to file their motion to dismiss was previously stayed pending resolution of Judge Jackson's conferral/letter protocol. In light of this matter being reassigned from Judge Jackson to Judge Gallagher, the deadline for Defendants to file a responsive pleading is now unclear. As such, Defendants will be filing a motion seeking leave to file their motion to dismiss by February 27, 2026. Please let us know if Plaintiff has any objection to that motion.

Additionally, given the number of claims, Defendants, and legal theories presented in the complaint, Defendants will be filing a motion seeking leave to file a 45-page motion to dismiss. Please let us know if Plaintiff has any objection to that motion.

Thank you.

Clayton J. Ankney
Second Assistant Attorney General
Tort Litigation Unit
Colorado Department of Law
Phone: (720) 508-6604
Email: clayton.ankney@coag.gov

**Clayton Ankney**
To: me, and 1 other, Cc: Dan, and 3 others · Wed, Feb 18 at 5:11 PM ∨

**Starred**

⭐ A Needles home f...
Redfin · Feb 16

⭐ Re: MSJ Response
Geoff, Brad · Jan 26

⭐ rule 21
Andrea Hall · Jan 1

⭐ a thought let's talk
Andrea Hall · 12/4/2025

⭐ "I am."
Steve Schmidt from The

⭐ Here's your order ...
LegalNature, LLC · 7/18/:

⭐ Re: Trial availability
me, Stefania .. Alexander

⭐ The egg inflation ...
Slate Plus · 2/28/2025

See all Starred message

ation

2/19/26, 3:06 PM                           Sent (1 unread) - ingrid.defranco@gmail.com - Yahoo Mail



Back

## Deadlines  📁 Sent

Ingrid DeFranco
To: Clayton, Cc: dan.combs@coag.gov, and 4 others · Thu, Feb 19 at 8:59 AM ⌄

Dear Mr. Ankney,

Thank you for your email.

As you are aware, this case has been pending since October 23, 2025 with repeated stipulations to extend the deadline for an answer or other responsive pleading. You seem to confuse the meeting and conferral obligations that would allow extension of the answer deadline. As documented through our correspondence last week, we have repeatedly sought a good faith conferral concerning the necessity of assigning this case to a district judge from outside the 10th Circuit as well as the conflicts that exist, which prevent your Office from impartially representing the interests of the State of Colorado. At no time during our discussions prior to the expiration of the previously agreed February 16, 2026 answer deadline did you request additional time to respond as might help meaningfully address our concerns about the fairness and impartiality of these proceedings. Indeed, as I explained to you in my email to you on Friday, February 13, 2026 at 7:49 a.m., our impression of your intended motion to dismiss and your response to our motion to strike is that both were being pursued for improper purposes. In reality, there was a hard deadline that you were fully aware of and which has now passed. Your unwillingness to engage in a good faith meeting and conferral as to underlying structural deficiencies in this case (namely Judge Domenico's extended assignment to this case despite his actual bias and your Office's conflicted representation of the Defendants) does not excuse or stay the deadline for answering the Verified Complaint.

As an application for the Clerk of Court to perform a ministerial and mandatory act under F.R.C.P. 55(a), the request for entry of the default does not require separate meeting and conferral. *See* F.R.C.P. 55(a) ("When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk *must* enter the party's default.").

If you choose to file a motion seeking to set aside the anticipated default according to F.R.C.P. 55(c), we remain willing to engage in a good faith meeting and conferral with you particularly as to the continuing need for a judicial assignment from outside the 10th Circuit and for the further representation of the State of Colorado to occur through an equally impartial attorney (whether it be another state's attorney general or otherwise).

Finally, Mr. Gregory is my co-counsel, and I respectfully request that he be copied on our communications. Thank you.

Sincerely,

Ingrid DeFranco



Starred   Contacts   More

⭐ A Needles home f...
   Redfin · Feb 16

⭐ Re: MSJ Response
   Geoff, Brad · Jan 26

⭐ rule 21
   Andrea Hall · Jan 1

⭐ a thought let's talk
   Andrea Hall · 12/4/2025

⭐ "I am."
   Steve Schmidt from The

⭐ Here's your order ...
   LegalNature, LLC · 7/18/:

⭐ Re: Trial availability
   me, Stefania .. Alexander

⭐ The egg inflation ...
   Slate Plus · 2/28/2025

See all Starred message

2/19/26, 3:06 PM                                    Sent (1 unread) - ingrid.defranco@gmail.com - Yahoo Mail



ingrid.defranco

Law Office of Ingrid J. DeFranco
PO Box 128 Brighton, CO 80601-0128
303.641.6812 fax: 303.558.4294

Reply    Reply all    Forward

## RE: Gregory, 25-3361 (D. Colo.) - Conferral on Motion for Leave to File MTD and Motion for Additional Pages

From: Clayton Ankney (clayton.ankney@coag.gov)

To:     defrancoi@yahoo.com; ingrid.defranco@gmail.com

Cc:     dan.combs@coag.gov; katharine.brown@coag.gov; lindaruth.carter@coag.gov; carmen.vanpelt@coag.gov

Date:   Wednesday, February 18, 2026 at 05:11 PM MST

Hello, Ingrid:

We write regarding Mr. Gregory's Application for Entry of Default and ask that you withdraw it immediately or we will move to strike. This motion is improper because (1) as you know, the motion to dismiss deadline was stayed under Judge Jackson's practice standards, and we emailed you just this morning to set a February 27, 2026 deadline to file a motion to dismiss; and (2) you did not confer with us before filing this motion, as required by the Court's rules. Please let us know your position. Thank you.

Clayton J. Ankney
Second Assistant Attorney General
Tort Litigation Unit
Colorado Department of Law
Phone: (720) 508-6604
Email: clayton.ankney@coag.gov

v>;