| | |
|---|---|
| **From:** | Ringel, Andrew D. |
| **To:** | Christopher Gregory |
| **Cc:** | Ringel, Andrew D. |
| **Subject:** | Jennifer L. Dees et. al. v. William Hood et. al. |
| **Date:** | Friday, August 9, 2024 12:47:36 PM |
| **Attachments:** | HELogo-600_1647bba9-82b6-4878-b39e-e05e65e25e7e.png |
| | mansfield-law-firm-participation-badge-3-2024-2025_527f14ea-3712-4c10-a668-03806a09fad7.png |

Mr. Gregory:

I have been retained by the State of Colorado Risk Manager to represent you in connection with the above matter.  I believe you were informed of my retention by Dan Combs of the Office of the Attorney General.

I wanted to introduce myself and provide my contact information which is below.

I also wanted to schedule a time where we can meet by video conference or telephone conference next week to discuss this matter.  Please let me know some dates and times that work for your schedule.  I have decent availability next week.

Finally, I wanted to see if you would authorize me to waive service of the Complaint on your behalf. This will have you avoid personal service and will also give us added time to respond to the Complaint.  I plan to file a motion to dismiss in response to the Complaint.

I look forward to working with you on this matter.

Thanks.

Andrew


**Andrew D. Ringel** | Member
ringela@hallevans.com
Tel: 303-628-3453

**Hall & Evans, LLC**
1001 Seventeenth Street, Suite 300
Denver, CO 80202



AZ | CO | ID | IL | MO | MT | NM | NV | UT | WY
website | bio | LinkedIn

     

Confidentiality Notice: This e-mail and any files transmitted with it are confidential and intended solely for the named addressee(s) of this message and may be subject to attorney-client privilege or work-product protection. If you are not the named addressee, unauthorized use, disclosure or distribution is prohibited; please notify the sender by reply email and destroy all copies of the original message. Our spam protection may prevent any reply e-mail from being delivered. If I have

not responded to your email within 48 hours, please contact our office at 303/628-3300. This e-mail and any attachments are believed to be free of viruses and defects, but it is the responsibility of the recipient to ensure that it is virus-free. The sender is not responsible for any loss or damage arising from its use.

| **From:** | Dan Combs (He/Him) |
| **To:** | Christopher Gregory |
| **Subject:** | RE: Call |
| **Date:** | Thursday, August 1, 2024 4:18:45 PM |
| **Attachments:** | image001.png |
| | image003.png |

Hello Christopher,

Andrew Ringel from Hall & Evans, acting as a Special Assistant Attorney General, will be reaching out regarding representation.

Please feel free to call me tomorrow if you have any questions. I'll be out of the office on leave next week.

Thanks,
Dan

Daniel M. Combs (he/him/his)
First Assistant Attorney General
Colorado Department of Law
Tort Litigation Unit
Phone: (720) 508-6625
Email: Dan.Combs@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Christopher Gregory <cspgregory@thegregorylawfirm.net>
**Sent:** Tuesday, July 30, 2024 10:45 AM
**To:** Dan Combs (He/Him) <Dan.Combs@coag.gov>
**Subject:** RE: Call

Hi Dan,

As I have thought about this more, I am not sure why I am not able to provide input as to the selection of the SAAG.

When past conflicts have arisen, it was up to the client (i.e. the Commission or individual Commissioners) as to who would be selected to provide outside representation as SAAGs. This process was followed when the Commission selected its outside special counsel for the *Coats* case and when individual Commissioners had to respond to criminal conduct by Attorney Regulation Counsel Jessica Yates (who used her official position to intimidate legislative witnesses). In having private attorney David Kaplan represent the Commission, judge/attorney Commissioners, and the Executive Director as a SAAG, I had to go through this same process with ultimate approval provided by then Solicitor General Eric Olson.

As I understand it, the authority to appoint a special assistant attorney general is derived from

Sec. 24-31-101(1)(g), C.R.S., but is limited by Sec. 24-31-111(5), C.R.S. (which allows agencies to appoint their own counsel if representation by the Attorney General is disputed / conflicted).

In any event, if you could help clarify the SAAG appointment process in this matter, I would greatly appreciate it.  Thank you again for your help with this.

Warmest regards,
Christopher Gregory

 The Gregory Law Firm, LLC

Christopher S.P. Gregory
Attorney at Law

201 Coffman St., #1822, Longmont, CO 80502
● Phone:  970.648.0642 ● Fax:  970.648.0643 ●

This e-mail transmission contains information from the Gregory Law Firm, LLC which may be confidential or protected by the attorney-client privilege.  If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited.  If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.

---

**From:** Dan Combs (He/Him) <Dan.Combs@coag.gov>
**Sent:** Monday, July 29, 2024 5:15 PM
**To:** Christopher Gregory <cspgregory@thegregorylawfirm.net>
**Subject:** RE: Call

Hi Christopher,

I'm glad we were able to talk Friday. Per our call, I'll be arranging for representation by a Special Assistant Attorney General ("SAAG"). Stay tuned for that info.

Best,
Dan


Daniel M. Combs (he/him/his)
First Assistant Attorney General
Colorado Department of Law
Tort Litigation Unit
Phone: (720) 508-6625
Email: Dan.Combs@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

**From:** Christopher Gregory <cspgregory@thegregorylawfirm.net>
**Sent:** Friday, July 26, 2024 3:58 PM
**To:** Dan Combs (He/Him) <Dan.Combs@coag.gov>
**Subject:** RE: Call

Hi Dan,

Thanks for your message.  If we don't have a chance to talk before, I hope that you have a good weekend.

Warmest regards,
Christopher Gregory



The Gregory Law Firm, LLC
Christopher S.P. Gregory
Attorney at Law

201 Coffman St., #1822, Longmont, CO 80502
● Phone:  970.648.0642 ● Fax:  970.648.0643 ●

This e-mail transmission contains information from the Gregory Law Firm, LLC which may be confidential or protected by the attorney-client privilege.  If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited.  If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.

**From:** Dan Combs (He/Him) <Dan.Combs@coag.gov>
**Sent:** Friday, July 26, 2024 3:34 PM
**To:** Christopher Gregory <cspgregory@thegregorylawfirm.net>
**Subject:** Call

Hello Christopher,

I saw you called back, when I was on another call. I'll try to call before 5:00 today, and if we're not able to talk I'll reach out first thing Monday.

Best,
Dan

Daniel M. Combs (he/him/his)
First Assistant Attorney General
Colorado Department of Law
Tort Litigation Unit
Phone: (720) 508-6625
Email: Dan.Combs@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the

Attorney General.