

# The Gregory Law Firm, LLC

Christopher S.P. Gregory
Attorney at Law

cspgregory@thegregorylawfirm.net

February 25, 2026

Senate President James R. Coleman
Colorado State Senate
200 E. Colfax Ave.
Denver, CO 80203
**Via E-Mail: james.coleman.senate@coleg.gov**

*Re: Supplement to Ethical Complaint Against the Members of the Senate Judiciary Committee Brought According to Senate Rule 43; Exhibit 1*

Dear President Coleman:

On February 11, 2026, I submitted an ethics complaint against all involved members of the Senate Judiciary Committee.  Inexplicably, your Office has not provided any acknowledgment of receiving my complaint.  Since the submission of my complaint, however, there have been some material developments that should be considered as you proceed with the process defined and required by Senate Rule 43.

According to § 24-31-1204(1), C.R.S., Attorney General Phil Weiser is obligated to "diligently investigate" violations of the Colorado False Claims Act (the CFCA) regardless of whether allegations are brought by a direct complaint to the Attorney General's Office, through the Office of the State Auditor's (the OSA) Fraud Hotline, or through a *qui tam* action.  The State Auditor similarly has authority and obligations to investigate alleged false claims independently, in conjunction with the Attorney General, or otherwise.  § 24-31-1204(2), C.R.S.  Under the Fraud Hotline statute, § 2-3-110.5(1)(d), C.R.S., the State Auditor is further tasked with investigating reports of "occupational fraud."  Occupational fraud is defined as "the use of one's occupation for personal enrichment through the deliberate misuse or misapplication of the employing organization's resources or assets."  § 2-3-110.5(1)(d), C.R.S.  Although the State Auditor's investigations of false claims and Fraud Hotline complaints are ordinarily performed in conjunction with and through the support of the Attorney General's Office, § 24-31-111(5), C.R.S. provides a mechanism through which the State Auditor can directly appoint a Special Assistant Attorney General (SAAG) when there are conflicts of interest and the Attorney General's Office cannot perform such functions.

In addition to Attorney General Weiser's statutory obligations to investigate false claims and fraud, Attorney General Weiser is also obligated to investigate and civilly prosecute patterns of constitutional and civil rights violations within Colorado State Government.  § 24-31-113, C.R.S.

Instead of performing his statutory and ethical obligations by stepping aside to allow the appointment of a SAAG by the State Auditor, Attorney General Weiser and his Office entered

PLAINTIFF'S
EXHIBIT

2

201 Coffman St., #1822, Longmont, CO 80502
● 970-648-0642 ● Fax: 970-648-0643 ●

Christopher S.P. Gregory, esq.
February 25, 2026
Page 2 of 3

their appearances to ***defend*** against the legitimate allegations of public fraud, retaliation, and civil rights violations pled in *Gregory v. Colo. Jud. Discipline Rulemaking Comm.*, 1:25-cv-03361—GPG (D. Colo.).  Attorney General Weiser's use of his own Office's resources to defend against civil claims brought against him and the other Defendants individually meets the definition of occupational fraud provided in § 2-3-110.5(1)(d), C.R.S.  Such conduct and the Defendants' (including Attorney General Weiser's) persistent refusals to disqualify themselves also satisfies the elements of First Degree Official Misconduct.  § 18-8-404, C.R.S.[1]

Essentially, Attorney General Weiser's strategy has been to obstruct and prevent litigation of the merits of *Gregory*, including avoiding the Defendants' obligations to timely and directly respond to the allegations of their unlawful conduct pled in the Verified Complaint.  This obstruction has now culminated in the entry of a default against all Defendants.  Exhibit 1.  Until and unless the default is set aside under F.R.C.P. 55(c), the allegations of the Verified Complaint are treated as admitted / proven.  *See, e.g., Dickinson v. Lincoln Building Corp.*, 2015 COA 170M, ¶¶ 22-23 ("[A]n entry of default establishes a party's liability. . . An entry of default, however, is not an admission regarding damages.").  Despite these significant developments in court, the Senate Judiciary Committee has refused to confront Attorney General Weiser, the Justices of the Colorado Supreme Court, Governor Jared Polis, and the members and staff of the Colorado Commission on Judicial Discipline with their persistent refusals to disqualify themselves and the allegations made against them personally.  In other words, there is no legislative oversight of our State's highest-ranking elected officials.

With these additional facts, the Senate Judiciary Committee's refusal to allow me a full opportunity to petition for grievances, its deliberate disregard for the legislative record that I created (including as to SB26-084), and its refusal to consider my request for a joint resolution directing the appointment of another state's attorney general as a SAAG capable of impartially representing the interests of the State of Colorado perpetuates ongoing public fraud and civil rights violations rather than providing meaningful accountability.  Again, I respectfully submit that the conduct of the Senate Judiciary Committee substantially breaches the ethical standards enforceable through Senate Rule 43.  I renew my request that you take action on my February 11, 2026 complaint, as supplemented by this letter.

---

[1] § 18-8-404, C.R.S. provides:

> (1) A public servant commits first degree official misconduct if, with intent to obtain a benefit for the public servant or another or maliciously to cause harm to another, he or she knowingly:
> (a) Commits an act relating to his office but constituting an unauthorized exercise of his official function; or
> (b) Refrains from performing a duty imposed upon him by law; or
> (c) Violates any statute or lawfully adopted rule or regulation relating to his office.
> (2) First degree official misconduct is a class 1 misdemeanor.

According to § 18-1-901(3)(o), C.R.S., a "'Public servant' means any officer or employee of government, whether elected or appointed, and any person participating as an advisor, consultant, process server, or otherwise in performing a governmental function, but the term does not include witnesses."

Christopher S.P. Gregory, esq.
February 25, 2026
Page 3 of 3


Sincerely,

Christopher S.P. Gregory, esq.
Enclosure

**EXHIBIT**

**1**

## Christopher Gregory

| | |
|---|---|
| **From:** | COD_ENotice@cod.uscourts.gov |
| **Sent:** | Monday, February 23, 2026 3:50 PM |
| **To:** | COD_ENotice@cod.uscourts.gov |
| **Subject:** | Activity in Case 1:25-cv-03361-GPG Gregory v. Colorado Judicial Discipline Rulemaking Committee, The et al Clerk's Entry of Default |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court - District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 2/23/2026 at 3:49 PM MST and filed on 2/23/2026

| | |
|---|---|
| **Case Name:** | Gregory v. Colorado Judicial Discipline Rulemaking Committee, The et al |
| **Case Number:** | 1:25-cv-03361-GPG |
| **Filer:** | Colorado Judicial Discipline Rulemaking Committee, The |
| | Ingrid Barrier |
| | David Beller |
| | Maria Berkenkotter |
| | Brian D. Boatright |
| | Jill Brady |
| | Gina Cannan |
| | James Carpenter |
| | Nancy Cohen |
| | Colorado Commission on Judicial Discipline, The |
| | Colorado Supreme Court, The |
| | Meredith Patrick Cord |
| | Richard Gabriel |
| | Robert Gardner |
| | Sara Garrido |
| | Kirsten Grooms |
| | Melissa Hart |
| | James Hartmann |
| | Amanda Hollander |

William Hood III

Alison Kyles

Bryon Large

Anne Mangiardi

Monica Marquez

Bonnie McLean

Colleen McManamon

Kristen Mix

Emily Tofte Nestaval

Reed Owens

Jared Polis

Jared (I) Polis

Carlos Samour

Mary V. Sooter

Aubrey C. Sullivan

Courtney Sutton

Jeff Swanty

Stefanie Trujillo

MaryAnn Vielma

Vincente Vigil

Jeffrey M. Walsh

Philip (I) J. Weiser

Philip J. Weiser

**Document Number:** 46(No document attached)

**Docket Text:**
**Clerk's ENTRY OF DEFAULT as to Colorado Judicial Discipline Rulemaking Committee, The, Ingrid Barrier, David Beller, Maria Berkenkotter, Brian D. Boatright, Jill Brady, Gina Cannan, James Carpenter, Nancy Cohen, Colorado Commission on Judicial Discipline, The, Colorado Supreme Court, The, Meredith Patrick Cord, Richard Gabriel, Robert Gardner, Sara Garrido, Kirsten Grooms, Melissa Hart, James Hartmann, Amanda Hollander, William Hood III, Alison Kyles, Bryon Large, Anne Mangiardi, Monica Marquez, Bonnie McLean, Colleen McManamon, Kristen Mix, Emily Tofte Nestaval, Reed Owens, Jared Polis, Jared (I) Polis, Carlos Samour, Mary V. Sooter, Aubrey C. Sullivan, Courtney Sutton, Jeff Swanty, Stefanie Trujillo, MaryAnn Vielma, Vincente Vigil, Jeffrey M. Walsh, Philip (I) J. Weiser, Philip J. Weiser, by Clerk. Text Only Entry (ccuen, )**

**1:25-cv-03361-GPG Notice has been electronically mailed to:**

Ingrid J. DeFranco    ingrid.defranco@gmail.com, defrancoi@yahoo.com

Daniel Mitchell Combs    dan.combs@coag.gov, LaTasha.Carter@coag.gov, danmcombs@gmail.com, lindaruth.carter@coag.gov

Katharine J. Brown    katharine.brown@coag.gov, carmen.vanpelt@coag.gov, felicia.rei@coag.gov

Christopher Sydney Philip Gregory     cspgregory@thegregorylawfirm.net, cspgregory@hotmail.com

Clayton Jeffrey Ankney     clayton.ankney@coag.gov, Denise.munger@coag.gov,
LindaRuth.Carter@coag.gov

**1:25-cv-03361-GPG Notice has been mailed by the filer to:**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03361-GPG

CHRISTOPHER S.P. GREGORY,

      Plaintiff,

v.

The COLORADO JUDICIAL DISCIPLINE RULEMAKING COMMITTEE, et al.

      Defendants.

---

## APPLICATION FOR ENTRY OF DEFAULT

---

To the Clerk of the United States District Court for the District of Colorado:

As provided by Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Christopher

S.P. Gregory requests that this Court enter the default of the following Defendants for failure to

plead or otherwise defend against this action in a timely manner:

> The COLORADO JUDICIAL DISCIPLINE RULEMAKING COMMITTEE,
> The COLORADO COMMISSION ON JUDICIAL DISCIPLINE,
> The COLORADO SUPREME COURT,
> MARY V. SOOTER, individually,
> PHILIP J. WEISER, individually, and in his official capacity as the Colorado Attorney General,
> JARED POLIS, individually, and in his official capacity as Governor of the State of Colorado,
> MARIA BERKENKOTTER, individually,
> BRIAN D. BOATRIGHT, individually,
> RICHARD GABRIEL, individually,
> MELISSA HART, individually,
> WILLIAM HOOD, III, individually,
> MONICA MÁRQUEZ, individually,
> CARLOS SAMOUR, individually,
> INGRID BARRIER, individually,
> DAVID BELLER, individually,

JILL BRADY, individually,
GINA CANNAN, individually,
JAMES CARPENTER, individually,
NANCY COHEN, individually,
ROBERT GARDNER, individually,
SARA GARRIDO, individually,
KIRSTEN GROOMS, individually,
JAMES HARTMANN, individually,
AMANDA HOLLANDER, individually,
ALISON KYLES, individually,
BRYON LARGE, individually,
ANNE MANGIARDI, individually,
BONNIE MCLEAN, individually,
COLLEEN MCMANAMON, individually,
KRISTEN MIX, individually,
REED OWENS, individually,
MEREDITH PATRICK CORD, individually,
AUBREY C. SULLIVAN, individually,
COURTNEY SUTTON, individually,
JEFF SWANTY, individually,
EMILY TOFTE NESTAVAL, individually,
STEFANIE TRUJILLO, individually,
MARYANN VIELMA, individually,
VINCENTE VIGIL, individually, and
JEFFREY M. WALSH, individually.

As evidenced by the proof of service on file with this Court, the above-named Defendants

the Colorado Judicial Discipline Rulemaking Committee, the Colorado Supreme Court, Jared

Polis, Philip J. Weiser, and the Colorado Commission on Judicial Discipline were served

pursuant to Rule 4 of the Federal Rules of Civil Procedure on November 12, 2025 and November

17, 2025.  ECF Nos. 13 through 17.  The remaining Defendants executed Waiver(s) of Service

on December 1, 2025 and filed December 12, 2025.  ECF Nos. 23, 23-1 through 23-34.

Originally, the applicable time limits for the above-named Defendants to appear and

otherwise respond to this action were December 3, 2025, December 8, 2025, and January 30,

2026.  Through an unopposed motion and order, the applicable time limits were first extended to

-2-

February 2, 2026.  ECF No. 21.  Through a second unopposed motion (but without issuance of an order confirming it), the applicable time limits were then extended to February 16, 2026, which has now expired.  ECF No. 27.

The above-named Defendants have individually and collectively failed to plead or otherwise respond to the Verified Complaint and Jury Demand filed October 23, 2025. Accordingly, the Plaintiff respectfully requests that the Clerk of Court perform his mandatory and ministerial function in entering the default.  F.R.C.P. 55(a).

This request is supported by the attached Declaration of Plaintiff Christopher S.P. Gregory.

Dated: February 18, 2026

/s/ Ingrid J. DeFranco
**Ingrid J. DeFranco, esq.**
Law Office of Ingrid J. DeFranco
P.O. Box 128
Brighton, CO 80601
Telephone: (303) 641-6812
Email:  Ingrid.DeFranco@gmail.com
Attorney for Plaintiff Christopher S.P. Gregory


/s/ Christopher S.P. Gregory
**Christopher S.P. Gregory, Esq.**
The Gregory Law Firm, LLC
201 Coffman St., #1822
Longmont, CO 80502
Telephone: (970) 648-0642
E-mail: cspgregory@thegregorylawfirm.net
*Pro Se* Attorney for Plaintiff
Christopher S.P. Gregory

-3-

CERTIFICATE OF SERVICE

I certify that on February 18, 2026, I filed the above filing via email to the Clerk of the Court, who will docket it in CM/ECF. CM/ECF will send notification of this filing to any party who has entered an appearance in this matter to the e-mail addresses provided in CM/ECF.

/s/ Ingrid J. DeFranco
Ingrid J. DeFranco

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03361-GPG

CHRISTOPHER S.P. GREGORY,

      Plaintiff,

v.

The COLORADO JUDICIAL DISCIPLINE RULEMAKING COMMITTEE, et al.

      Defendants.

---

## DECLARATION OF PLAINTIFF CHRISTOPHER S.P. GREGORY

---

Christopher S.P. Gregory, Colorado Atty. Reg. No. 37095 / U.S. Dist. Ct. Colo. Atty. No. 2136213, ("Declarant") being of lawful age, of sound mind, and first dually sworn upon oath, deposes and says the following:

1. Declarant is the Plaintiff in this action and this Declaration is based upon Declarant's personal knowledge and made in good faith.

2. Defendants the Colorado Judicial Discipline Rulemaking Committee, the Colorado Supreme Court, Colorado Governor Jared Polis, and Colorado Attorney Philip J. Weiser were served pursuant to Rule 4 of the Federal Rules of Civil Procedure on November 12, 2025, as evidenced by the proof of service on file with this Court. ECF Nos. 13 through 16.

3. Defendant the Colorado Commission on Judicial Discipline was, likewise, served pursuant to Rule 4 of the Federal Rules of Civil Procedure on November 17, 2025, as evidenced by the proof of service on file with this Court. ECF No. 17.

4. The remaining Defendants Mary V. Sooter, Maria Berkenkotter, Brian D. Boatright, Richard Gabriel, Melissa Hart, William Hood, III, Monica Márquez, Carlos Samour, Ingrid Barrier, David Beller, Jill Brady, Gina Cannan, James Carpenter, Nancy Cohen, Robert Gardner, Sara Garrido, Kirsten Grooms, James Hartmann, Amanda Hollander, Alison Kyles, Bryon Large, Anne Mangiardi, Bonnie McLean, Colleen McManamon, Kristen Mix, Reed Owens, Meredith Patrick Cord, Aubrey C. Sullivan, Courtney Sutton, Jeff Swanty, Emily Tofte Nestaval, Stefanie Trujillo, MaryAnn Vielma, Vincente Vigil, and Jeffrey M. Walsh executed waivers of service on December 1, 2025 that were filed with this Court on December 12, 2025.

5. The Defendants have collectively failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint, even as repeatedly extended upon agreement of the parties, has expired.

6. None of the Defendants are minors or incompetent persons.

7. None of the Defendants are currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

8. I have attached to this declaration true and correct copies of the proofs and waivers of service on file for the above-named Defendants.

I declare under penalty of perjury that the statements made in this Declaration are true and correct to the best of my knowledge.

Executed on February 18, 2026, in Longmont, Colorado.

_____
Christopher S.P. Gregory

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:25-cv-03361-DDD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Colorado Attorney General Philip Weiser

was received by me on *(date)*        11/12/2025           .

❐ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

✔ I served the summons on *(name of individual)*   Hannah S. (Front Desk Receptionist)          , who is

designated by law to accept service of process on behalf of *(name of organization)*

Colorado Attorney General Philip Weiser           on *(date)*     11/12/2025      ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:     11/12/2025

*CONNIE MAYHUGH*
*Server's signature*

Connie Mayhugh, Investigator
*Printed name and title*

HSH Investigations, LLC
P.O. Box 337265
Greeley, CO 80633
*Server's address*

Additional information regarding attempted service, etc:

No last name provided.





AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:25-cv-03361-DDD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    The Colorado Supreme Court

was received by me on *(date)*        11/12/2025          .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Magdalene (Judicial Clerk III)                , who is
designated by law to accept service of process on behalf of *(name of organization)*    The Colorado Supreme Court

on *(date)*        11/12/2025         ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00         .

I declare under penalty of perjury that this information is true.

Date:     11/12/2025                            *CONNIE MAYHUGH*
                                               *Server's signature*

                                        Connie Mayhugh, Investigator
                                        *Printed name and title*

                                        HSH Investigations, LLC
                                        P.O. Box 337265
                                        Greeley, CO 80633
                                        *Server's address*

Additional information regarding attempted service, etc:

Magdalene refused to provide last name.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:25-cv-03361-DDD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Colorado Governor Jared Polis

was received by me on *(date)*  11/12/2025  .

❐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Tyler Goldstein (Staff Assistant) , who is
designated by law to accept service of process on behalf of *(name of organization)*
Colorado Governor Jared Polis  on *(date)*  11/12/2025  ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  11/12/2025

*Server's signature*

Connie Mayhugh, Investigator
*Printed name and title*

HSH Investigations, LLC
P.O. Box 337265
Greeley, CO 80633
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:25-cv-03361-DDD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Colorado Judicial Discipline Rulemaking Committee

was received by me on *(date)*          11/12/2025          .

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

✔ I served the summons on *(name of individual)*   Judge Bryon M. Large                          , who is

 designated by law to accept service of process on behalf of *(name of organization)* _____

 The Colorado Judicial Discipline Rulemaking Committee   on *(date)*      11/12/2025      ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .


I declare under penalty of perjury that this information is true.


Date:       11/12/2025                        *CONNIE MAYHUGH*
                                              *Server's signature*

                                              Connie Mayhugh, Investigator
                                              *Printed name and title*

                                              HSH Investigations, LLC
                                              P.O. Box 337265
                                              Greeley, CO 80633
                                              *Server's address*

Additional information regarding attempted service, etc:


Judge Large stated that he wasn't sure he was authorized to accept service for the Colorado Judicial
Discipline Rulemaking Committee but did accept service.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:25-cv-03361-DDD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  The Colorado Commission on Judicial Discipline

was received by me on *(date)*  11/12/2025  .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Scott Sosebee (Court Executive) , who is

designated by law to accept service of process on behalf of *(name of organization)*  Judge Jill Brady Member of CCJD

The Colorado Commission on Judicial Discipline  on *(date)*  11/17/2025  ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  11/17/2025

*CONNIE MAYHUGH*
*Server's signature*

Connie Mayhugh, Investigator
*Printed name and title*

HSH Investigations, LLC
P.O. Box 337265
Greeley, CO 80633
*Server's address*

Additional information regarding attempted service, etc:

# HSH INVESTIGATIONS

**Connie Mayhugh**                                                                      **DATE: 11/19/25**
HSH **Investigations, LLC**
**P.O. Box 337265**
**Greeley, CO 80633**
**Mobile: 970-580-0779**

## <u>MEMORANDUM</u>

On November 12th, I, Investigator Connie Mayhugh, arrived at the Ralph Carr Colorado Judicial Center to serve a Summons and Complaint to the following parties:

- Colorado Attorney General Philip Weiser
- Justice Monica Marquez, Chief Justice, Colorado Supreme Court
- James Carpenter, Chair, Colorado Commission on Judicial Discipline
- Kristen Mix, Chair, Colorado Judicial Discipline Rulemaking Committee

Upon arrival, I spoke with the receptionist, who contacted Hannah S.. Hannah S. confirmed she could only accept service for Philip Weiser, but could accept courtesy copies for others. No response was received from the Colorado Commission on Judicial Discipline.

At the Supreme Court office, the clerk, Magdalene, accepted service for Justice Monica Marquez but declined for others.

Efforts to serve the Colorado Commission on Judicial Discipline at their official office were not successful.

At the Governor's office, Tyler Goldstein, staff assistant, accepted service for Governor Jared Polis without issue.

Later, Hannah S. advised me to visit Suite 210, but again, no response was received. I then proceeded to the Office of the Presiding Disciplinary Judge, where I spoke with the receptionist. The receptionist consulted with Judge Bryon Large, who subsequently met with me in person. Judge Large clarified that he was not authorized to accept service on behalf of the Colorado Commission on Judicial Discipline, as he was not a member of the Commission. When asked about the Colorado Judicial Discipline Rulemaking Committee, Judge Large acknowledged his membership but expressed uncertainty regarding his authority to accept service for the Discipline Rulemaking Committee. After further discussion, Judge Large ultimately agreed to accept service for the Judicial Discipline

1

# HSH INVESTIGATIONS

Rulemaking Committee, while reiterating his reservations about his authorization to do so. He refused to accept service on behalf of the Colorado Commission on Judicial Discipline.

Upon returning to the reception area to inquire on whether Hannah was able to reach anyone with the Colorado Commission on Judicial Discipline, she was in communication via phone with a female individual whose name was not provided. Hannah handed me the phone, and I spoke with this individual who identified herself as working within the Office of the Colorado Commission on Judicial Discipline. She informed me that there was no one present in the office that day who could accept service but indicated that someone would be available the following day to accept service. I inquired if there was anyone available who could accept service on behalf of the Commission, explaining that I would not be able to return at a later time. The response was that there was no one present who was authorized to accept service.

On November 17th, I served Judge Jill Brady, a member of the Colorado Commission on Judicial Discipline, at the El Paso County Court House. Scott Sosebee, Court Executive, accepted service on Judge Brady's behalf.

**This report was provided by Connie Mayhugh, Investigator at HSH Investigations, and is a true and accurate representation of information gathered.**

Signature: _Connie Mayhugh_                                              Date: 11/19/25

2

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▼

| | |
|---|---|
| CHRISTOPER S.P. GREGORY<br>*Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al<br>*Defendant* | ) ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____12/01/2025_____ , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ____12/01/2025____

/s/ Daniel M. Combs
*Signature of the attorney or unrepresented party*

Ingrid Barrier
*Printed name of party waiving service of summons*

Daniel M. Combs, First Assistant Attorney General
*Printed name*
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203
*Address*

Dan.Combs@coag.gov
*E-mail address*

(720) 508-6625
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

District of Colorado   ▼

CHRISTOPER S.P. GREGORY )
*Plaintiff* )
)
v. ) Civil Action No.  1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from               12/01/2025               , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:      12/01/2025                                        /s/ Daniel M. Combs
                                                                   *Signature of the attorney or unrepresented party*

David Beller                                   Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                      *Printed name*
                                                          Colorado Attorney General's Office
                                                                   1300 Broadway
                                                                 Denver, CO 80203

                                                                   *Address*

                                                              Dan.Combs@coag.gov
                                                                   *E-mail address*

                                                                 (720) 508-6625
                                                                 *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado  ▾

| | |
|---|---|
| CHRISTOPER S.P. GREGORY | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from             12/01/2025             , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:      12/01/2025                                             /s/ Daniel M. Combs
                                                          *Signature of the attorney or unrepresented party*

                    Jill Brady                      Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                      *Printed name*
                                                          Colorado Attorney General's Office
                                                          1300 Broadway
                                                          Denver, CO 80203
                                                          *Address*

                                                          Dan.Combs@coag.gov
                                                          *E-mail address*

                                                          (720) 508-6625
                                                          *Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ⬛

Christopher S.P. Gregory ) 
*Plaintiff* ) 
 ) 
v. ) Civil Action No. 1:25-cv-03361-DDD 
Colorado Jud. Discipline Rulemaking Committee, et al. ) 
*Defendant* ) 
 ) 

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from            Dec. 1, 2025           , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: Dec. 1, 2025

/s/ Daniel M. Combs

*Signature of the attorney or unrepresented party*

Monica M. Márquez

Daniel M. Combs, First Assistant Attorney General

*Printed name of party waiving service of summons*

*Printed name*

Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203

*Address*

Dan.Combs@coag.gov

*E-mail address*

720-508-6625

*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Colorado ▼

| | |
|---|---|
| CHRISTOPER S.P. GREGORY | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from ___12/01/2025___, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ___12/01/2025___      ___/s/ Daniel M. Combs___
                                             *Signature of the attorney or unrepresented party*

___Gina Cannan___      Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*      *Printed name*
                                         Colorado Attorney General's Office
                                         1300 Broadway
                                         Denver, CO 80203
                                         *Address*

                                         Dan.Combs@coag.gov
                                         *E-mail address*

                                         (720) 508-6625
                                         *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▼

CHRISTOPER S.P. GREGORY )
_____ )
*Plaintiff* )
v. ) Civil Action No. 1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
_____ )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____12/01/2025_____ , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____12/01/2025_____

/s/ Daniel M. Combs
_____
*Signature of the attorney or unrepresented party*

James Carpenter
_____
*Printed name of party waiving service of summons*

Daniel M. Combs, First Assistant Attorney General
_____
*Printed name*
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203
_____
*Address*

Dan.Combs@coag.gov
_____
*E-mail address*

(720) 508-6625
_____
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

District of Colorado ▼

CHRISTOPER S.P. GREGORY )
_____ )
*Plaintiff* )
v. ) Civil Action No. 1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
_____ )
*Defendant* )

**WAIVER OF THE SERVICE OF SUMMONS**

To: Ingrid J. DeFranco
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 12/01/2025 , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 12/01/2025                     /s/ Daniel M. Combs
_____            _____
                                   *Signature of the attorney or unrepresented party*

Nancy Cohen                        Daniel M. Combs, First Assistant Attorney General
_____            _____
*Printed name of party waiving service of summons*          *Printed name*
                                   Colorado Attorney General's Office
                                   1300 Broadway
                                   Denver, CO 80203
                                   _____
                                   *Address*

                                   Dan.Combs@coag.gov
                                   _____
                                   *E-mail address*

                                   (720) 508-6625
                                   _____
                                   *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado  ▾

CHRISTOPER S.P. GREGORY )
*Plaintiff* )
)
v. ) Civil Action No. 1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from        12/01/2025        , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:     12/01/2025                          /s/ Daniel M. Combs
                                         *Signature of the attorney or unrepresented party*

                Robert Gardner             Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*              *Printed name*
                                         Colorado Attorney General's Office
                                         1300 Broadway
                                         Denver, CO 80203

                                         *Address*

                                         Dan.Combs@coag.gov
                                         *E-mail address*

                                         (720) 508-6625
                                         *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▼

CHRISTOPER S.P. GREGORY ) 
*Plaintiff* ) 
v. ) Civil Action No. 1:25-cv-03361-DDD 
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al ) 
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 12/01/2025 , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 12/01/2025                    /s/ Daniel M. Combs 
                                    *Signature of the attorney or unrepresented party*

           Sara Garrido            Daniel M. Combs, First Assistant Attorney General 
*Printed name of party waiving service of summons*            *Printed name* 
                                    Colorado Attorney General's Office 
                                    1300 Broadway 
                                    Denver, CO 80203 
                                    *Address*

                                    Dan.Combs@coag.gov 
                                    *E-mail address*

                                    (720) 508-6625 
                                    *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Case No. 1:25-cv-03361-GPG-GEB   Document 50   Filed 12/01/25   USDC Colorado   pg 129 of 88

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▼

| | |
|---|---|
| CHRISTOPER S.P. GREGORY | ) |
| *Plaintiff* | ) |
| v. | ) |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) |
| *Defendant* | ) |

Civil Action No. 1:25-cv-03361-DDD

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          12/01/2025          , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:      12/01/2025

Kirsten Grooms
*Printed name of party waiving service of summons*

/s/ Daniel M. Combs
*Signature of the attorney or unrepresented party*

Daniel M. Combs, First Assistant Attorney General
*Printed name*
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203
*Address*

Dan.Combs@coag.gov
*E-mail address*

(720) 508-6625
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

District of Colorado ▾

| | |
|---|---|
| CHRISTOPER S.P. GREGORY | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from                 12/01/2025                , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:      12/01/2025                                                                 /s/ Daniel M. Combs
                                                                                                  *Signature of the attorney or unrepresented party*

              James Hartmann                                     Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                            *Printed name*
                                                                                           Colorado Attorney General's Office
                                                                                           1300 Broadway
                                                                                           Denver, CO 80203

                                                                                                  *Address*

                                                                                           Dan.Combs@coag.gov
                                                                                                  *E-mail address*

                                                                                           (720) 508-6625
                                                                                                  *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

District of Colorado ▾

CHRISTOPER S.P. GREGORY                     )
_____            )
*Plaintiff*                                 )
                                            )    Civil Action No. 1:25-cv-03361-DDD
v.                                          )
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
_____            )
*Defendant*                                 )

**WAIVER OF THE SERVICE OF SUMMONS**

To: Ingrid J. DeFranco
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____12/01/2025_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____12/01/2025_____                          _____/s/ Daniel M. Combs_____
                                                   *Signature of the attorney or unrepresented party*

_____Amanda Hollander_____                          Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*              *Printed name*
                                                   Colorado Attorney General's Office
                                                   1300 Broadway
                                                   Denver, CO 80203
                                                   _____
                                                   *Address*

                                                   Dan.Combs@coag.gov
                                                   _____
                                                   *E-mail address*

                                                   (720) 508-6625
                                                   _____
                                                   *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

District of Colorado  ▾

| | | |
|---|---|---|
| Christopher S.P. Gregory | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:25-cv-03361-DDD |
| Colorado Jud. Discipline Rulemaking Committee, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from            Dec. 1, 2025            , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   Dec. 1, 2025

/s/ Daniel M. Combs

*Signature of the attorney or unrepresented party*

Maria E. Berkenkotter

*Printed name of party waiving service of summons*

Daniel M. Combs, First Assistant Attorney General

*Printed name*

Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, CO 80203

*Address*

Dan.Combs@coag.gov

*E-mail address*

720-508-6625

*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Colorado   ⏷

| | |
|---|---|
| Christopher S.P. Gregory | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.  1:25-cv-03361-DDD |
| Colorado Jud. Discipline Rulemaking Committee, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:      Ingrid J. DeFranco
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from         Dec. 1, 2025        , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  Dec. 1, 2025

Brian D. Boatright
_____
*Printed name of party waiving service of summons*

/s/ Daniel M. Combs
_____
*Signature of the attorney or unrepresented party*

Daniel M. Combs, First Assistant Attorney General
_____
*Printed name*

Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, CO 80203
_____
*Address*

Dan.Combs@coag.gov
_____
*E-mail address*

720-508-6625
_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▼

| | | |
|---|---|---|
| Christopher S.P. Gregory | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:25-cv-03361-DDD |
| Colorado Jud. Discipline Rulemaking Committee, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from ___Dec. 1, 2025___, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: Dec. 1, 2025

/s/ Daniel M. Combs
_____
*Signature of the attorney or unrepresented party*

Richard L. Gabriel

*Printed name of party waiving service of summons*

Daniel M. Combs, First Assistant Attorney General

*Printed name*

Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, CO 80203

*Address*

Dan.Combs@coag.gov

*E-mail address*

720-508-6625

*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

# UNITED STATES DISTRICT COURT

for the

District of Colorado  ▼

| | |
|---|---|
| Christopher S.P. Gregory | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.  1:25-cv-03361-DDD |
| Colorado Jud. Discipline Rulemaking Committee, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from Dec. 1, 2025 , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: Dec. 1, 2025

Melissa Hart

*Printed name of party waiving service of summons*

/s/ Daniel M. Combs

*Signature of the attorney or unrepresented party*

Daniel M. Combs, First Assistant Attorney General

*Printed name*

Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, CO 80203

*Address*

Dan.Combs@coag.gov

*E-mail address*

720-508-6625

*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▼

Christopher S.P. Gregory )
_____ )
*Plaintiff* )
v. ) Civil Action No. 1:25-cv-03361-DDD
Colorado Jud. Discipline Rulemaking Committee, et al. )
_____ )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
_____

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from        Dec. 1, 2025        , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: Dec. 1, 2025

/s/ Daniel M. Combs
_____
*Signature of the attorney or unrepresented party*

William W. Hood, III
_____
*Printed name of party waiving service of summons*

Daniel M. Combs, First Assistant Attorney General
*Printed name*

Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, CO 80203
_____
*Address*

Dan.Combs@coag.gov
_____
*E-mail address*

720-508-6625
_____
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▾

Christopher S.P. Gregory )
_____ )
*Plaintiff* )
v. ) Civil Action No. 1:25-cv-03361-DDD
Colorado Jud. Discipline Rulemaking Committee, et al. )
_____ )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____Dec. 1, 2025_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: Dec. 1, 2025

/s/ Daniel M. Combs
_____
*Signature of the attorney or unrepresented party*

Carlos A. Samour, Jr.
_____

*Printed name of party waiving service of summons*

Daniel M. Combs, First Assistant Attorney General
_____
*Printed name*

Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, CO 80203
_____
*Address*

Dan.Combs@coag.gov
_____
*E-mail address*

720-508-6625
_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Case No. 1:25-cv-03361-GPG-GEB Document 28-18 filed 12/18/25 USDC Colorado pg 38 of 88

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Colorado ▼

| | | |
|---|---|---|
| CHRISTOPER S.P. GREGORY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from           12/01/2025          , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:       12/01/2025                              /s/ Daniel M. Combs
                                                                *Signature of the attorney or unrepresented party*

                    Alison Kyles                    Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                    *Printed name*
                                                                Colorado Attorney General's Office
                                                                1300 Broadway
                                                                Denver, CO 80203

                                                                *Address*

                                                                Dan.Combs@coag.gov
                                                                *E-mail address*

                                                                (720) 508-6625
                                                                *Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado  ▼

| | |
|---|---|
| CHRISTOPER S.P. GREGORY | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from            12/01/2025            , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:     12/01/2025                                   /s/ Daniel M. Combs
                                                    *Signature of the attorney or unrepresented party*

              Bryon Large                    Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                *Printed name*
                                                    Colorado Attorney General's Office
                                                    1300 Broadway
                                                    Denver, CO 80203

                                                    *Address*

                                                    Dan.Combs@coag.gov
                                                    *E-mail address*

                                                    (720) 508-6625
                                                    *Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado  ▼

CHRISTOPER S.P. GREGORY
_____
*Plaintiff*

v.

COLO. JUD. DISCIPLINE RULEMAKING COMM. et al
_____
*Defendant*

)
)
)
)
)
)

Civil Action No.  1:25-cv-03361-DDD

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from             12/01/2025            , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:       12/01/2025

_____
Anne Mangiardi
*Printed name of party waiving service of summons*

/s/ Daniel M. Combs
_____
*Signature of the attorney or unrepresented party*

Daniel M. Combs, First Assistant Attorney General
*Printed name*
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203
_____
*Address*

Dan.Combs@coag.gov
_____
*E-mail address*

(720) 508-6625
_____
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado  ▼

| | |
|---|---|
| CHRISTOPER S.P. GREGORY | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          12/01/2025          , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:     12/01/2025                              /s/ Daniel M. Combs
                                        *Signature of the attorney or unrepresented party*

        Bonnie McLean                 Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*              *Printed name*
                                        Colorado Attorney General's Office
                                        1300 Broadway
                                        Denver, CO 80203
                                        *Address*

                                        Dan.Combs@coag.gov
                                        *E-mail address*

                                        (720) 508-6625
                                        *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▾

CHRISTOPER S.P. GREGORY ) 
_____ )
*Plaintiff* )
v. ) Civil Action No. 1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
_____ )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____12/01/2025_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____12/01/2025_____          _____/s/ Daniel M. Combs_____
                                             *Signature of the attorney or unrepresented party*

         Colleen McManamon          Daniel M. Combs, First Assistant Attorney General
   *Printed name of party waiving service of summons*               *Printed name*
                                         Colorado Attorney General's Office
                                         1300 Broadway
                                         Denver, CO 80203

                                         *Address*

                                 Dan.Combs@coag.gov
                                         *E-mail address*

                                 (720) 508-6625
                                         *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▼

| | |
|---|---|
| CHRISTOPER S.P. GREGORY | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from                    12/01/2025                    , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.


Date:        12/01/2025                              /s/ Daniel M. Combs
                                          *Signature of the attorney or unrepresented party*

              Kristen Mix                    Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                *Printed name*
                                          Colorado Attorney General's Office
                                          1300 Broadway
                                          Denver, CO 80203

                                          *Address*

                                          Dan.Combs@coag.gov
                                          *E-mail address*

                                          (720) 508-6625
                                          *Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

District of Colorado  ▾

CHRISTOPER S.P. GREGORY ) 
_____ )
*Plaintiff* )
v. ) Civil Action No. 1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
_____ )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from            12/01/2025           , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:     12/01/2025                              /s/ Daniel M. Combs
_____              _____
                                       *Signature of the attorney or unrepresented party*

        Reed Owens                    Daniel M. Combs, First Assistant Attorney General
_____              _____
*Printed name of party waiving service of summons*              *Printed name*
                                       Colorado Attorney General's Office
                                       1300 Broadway
                                       Denver, CO 80203
                                       _____
                                       *Address*

                                       Dan.Combs@coag.gov
                                       _____
                                       *E-mail address*

                                       (720) 508-6625
                                       _____
                                       *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Case No. 1:25-cv-03361-GPG-GEB   Document 30-25   filed 12/18/25   USDC Colorado   pg 45 of 88

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Colorado ▼

CHRISTOPER S.P. GREGORY )
*Plaintiff* )
v. ) Civil Action No. 1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from        12/01/2025        , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:      12/01/2025                              /s/ Daniel M. Combs
                                        *Signature of the attorney or unrepresented party*

          Meredith Patrick Cord          Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*              *Printed name*
                                        Colorado Attorney General's Office
                                        1300 Broadway
                                        Denver, CO 80203
                                        *Address*

                                        Dan.Combs@coag.gov
                                        *E-mail address*

                                        (720) 508-6625
                                        *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Colorado ▾

|  |  |  |
|---|---|---|
| CHRISTOPER S.P. GREGORY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          12/01/2025          , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:      12/01/2025

                    /s/ Daniel M. Combs
*Signature of the attorney or unrepresented party*

Mary V. Sooter
*Printed name of party waiving service of summons*

Daniel M. Combs, First Assistant Attorney General
*Printed name*
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203
*Address*

Dan.Combs@coag.gov
*E-mail address*

(720) 508-6625
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▾

CHRISTOPER S.P. GREGORY )
*Plaintiff* )
)
v. ) Civil Action No. 1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          12/01/2025          , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.


Date:     12/01/2025                              /s/ Daniel M. Combs
                                         *Signature of the attorney or unrepresented party*

Aubrey C. Sullivan                   Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*              *Printed name*
                                         Colorado Attorney General's Office
                                         1300 Broadway
                                         Denver, CO 80203

                                         *Address*

                                         Dan.Combs@coag.gov
                                         *E-mail address*

                                         (720) 508-6625
                                         *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado   ▼

| | | |
|---|---|---|
| CHRISTOPER S.P. GREGORY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          12/01/2025          , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:      12/01/2025

                                             /s/ Daniel M. Combs
                                   *Signature of the attorney or unrepresented party*

Courtney Sutton
*Printed name of party waiving service of summons*

Daniel M. Combs, First Assistant Attorney General
*Printed name*
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203
*Address*

Dan.Combs@coag.gov
*E-mail address*

(720) 508-6625
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▾

|  |  |  |
|---|---|---|
| CHRISTOPER S.P. GREGORY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____12/01/2025_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____12/01/2025_____                              _____/s/ Daniel M. Combs_____
                                                                    *Signature of the attorney or unrepresented party*

_____Jeff Swanty_____                         Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                  *Printed name*
                                                          Colorado Attorney General's Office
                                                          1300 Broadway
                                                          Denver, CO 80203
                                                          _____
                                                                    *Address*

                                                          Dan.Combs@coag.gov
                                                          _____
                                                                    *E-mail address*

                                                          (720) 508-6625
                                                          _____
                                                                    *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Case No. 1:25-cv-03361-GPG-GPG Document 23-1 50 Filed 12/18/25 1/16 USDC Colorado pg 45 of 88

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado  ▼

CHRISTOPER S.P. GREGORY  )
*Plaintiff*  )
        v.  )  Civil Action No. 1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al  )
*Defendant*  )

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____12/01/2025_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  ____12/01/2025____

                         /s/ Daniel M. Combs
                  *Signature of the attorney or unrepresented party*

Stefanie Trujillo
*Printed name of party waiving service of summons*

    Daniel M. Combs, First Assistant Attorney General
                  *Printed name*
        Colorado Attorney General's Office
             1300 Broadway
             Denver, CO 80203
                  *Address*

             Dan.Combs@coag.gov
                *E-mail address*

             (720) 508-6625
               *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▼

| | |
|---|---|
| CHRISTOPER S.P. GREGORY | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 12/01/2025 , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 12/01/2025

/s/ Daniel M. Combs

*Signature of the attorney or unrepresented party*

Mariana Vielma

*Printed name of party waiving service of summons*

Daniel M. Combs, First Assistant Attorney General

*Printed name*

Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203

*Address*

Dan.Combs@coag.gov

*E-mail address*

(720) 508-6625

*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| CHRISTOPER S.P. GREGORY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          12/01/2025          , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:       12/01/2025                                    /s/ Daniel M. Combs
                                                                    *Signature of the attorney or unrepresented party*

              Vincente Vigil                              Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                      *Printed name*
                                                                Colorado Attorney General's Office
                                                                        1300 Broadway
                                                                      Denver, CO 80203

                                                                        *Address*

                                                                Dan.Combs@coag.gov
                                                                      *E-mail address*

                                                                    (720) 508-6625
                                                                  *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Colorado  ⏷

| | |
|---|---|
| CHRISTOPER S.P. GREGORY<br>*Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al<br>*Defendant* | ) ) ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
     *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from     12/01/2025    , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:    12/01/2025

                      /s/ Daniel M. Combs
               *Signature of the attorney or unrepresented party*

Jeffrey M. Walsh
*Printed name of party waiving service of summons*

Daniel M. Combs, First Assistant Attorney General
*Printed name*
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203
*Address*

Dan.Combs@coag.gov
*E-mail address*

(720) 508-6625
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Case No. 1:25-cv-03361-GPG-STV Document 28-3 Filed 12/18/2025 USDC Colorado pg 54 of 88

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Colorado ▾

| | | |
|---|---|---|
| CHRISTOPER S.P. GREGORY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____12/01/2025_____ , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ___12/01/2025___

___/s/ Daniel M. Combs___
*Signature of the attorney or unrepresented party*

Emily Tofte Nestaval
*Printed name of party waiving service of summons*

Daniel M. Combs, First Assistant Attorney General
*Printed name*
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203
*Address*

Dan.Combs@coag.gov
*E-mail address*

(720) 508-6625
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado  ▾

CHRISTOPER S.P. GREGORY )
_____ )
*Plaintiff* )
v. ) Civil Action No. 1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
_____ )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____12/01/2025_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ____12/01/2025____                                          /s/ Daniel M. Combs
                                                        *Signature of the attorney or unrepresented party*

David Beller                                Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                      *Printed name*
                                                        Colorado Attorney General's Office
                                                        1300 Broadway
                                                        Denver, CO 80203
                                                        *Address*

                                                        Dan.Combs@coag.gov
                                                        *E-mail address*

                                                        (720) 508-6625
                                                        *Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Colorado    ▼

CHRISTOPER S.P. GREGORY )
*Plaintiff* )
)
v. ) Civil Action No. 1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from                 12/01/2025               , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:       12/01/2025                              /s/ Daniel M. Combs
                                          *Signature of the attorney or unrepresented party*

Jill Brady                          Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                *Printed name*
                                          Colorado Attorney General's Office
                                          1300 Broadway
                                          Denver, CO 80203

                                          *Address*

                                          Dan.Combs@coag.gov
                                          *E-mail address*

                                          (720) 508-6625
                                          *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▼

Christopher S.P. Gregory )
_____  )
*Plaintiff* )
v. ) Civil Action No. 1:25-cv-03361-DDD
Colorado Jud. Discipline Rulemaking Committee, et al. )
_____ )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          Dec. 1, 2025          , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  Dec. 1, 2025                                   /s/ Daniel M. Combs
_____                    _____
                                                            *Signature of the attorney or unrepresented party*

Monica M. Márquez                         Daniel M. Combs, First Assistant Attorney General
_____                    _____
*Printed name of party waiving service of summons*           *Printed name*

Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203
_____
*Address*

Dan.Combs@coag.gov
_____
*E-mail address*

720-508-6625
_____
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▼

CHRISTOPER S.P. GREGORY )
*Plaintiff* )
)
v. ) Civil Action No. 1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____12/01/2025_____ , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ____12/01/2025____          ____/s/ Daniel M. Combs____
                                         *Signature of the attorney or unrepresented party*

____Gina Cannan____          Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*          *Printed name*
                                         Colorado Attorney General's Office
                                         1300 Broadway
                                         Denver, CO 80203
                                         *Address*

                                         Dan.Combs@coag.gov
                                         *E-mail address*

                                         (720) 508-6625
                                         *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▾

CHRISTOPER S.P. GREGORY )
*Plaintiff* )
)
v. ) Civil Action No. 1:25-cv-03361-DDD
)
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____12/01/2025_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____12/01/2025_____        _____/s/ Daniel M. Combs_____
                                                    *Signature of the attorney or unrepresented party*

           James Carpenter            Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*              *Printed name*
                                           Colorado Attorney General's Office
                                               1300 Broadway
                                               Denver, CO 80203

                                                 *Address*

                                              Dan.Combs@coag.gov
                                                 *E-mail address*

                                                (720) 508-6625
                                                *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
District of Colorado  ▼

CHRISTOPER S.P. GREGORY )
*Plaintiff* )
)
v. ) Civil Action No. 1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
   *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____12/01/2025_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ____12/01/2025____                    /s/ Daniel M. Combs
                                   *Signature of the attorney or unrepresented party*

Nancy Cohen                Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*              *Printed name*
                                   Colorado Attorney General's Office
                                   1300 Broadway
                                   Denver, CO 80203

                                   *Address*

                                   Dan.Combs@coag.gov
                                   *E-mail address*

                                   (720) 508-6625
                                   *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Colorado    ▾

CHRISTOPER S.P. GREGORY
_____
*Plaintiff*

v.

COLO. JUD. DISCIPLINE RULEMAKING COMM. et al
_____
*Defendant*

)
)
)
)
)
)

Civil Action No.   1:25-cv-03361-DDD

## WAIVER OF THE SERVICE OF SUMMONS

To:   Ingrid J. DeFranco
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

      I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

      I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

      I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

      I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from     12/01/2025    , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:     12/01/2025

      /s/ Daniel M. Combs
_____
*Signature of the attorney or unrepresented party*

    Robert Gardner
_____
*Printed name of party waiving service of summons*

Daniel M. Combs, First Assistant Attorney General
_____
*Printed name*
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203
_____
*Address*

Dan.Combs@coag.gov
_____
*E-mail address*

(720) 508-6625
_____
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

      Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

      "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

      If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

      If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Colorado   ▼

| | | |
|---|---|---|
| CHRISTOPER S.P. GREGORY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from            12/01/2025            , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:      12/01/2025                                 /s/ Daniel M. Combs

                                                                              *Signature of the attorney or unrepresented party*

Sara Garrido                                    Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                       *Printed name*
                                                                   Colorado Attorney General's Office
                                                                   1300 Broadway
                                                                   Denver, CO 80203

                                                                              *Address*

                                                                   Dan.Combs@coag.gov
                                                                              *E-mail address*

                                                                   (720) 508-6625
                                                                              *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▾

CHRISTOPER S.P. GREGORY

*Plaintiff*

v.

COLO. JUD. DISCIPLINE RULEMAKING COMM. et al

*Defendant*

)
)
)
)
)
)

Civil Action No.  1:25-cv-03361-DDD

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from                12/01/2025                , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:        12/01/2025

Kirsten Grooms

*Printed name of party waiving service of summons*

/s/ Daniel M. Combs

*Signature of the attorney or unrepresented party*

Daniel M. Combs, First Assistant Attorney General

*Printed name*

Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203

*Address*

Dan.Combs@coag.gov

*E-mail address*

(720) 508-6625

*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado   🔽

CHRISTOPER S.P. GREGORY )
_____ )
*Plaintiff* )
v. ) Civil Action No. 1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
_____ )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____12/01/2025_____ , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____12/01/2025_____                                    /s/ Daniel M. Combs
                                                          *Signature of the attorney or unrepresented party*

James Hartmann                          Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                          *Printed name*
                                                          Colorado Attorney General's Office
                                                          1300 Broadway
                                                          Denver, CO 80203
                                                          *Address*

                                                          Dan.Combs@coag.gov
                                                          *E-mail address*

                                                          (720) 508-6625
                                                          *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

District of Colorado   ▾

| | |
|---|---|
| CHRISTOPER S.P. GREGORY | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____12/01/2025_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   12/01/2025                         /s/ Daniel M. Combs
                                *Signature of the attorney or unrepresented party*

Amanda Hollander                  Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*              *Printed name*
                                Colorado Attorney General's Office
                                1300 Broadway
                                Denver, CO 80203
                                *Address*

                                Dan.Combs@coag.gov
                                *E-mail address*

                                (720) 508-6625
                                *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▾

| | |
|---|---|
| Christopher S.P. Gregory | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:25-cv-03361-DDD |
| Colorado Jud. Discipline Rulemaking Committee, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:    Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from       Dec. 1, 2025       , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  Dec. 1, 2025

Maria E. Berkenkotter

*Printed name of party waiving service of summons*

/s/ Daniel M. Combs

*Signature of the attorney or unrepresented party*

Daniel M. Combs, First Assistant Attorney General

*Printed name*

Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, CO 80203

*Address*

Dan.Combs@coag.gov

*E-mail address*

720-508-6625

*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▾

| | | |
|---|---|---|
| Christopher S.P. Gregory | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:25-cv-03361-DDD |
| Colorado Jud. Discipline Rulemaking Committee, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:    Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____ Dec. 1, 2025 _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: Dec. 1, 2025

Brian D. Boatright

*Printed name of party waiving service of summons*

/s/ Daniel M. Combs

*Signature of the attorney or unrepresented party*

Daniel M. Combs, First Assistant Attorney General

*Printed name*

Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, CO 80203

*Address*

Dan.Combs@coag.gov

*E-mail address*

720-508-6625

*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▼

| | | |
|---|---|---|
| Christopher S.P. Gregory | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:25-cv-03361-DDD |
| Colorado Jud. Discipline Rulemaking Committee, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: _____Ingrid J. DeFranco_____

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____Dec. 1, 2025_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____Dec. 1, 2025_____

/s/ Daniel M. Combs

*Signature of the attorney or unrepresented party*

Richard L. Gabriel

Daniel M. Combs, First Assistant Attorney General

*Printed name of party waiving service of summons*

*Printed name*

Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, CO 80203

*Address*

Dan.Combs@coag.gov

*E-mail address*

720-508-6625

*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▼

| | |
|---|---|
| Christopher S.P. Gregory | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:25-cv-03361-DDD |
| Colorado Jud. Discipline Rulemaking Committee, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:      Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from        Dec. 1, 2025        , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: Dec. 1, 2025

Melissa Hart

*Printed name of party waiving service of summons*

/s/ Daniel M. Combs

*Signature of the attorney or unrepresented party*

Daniel M. Combs, First Assistant Attorney General

*Printed name*

Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, CO 80203

*Address*

Dan.Combs@coag.gov

*E-mail address*

720-508-6625

*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▼

| | |
|---|---|
| Christopher S.P. Gregory | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:25-cv-03361-DDD |
| Colorado Jud. Discipline Rulemaking Committee, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:      Ingrid J. DeFranco

_____

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          Dec. 1, 2025          , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   Dec. 1, 2025

/s/ Daniel M. Combs

_____

*Signature of the attorney or unrepresented party*

William W. Hood, III

Daniel M. Combs, First Assistant Attorney General

*Printed name of party waiving service of summons*

*Printed name*

Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, CO 80203

*Address*

Dan.Combs@coag.gov

*E-mail address*

720-508-6625

*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▾

Christopher S.P. Gregory )
_____ )
*Plaintiff* )
v. ) Civil Action No. 1:25-cv-03361-DDD
Colorado Jud. Discipline Rulemaking Committee, et al. )
_____ )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from Dec. 1, 2025 , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: Dec. 1, 2025

/s/ Daniel M. Combs
_____
*Signature of the attorney or unrepresented party*

Carlos A. Samour, Jr.
_____
*Printed name of party waiving service of summons*

Daniel M. Combs, First Assistant Attorney General
*Printed name*

Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, CO 80203
*Address*

Dan.Combs@coag.gov
*E-mail address*

720-508-6625
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado  ▼

| | | |
|---|---|---|
| CHRISTOPER S.P. GREGORY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from            12/01/2025            , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.


Date:      12/01/2025                                                   /s/ Daniel M. Combs
                                                                       *Signature of the attorney or unrepresented party*

        Alison Kyles                              Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                    *Printed name*
                                                        Colorado Attorney General's Office
                                                              1300 Broadway
                                                             Denver, CO 80203

                                                                  *Address*

                                                            Dan.Combs@coag.gov
                                                              *E-mail address*

                                                              (720) 508-6625
                                                             *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado ▾

CHRISTOPER S.P. GREGORY
_____
*Plaintiff*

v.

COLO. JUD. DISCIPLINE RULEMAKING COMM. et al
_____
*Defendant*

)
)
)
)
)
)

Civil Action No.  1:25-cv-03361-DDD

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from         12/01/2025         , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:       12/01/2025

Bryon Large
_____
*Printed name of party waiving service of summons*

/s/ Daniel M. Combs
_____
*Signature of the attorney or unrepresented party*

Daniel M. Combs, First Assistant Attorney General
*Printed name*
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203
_____
*Address*

Dan.Combs@coag.gov
_____
*E-mail address*

(720) 508-6625
_____
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Colorado ▼

| | | |
|---|---|---|
| CHRISTOPER S.P. GREGORY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 12/01/2025 , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 12/01/2025

/s/ Daniel M. Combs
*Signature of the attorney or unrepresented party*

Anne Mangiardi
*Printed name of party waiving service of summons*

Daniel M. Combs, First Assistant Attorney General
*Printed name*
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203
*Address*

Dan.Combs@coag.gov
*E-mail address*

(720) 508-6625
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

District of Colorado  ▾

| | |
|---|---|
| CHRISTOPER S.P. GREGORY | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
   *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from      12/01/2025      , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:      12/01/2025                                   /s/ Daniel M. Combs
                                                *Signature of the attorney or unrepresented party*

   Bonnie McLean                         Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*              *Printed name*
                                            Colorado Attorney General's Office
                                            1300 Broadway
                                            Denver, CO 80203

                                                *Address*

                                            Dan.Combs@coag.gov
                                                *E-mail address*

                                            (720) 508-6625
                                                *Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▼

CHRISTOPER S.P. GREGORY )
*Plaintiff* )
)
v. ) Civil Action No. 1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____12/01/2025_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____12/01/2025_____                                      /s/ Daniel M. Combs
                                                                                      *Signature of the attorney or unrepresented party*

                  Colleen McManamon                      Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                            *Printed name*
                                                                                Colorado Attorney General's Office
                                                                                        1300 Broadway
                                                                                      Denver, CO 80203

                                                                                            *Address*

                                                                                  Dan.Combs@coag.gov
                                                                                      *E-mail address*

                                                                                    (720) 508-6625
                                                                                  *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado   ▾

CHRISTOPER S.P. GREGORY )
*Plaintiff* )
)
v. ) Civil Action No. 1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from               12/01/2025               , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:      12/01/2025                                    /s/ Daniel M. Combs
                                                *Signature of the attorney or unrepresented party*

              Kristen Mix                    Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*              *Printed name*
                                            Colorado Attorney General's Office
                                            1300 Broadway
                                            Denver, CO 80203

                                                *Address*

                                            Dan.Combs@coag.gov
                                                *E-mail address*

                                            (720) 508-6625
                                                *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Case No. 1:25-cv-03361-GPG-GJR   Document 30-14   Filed 12/18/2025   USDC Colorado   pg 78 of 88

# UNITED STATES DISTRICT COURT

for the

District of Colorado  ▼

CHRISTOPER S.P. GREGORY )
*Plaintiff* )
)
v. ) Civil Action No. 1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____12/01/2025_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____12/01/2025_____ | /s/ Daniel M. Combs
 | *Signature of the attorney or unrepresented party*

Reed Owens | Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons* | *Printed name*
 | Colorado Attorney General's Office
 | 1300 Broadway
 | Denver, CO 80203
 | *Address*
 | Dan.Combs@coag.gov
 | *E-mail address*
 | (720) 508-6625
 | *Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
District of Colorado ▼

CHRISTOPER S.P. GREGORY
*Plaintiff*
v.
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al
*Defendant*

)
)
)
)
)
)

Civil Action No.  1:25-cv-03361-DDD

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          12/01/2025          , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:      12/01/2025

Meredith Patrick Cord
*Printed name of party waiving service of summons*

/s/ Daniel M. Combs
*Signature of the attorney or unrepresented party*

Daniel M. Combs, First Assistant Attorney General
*Printed name*
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203
*Address*

Dan.Combs@coag.gov
*E-mail address*

(720) 508-6625
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado  ▾

CHRISTOPER S.P. GREGORY
_____
*Plaintiff*

v.                                  Civil Action No. 1:25-cv-03361-DDD

COLO. JUD. DISCIPLINE RULEMAKING COMM. et al
_____
*Defendant*

) ) ) ) ) )

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          12/01/2025          , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:    12/01/2025                                              /s/ Daniel M. Combs
_____              _____
                                                              *Signature of the attorney or unrepresented party*

Mary V. Sooter                          Daniel M. Combs, First Assistant Attorney General
_____              _____
*Printed name of party waiving service of summons*                    *Printed name*
                                                              Colorado Attorney General's Office
                                                              1300 Broadway
                                                              Denver, CO 80203
                                                              _____
                                                              *Address*

                                                              Dan.Combs@coag.gov
                                                              _____
                                                              *E-mail address*

                                                              (720) 508-6625
                                                              _____
                                                              *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado   ▼

| | | |
|---|---|---|
| CHRISTOPER S.P. GREGORY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco
　　　*(Name of the plaintiff's attorney or unrepresented plaintiff)*

　　　I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

　　　I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

　　　I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

　　　I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____12/01/2025_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.


Date:　　12/01/2025　　　　　　　　　　　　　　　　　　　/s/ Daniel M. Combs
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of the attorney or unrepresented party*

　　　　　Aubrey C. Sullivan　　　　　　　　　　　Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*　　　　　　　　　　*Printed name*
　　　　　　　　　　　　　　　　　　　　　　　　　Colorado Attorney General's Office
　　　　　　　　　　　　　　　　　　　　　　　　　　　1300 Broadway
　　　　　　　　　　　　　　　　　　　　　　　　　　Denver, CO 80203

　　　　　　　　　　　　　　　　　　　　　　　　　　　*Address*

　　　　　　　　　　　　　　　　　　　　　　　Dan.Combs@coag.gov

　　　　　　　　　　　　　　　　　　　　　　　　　*E-mail address*

　　　　　　　　　　　　　　　　　　　　　　　(720) 508-6625

　　　　　　　　　　　　　　　　　　　　　　　　*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

　　　Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

　　　"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

　　　If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

　　　If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

District of Colorado  ▼

CHRISTOPER S.P. GREGORY )
_Plaintiff_ )
)
v. )   Civil Action No.   1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
_Defendant_ )

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco
_(Name of the plaintiff's attorney or unrepresented plaintiff)_

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from                12/01/2025              , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:      12/01/2025                                                             /s/ Daniel M. Combs
                                                                         _Signature of the attorney or unrepresented party_

Courtney Sutton                                  Daniel M. Combs, First Assistant Attorney General
_Printed name of party waiving service of summons_                    _Printed name_
                                                                     Colorado Attorney General's Office
                                                                              1300 Broadway
                                                                            Denver, CO 80203

                                                                                 _Address_

                                                                          Dan.Combs@coag.gov
                                                                              _E-mail address_

                                                                             (720) 508-6625
                                                                            _Telephone number_

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does _not_ include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Colorado ▾

CHRISTOPER S.P. GREGORY )
*Plaintiff* )
 )
v. ) Civil Action No. 1:25-cv-03361-DDD
 )
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____12/01/2025_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____12/01/2025_____      /s/ Daniel M. Combs
*Signature of the attorney or unrepresented party*

Jeff Swanty      Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*      *Printed name*
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203

*Address*

Dan.Combs@coag.gov

*E-mail address*

(720) 508-6625

*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▾

CHRISTOPER S.P. GREGORY )
*Plaintiff* )
)
v. ) Civil Action No. 1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 12/01/2025 , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 12/01/2025                                      /s/ Daniel M. Combs
                                              *Signature of the attorney or unrepresented party*

Stefanie Trujillo                         Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*              *Printed name*
                                              Colorado Attorney General's Office
                                              1300 Broadway
                                              Denver, CO 80203

                                              *Address*

                                              Dan.Combs@coag.gov
                                              *E-mail address*

                                              (720) 508-6625
                                              *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Case No. 1:25-cv-03361-GPG-GEB   Document 32   filed 12/18/25   USDC Colorado   pg 85 of 88

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Colorado ⬇

CHRISTOPER S.P. GREGORY )
*Plaintiff* )
v. ) Civil Action No. 1:25-cv-03361-DDD
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from             12/01/2025            , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:      12/01/2025                                    /s/ Daniel M. Combs
                                                 *Signature of the attorney or unrepresented party*

Mariana Vielma                          Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*            *Printed name*
                                             Colorado Attorney General's Office
                                             1300 Broadway
                                             Denver, CO 80203

                                             *Address*

                                             Dan.Combs@coag.gov
                                             *E-mail address*

                                             (720) 508-6625
                                             *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado  ▼

CHRISTOPER S.P. GREGORY
_____
*Plaintiff*

v.

COLO. JUD. DISCIPLINE RULEMAKING COMM. et al
_____
*Defendant*

)
)
)
)
)
)

Civil Action No.  1:25-cv-03361-DDD

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          12/01/2025          , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:          12/01/2025

Vincente Vigil
_____
*Printed name of party waiving service of summons*

/s/ Daniel M. Combs
_____
*Signature of the attorney or unrepresented party*

Daniel M. Combs, First Assistant Attorney General
*Printed name*
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203
_____
*Address*

Dan.Combs@coag.gov
_____
*E-mail address*

(720) 508-6625
_____
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

# UNITED STATES DISTRICT COURT

for the

District of Colorado  ▼

| | | |
|---|---|---|
| CHRISTOPER S.P. GREGORY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:25-cv-03361-DDD |
| COLO. JUD. DISCIPLINE RULEMAKING COMM. et al | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: Ingrid J. DeFranco

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____12/01/2025_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____12/01/2025_____

/s/ Daniel M. Combs

*Signature of the attorney or unrepresented party*

Jeffrey M. Walsh

*Printed name of party waiving service of summons*

Daniel M. Combs, First Assistant Attorney General

*Printed name*
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203

*Address*

Dan.Combs@coag.gov

*E-mail address*

(720) 508-6625

*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Colorado  ▾

CHRISTOPER S.P. GREGORY ) 
*Plaintiff* ) 
 ) 
v. ) Civil Action No. 1:25-cv-03361-DDD
 ) 
COLO. JUD. DISCIPLINE RULEMAKING COMM. et al ) 
*Defendant* ) 

## WAIVER OF THE SERVICE OF SUMMONS

To:  Ingrid J. DeFranco

 *(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from                 12/01/2025                 , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.


Date:      12/01/2025                                        /s/ Daniel M. Combs
                                                         *Signature of the attorney or unrepresented party*

        Emily Tofte Nestaval                Daniel M. Combs, First Assistant Attorney General
*Printed name of party waiving service of summons*                *Printed name*
                                              Colorado Attorney General's Office
                                                  1300 Broadway
                                                 Denver, CO 80203

                                                    *Address*

                                          Dan.Combs@coag.gov
                                              *E-mail address*

                                          (720) 508-6625
                                            *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.