PLAINTIFFS'
EXHIBIT

**3**

Be It Resolved by the Senate of the Seventy-Sixth General Assembly of the State of Colorado, the House of Representatives concurring herein:

Whereas credible evidence exists that whistleblowers, witnesses, and public officials within Colorado state and local governments are being systematically intimidated and retaliated against through the misuse of public resources and the selective prosecution / non-prosecution of the wrongdoers involved;

Whereas examples of the systematic misconduct involved include patterns of alleged corruption within the Colorado Judiciary, alleged interference with the 2024 presidential election, publicly funded self-investigations of various incidents of alleged official misconduct, non-disclosure and hush money agreements valued at over $4 million which have been negotiated by the Colorado Attorney General's Office and other agencies / public officials, and the allegedly invalid approval of an urban renewal authority estimated to divert $155 million of tax revenues over 25 years;

Whereas, these circumstances present probable cause and a reasonable basis to suspect violations of both Colorado and federal law;

Whereas, because of conflicts of interest, the Colorado Attorney General and the entire Colorado Department of Law are unable to impartially enforce Colorado's False Claims Act, Title 24, Part 12, C.R.S.;

Whereas, 22 other states and the District of Columbia have their own equivalent civil false claims acts.  Those states and the District of Columbia are:

- California—Cal. Gov't Code §§ 12650 to 12656;
- Connecticut—Conn. Gen. Stat. Ann. §§ 4-274 to 4-289;
- Delaware--Del. Code Ann. tit. 6, §§ 1201-1201;
- District of Columbia—D.C. Code Ann. §§ 2-381.01 to 2-381.10;
- Florida—Fla. Stat. Ann. §§ 68.082 to 68.105;
- Georgia—Ga. Code Ann. §§ 23-3-120 to 23-3-120;
- Hawai'i—Haw. Rev. Stat. Ann. §§ 661-21 to 661-31;
- Illinois—740 Ill. Comp. Stat. Ann. 175/1 to 175/8;
- Indiana—Ind. Code Ann. §§ 5-11-5.5-1 to 5-11-5.5-18;
- Iowa—Iowa Code Ann. §§ 685.1 to 685.7;
- Kansas—Kan. Stat. Ann. §§ 75-7501 to 75-7511;
- Maryland—MD GEN PROVIS §§  8-101 to 8-111;
- Massachusetts—Mass. Gen. Laws Ann. ch. 12, §§ 5A to 5O;
- Minnesota—Minn. Stat. Ann. §§ 15C.01 to 15C.16;
- Nevada—Nev. Rev. Stat. Ann. §§ 357.010 to Nev. Rev. Stat. Ann. § 357.250:
- New Jersey—N.J. Stat. Ann. §§ 2A:32C-1 to N.J. Stat. Ann. § 2A:32C-18;
- New Mexico—N.M. Stat. Ann. §§ 44-9-1 to 44-9-14;
- New York—N.Y. State Fin. Law §§ 188 to 194;
- North Carolina—N.C. Gen. Stat. Ann. §§ 1-605 to 1-618;

- Oregon—Or. Rev. Stat. Ann. §§ 180.750 to 180.785;
- Rhode Island—9 R.I. Gen. Laws Ann. §§ 9-1.1-1 to 9-1.2-9;
- Tennessee—Tenn. Code Ann. §§ 4-18-101 to 4-18-108; and
- Vermont--Vt. Stat. Ann. tit. 32, §§ 630 to 642; and

Whereas, the U.S. Department of Justice—Denver Office and the U.S. Department of Justice—Wyoming Office also has conflicts of interest as to the individuals involved in the alleged public corruption and are unable to impartially investigate the factual circumstances;

**Section 1.** The Colorado General Assembly shall submit a formal request to the U.S. Department of Justice to assign an Office outside of the U.S. Department of Justice—Denver Office and the U.S. Department of Justice—Wyoming Office to complete a conflict-free investigation of the alleged public corruption within Colorado state and local government.

**Section 2.** As authorized by § 24-31-101(1)(g), C.R.S. and § 24-31-111(5), C.R.S., the Colorado General Assembly (through and as the Colorado State Auditor's supervising authority) shall designate and appoint another state's attorney general (from one of the 22 other states or the District of Columbia with equivalent civil false claims acts) as a Special Assistant Attorney General charged with investigating and representing the State of Colorado's interests as to alleged violations of Colorado's False Claims Act and other laws.  The costs of the investigation and representation shall be paid through funds already appropriated through HB25-1321 and the Colorado Department of Law's annual budget, as provided by § 24-31-111(5), C.R.S.

**Section 3.**  According to the authority provided through Colo. House R. 26(a)(2) and Colo. Senate R. 30(b)(2), an investigating committee comprised of members of both houses shall be formed to implement and effectuate this joint resolution.