PLAINTIFF'S
EXHIBIT

**4**



# Phil Weiser
## Colorado Attorney General

YOU'VE SUCCESSFULLY SUBMITTED COMPLAINT #C-000055313.

PRINT OR DOWNLOAD THIS SCREEN FOR YOUR RECORDS.

**ABOUT YOU (COMPLAINANT INFORMATION)**

YOUR NAME: Christopher Gregory

YOUR ADDRESS: 201 Coffman St., #1822 Longmont CO 80502

YOUR EMAIL: cspgregory@thegregorylawfirm.net

YOUR PHONE NUMBER: 9706480642

**ABOUT THE COMPLAINT**

COMPLAINT CATEGORY: Federal Agency (Police and Other Government Agencies)

DATE OF INCIDENT: January 14, 2026

LOCATION OF INCIDENT: Public (i.e., polling place, courthouse, street, etc.)

ADDRESS OF INCIDENT:

MATTER REPORTED TO ANOTHER AGENCY: Yes

REPORTED TO: The U.S. District Court for the District of Colorado

OUTCOME OR RELATED GUIDANCE: The misconduct remains ongoing.

OTHER KNOWN INCIDENTS:

**ABOUT THE GOVERNMENT ACTOR**

AGENCY:U.S. DISTRICT COURT FOR THE DISTRICT OF COLORADO

TYPE OF AGENCY: Federal Agency

OTHER AGENCY TYPE: No other law enforcement

CITY OF AGENCY: Denver

COUNTY OF AGENCY: Denver

**COMPLAINT NARRATIVE**

PHYSICALLY PRESENT DURING THE INCIDENT?: No

OTHER LAW ENFORCEMENT PRESENT OR INVOLVED?: No

I have filed affidavits under 28 U.S.C. Sec. 144 that require the disqualification of U.S. District Court Judge Daniel D. Domenico from cases assigned to him due to personal bias and/or prejudice. The affidavits require automatic disqualification under 28 U.S.C. Sec. 144 and prohibits the judge subject to disqualification from taking further action. Judge Domenico, however, continues to preside over the cases and to issue order(s). The two cases are Case No. 1:25-cv-00190--DDD-STV (D. Colo.) (sealed) and Gregory v. Colo. Jud. Discipline Rulemaking Comm., 1:25-cv-03361--DDD. Attorney General Phil Weiser is a defendant in Gregory, named in both his official and individual capacities. Despite the inherent conflicts of interest involved, the Colorado Attorney General's Office is representing Weiser and all of the other Defendants in Gregory. The Affidavit of Judicial Bias or Prejudice According to 28 U.S.C. Sec. 144 (ECF No. 26) is a temporarily restricted filing, but already in the possession/actual knowledge of the Colorado Attorney General's Office. The attorneys involved and the Defendants they represent are facilitating Judge Domenico's judicial misconduct by allowing him to remain assigned to Gregory despite indisputable evidence of his actual bias.

I hereby certify I am the above listed individual and I have reviewed the preceding information and it is true to the best of my knowledge.

Created By: Christopher Gregory
Created On: 1/21/2026, 5:41 PM
Submitted via: complaints.coag.gov
Reference: C-000055313

Office of the Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
(tel:+17205086000)

Contact the Office of the Attorney General

CONTACT (https://complaints.coag.gov/s/contact-us)

ACCESSIBILITY STATEMENT (https://coag.gov/colorado-office-of-the-attorney-general-accessibility-statement/)

DECLARACION DE ACCESIBILIDAD (https://coag.gov/declaracion-de-accesibilidad/)

(https://www.facebook.com/ColoradoAttorneyGeneral)

(https://x.com/COAttnyGeneral)

(https://www.linkedin.com/company/attorney-general-office-in-colorado)

(https://www.instagram.com/coag_philweiser/)

(https://www.youtube.com/@coloag)

(https://bsky.app/profile/coattnygeneral.bsky.social)

CORA (https://coag.gov/media-center-colorado-open-records-act-cora/) | WEBSITE PRIVACY POLICY (https://coag.gov/website-privacy-policy/)
Copyright 2022 The Office of the Attorney General. All rights reserved.



# Phil Weiser
## Colorado Attorney General

YOU'VE SUCCESSFULLY SUBMITTED COMPLAINT #C-000055316.

PRINT OR DOWNLOAD THIS SCREEN FOR YOUR RECORDS.

**ABOUT YOU (COMPLAINANT INFORMATION)**
YOUR NAME: Christopher Gregory
YOUR ADDRESS: 201 Coffman St., #1822 Longmont CO 80502
YOUR EMAIL: cspgregory@thegregorylawfirm.net
YOUR PHONE NUMBER: 9706480642

**ABOUT THE COMPLAINT**
COMPLAINT CATEGORY: Governmental Authority (Police and Other Government Agencies)
DATE OF INCIDENT: January 1, 2001
LOCATION OF INCIDENT: Statewide with most incidents occurring in Denver at the Ralph L. Carr
Judicial Center and the Colorado Supreme Court venues that preceded it.
ADDRESS OF INCIDENT:
MATTER REPORTED TO ANOTHER AGENCY: Yes
REPORTED TO: The U.S. District Court for the District of Colorado
OUTCOME OR RELATED GUIDANCE: There is a pending civil case--Gregory v. Colo. Jud. Discipline
Rulemaking Comm., et al., 1:25-cv-03361--DDD (D. Colo.)
OTHER KNOWN INCIDENTS: Yes
The long history of incidents is detailed in the pending civil action, in which Attorney General
Philip Weiser and the Justices of the Colorado Supreme Court are named Defendants in both their
official and individual capacities.

**ABOUT THE GOVERNMENT ACTOR**
AGENCY:THE COLORADO ATTORNEY GENERAL'S OFFICE / THE COLORADO SUPREME COURT / THE COLORADO
COMMISSION ON JUDICIAL DISCIPLINE / THE COLORADO JUDICIAL DISCIPLINE RULEMAKING COMMITTEE
TYPE OF AGENCY: Judicial branch
OTHER AGENCY TYPE:
CITY OF AGENCY: Denver
COUNTY OF AGENCY: Denver

**COMPLAINT NARRATIVE**
The pending lawsuit details a more than 25-year pattern of the Justices of the Colorado Supreme
Court conspiring with others to misuse public funds as hush money (NDAs), for self-controlled
investigations, and for public relations schemes intended to cover up judicial, attorney, and
official misconduct. The pattern and practice continues to wrongfully cost taxpayers tens of
millions of dollars.

**ACKNOWLEDGMENT**
I HEREBY CERTIFY I AM THE ABOVE LISTED INDIVIDUAL AND I HAVE REVIEWED THE PRECEDING
INFORMATION AND IT IS TRUE TO THE BEST OF MY KNOWLEDGE. I ACKNOWLEDGE THAT THE COLORADO

ATTORNEY GENERAL MAY SHARE MY COMPLAINT WITH OTHERS, INCLUDING THE ABOVE LISTED BUSINESS AND/OR ITS AGENTS AND SEEK A RESPONSE FROM THE BUSINESS REGARDING MY COMPLAINT. I AUTHORIZE THE BUSINESS AND ITS AGENTS TO DISCUSS THE DETAILS OF MY COMPLAINT WITH REPRESENTATIVES OF THE COLORADO ATTORNEY GENERAL'S OFFICE.

Created By: Christopher Gregory
Created On: 1/21/2026, 6:17 PM
Submitted via: complaints.coag.gov
Reference: C-000055316

Thank you for contacting the Office of the Attorney General with your report about a government actor that deprived someone of his or her legal rights.

**What Can I Expect to Happen Next?**

The Colorado Attorney General may open a civil investigation when a governmental authority may have a pattern and practice of depriving persons of their legal rights. Pattern-and-practice cases address widespread misconduct by government entities, not isolated instances.

As a result, we will review the information contained in your report as part of our work to collect data and identify patterns or practices of unlawful conduct. We cannot respond to every report we receive. If we need further information about your complaint, we will contact you.

**What If I Need Help with My Individual Case?**

The Attorney General's Office does not have the legal authority to investigate or prosecute your individual case. If you seek a criminal or civil investigation or another remedy for your case on an individual basis, please contact your local law enforcement agency, district attorney's office, the United States Department of Justice, or a private attorney. The Colorado Bar Association provides assistance to people who are seeking attorneys at this website: https://www.cobar.org/Licensed-Lawyer (https://www.cobar.org/Licensed-Lawyer).

We appreciate the time and effort you took in bringing your concerns to our attention. Information from the public is vital in helping us document trends and, when appropriate, pursue investigations and file lawsuits on behalf of the public.

Office of the Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
(tel:+17205086000)

Contact the Office of the Attorney General

CONTACT (https://complaints.coag.gov/s/contact-us)

ACCESSIBILITY STATEMENT (https://coag.gov/colorado-office-of-the-attorney-general-accessibility-statement/)

DECLARACION DE ACCESIBILIDAD (https://coag.gov/declaracion-de-accesibilidad/)

(https://www.facebook.com/ColoradoAttorneyGeneral)

(https://x.com/COAttnyGeneral)

(https://www.linkedin.com/company/attorney-general-office-in-colorado)

(https://www.instagram.com/coag_philweiser/)

(https://www.youtube.com/@coloag)

 (https://bsky.app/profile/coattnygeneral.bsky.social)

CORA (https://coag.gov/media-center/colorado-open-records-act-cora/) | WEBSITE PRIVACY POLICY (https://coag.gov/website-privacy-policy/)
Copyright 2022 The Office of the Attorney General. All rights reserved.