**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| **CHRISTOPHER S.P. GREGORY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION** |
| | ) | |
| **v.** | ) | **No. 25-03361-KHV** |
| | ) | |
| **THE COLORADO JUDICIAL DISCIPLINE RULEMAKING COMMITTEE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER SETTING HEARING**

The Court hereby sets a hearing in this matter on Thursday, March 26, 2026, at 9:30 a.m., at the Byron G. Rogers Federal Building and U.S. Courthouse, Courtroom C204. The parties should plan for the hearing to last until 3:00 p.m. The Court will issue a more detailed agenda for the hearing later this week.

**IT IS SO ORDERED.**

Dated this 17th day of March, 2026 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge