**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **CHRISTOPHER S.P. GREGORY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE COLORADO JUDICIAL DISCIPLINE RULEMAKING COMMITTEE, *et al.*,**<br><br>**Defendants.** | **CIVIL ACTION**<br><br>**No. 25-03361-KHV-GEB** |
| **CHRISTOPHER S.P. GREGORY, individually and on behalf of the United States of America and the State of Colorado,**<br><br>**Plaintiff and Relator, and**<br><br>**v.**<br><br>**MINDY MASIAS, *et al.*,**<br><br>**Defendants.** | **CIVIL ACTION**<br><br>**No. 25-00190-KHV-GEB** |

**AGENDA OF ISSUES FOR MARCH 26, 2026 HEARING**

At the hearing in this matter on Thursday, March 26, 2026, at 9:30 a.m., the parties shall be prepared to address the following in Case No. 25-03361:

(1) Defendant's Motion to Set Aside the Entry of Default (Doc. #47).

(2) Why plaintiff should not be sanctioned under Rule 11, Fed. R. Civ. P., for representations made in his Application for Entry of Default (Doc. #39) and attached Declaration. The parties shall be prepared to present evidence.

(3) Defendant's Amended Motion to (1) Restrict Affidavit of Judicial Bias or Prejudice According to 28 U.S.C. § 144 (ECF Nos. 26, 26-1-10); and (2) Require Plaintiff to File Future Documents under Level 1 Restriction in the First Instance (Doc. #30).

(4) Plaintiff's Verified Motion to Disqualify Counsel (Doc. #50). The parties shall be prepared to present evidence.

The parties shall also be prepared to address the following in Case No. 25-00190:

(1) Plaintiff's Motion to Vacate Final Judgment According to F.R.C.P. 59(E) and For Forthwith Order Allowing Service Upon the Colorado State Auditor (Doc. #60).

The Court also will address case management and scheduling issues at the hearing.

**IT IS SO ORDERED.**

Dated this 18th day of March, 2026 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge