IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-3361-KHV-GEB

CHRISTOPHER S. P. GREGORY,

Plaintiff,

v.

THE COLORADO JUDICIAL RULEMAKING COMMITTEE, et al.,

Defendants.

---

**NOTICE TO THE COURT ON AGENDA FOR HEARING, ECF NO. 61, AND ORDER FOR BRIEFING ON POTENTIAL DUPLICATION OF ACTIONS, ECF NO. 63**

---

Undersigned counsel, on behalf of the 40 Colorado state entities and individuals named as Defendants in this action, notifies the Court as follows:

1. The Agenda of Issues for March 26, 2026 Hearing [ECF No. 61] indicates that the parties should be prepared to address a pending motion in Case No. 25-cv-00190 at the upcoming hearing. Further, the Court's March 19, 2026 Order [ECF No. 63] requires briefing on "apparent duplication" of claims by Plaintiff between this action and Case No. 25-cv-00190. Defendants in the instant case note that, to their understanding, the proceedings in Case No. 25-cv-00190 remain under seal. As such, undersigned counsel do not have access to the filings or substance of that matter, nor knowledge of the parties beyond what appears in the agenda.

2. One of Defendants' counsel in this matter, Daniel Combs, is unable to attend or appear remotely at the March 26, 2026 scheduled hearing due to a previously planned, out-of-country family vacation. Defendants will nonetheless be prepared to proceed at the hearing.

This Notice is submitted solely to bring these issues to the Court's attention.

Dated: March 19, 2026

PHILIP J. WEISER
Attorney General

*s/ Clayton Ankney*
***Clayton Ankney****
Second Assistant Attorney General
Tort Litigation
Civil Litigation and Employment Law
Tel.: 720-508-6604
E-Mail: Clayton.Ankney@coag.gov

***Daniel M. Combs****
First Assistant Attorney General
Tort Litigation, Civil Litigation & Employment Law
Tel.: 720-508-6625
E-Mail: Dan.Combs@coag.gov

***Katharine Brown****
*First Assistant Attorney General*
Civil Litigation and Employment Law
Tel.: 720-508-6567
E-Mail: Katharine.Brown@coag.gov

Colorado Department of Law
1300 Broadway, 10th Floor
Denver, Colorado 80203

*Attorneys for Defendants*
*Counsel of Record