**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00190-KHV-GEB

United States ex. rel.
CHRISTOPHER S.P. GREGORY,

Relator and Plaintiff,

Bringing this Action on Behalf of:
The UNITED STATES OF AMERICA and
The STATE OF COLORADO,

Plaintiff(s)

v.

MINDY MASIAS, et. al.

Defendant(s).

---

**NOTICE OF JOINDER IN AUSA GROSS'S MOTION TO CONTINUE MARCH 26, 2026 HEARING**

---

Proceeding in the name of the United States under the Civil False Claims Act, 31 U.S.C. §§ 3730 *et seq.,* and the State of Colorado under the Colorado False Claims Act, Title 24, Art. 31, Pt. 12, C.R.S., the Relator, and through his Counsel, hereby notes that he joins in Mr. Gross's Motion to Continue and Reschedule the March 26, 2026 hearing. As grounds:

CERTIFICATE OF CONFERRAL

Besides confirming agreement with AUSA Gross as to the relief requested, Mr. Gregory's counsel conferred with AAG Ankney and is advised that Mr. Ankney objects to rescheduling the hearing, as he does not believe any witness testimony is necessary.

1. On March 17, 2026 the Court set a hearing for March 26, 2026 at 9:30 a.m.

2. The Court indicated on March 18 the motions it intended to address, including the Application for Entry of Default, and instructed the parties to be prepared to present evidence.

3. Pursuant to the District of Colorado's Local Rules, Rule 45.1, counsel are required to give seven days' notice when serving a subpoena for testimony, which period shall be calculated under Fed. R. Civ. P. 6(a)(1).

4. Mr. Gregory will require witness testimony on the disqualification issue, as well as the *sua sponte* sanctions issue.

5. Counsel cannot secure witnesses for a March 26 hearing in conformance with the rules.

6. Counsel for Mr. Gregory and AUSA Gross discussed this issue, and Mr. Gross joins Mr. Gregory's request to reschedule the hearing on this ground, as well.

7. As further detailed in AUSA Gross's motion, he will not be able to attend the scheduled March 26, 2026. Mr. Gregory emphasizes that the issues before this Court in *Gregory v. Colo. Jud. Discipline Rulemaking Comm., et al.*, 1:25-cv-03361-KHV-GEB (D. Colo.) and in the present case must be resolved together. Specifically, there are factual questions as to whether the integrity of the seal in the present case has been maintained despite service of pleadings upon Defendant Melissa Hart's husband, U.S. DOJ—Denver Office Civil Division Chief Kevin Traskos. Moreover, as explained in the Plaintiff's Verified Motion to Disqualify Counsel, the inclusion of a claim under the Colorado Whistleblower Protection Act in the present case is statutory grounds for disqualification of the Colorado Attorney General's Office from representing some or all the individual capacity defendants. *Gregory*, ECF No.

50, p. 9 fn. 5; *see also Gregory*, ECF No. 63 (directing Plaintiff to distinguish respective claims as either the same or distinct between cases).

8. Mr. Gregory notes that this Court has denied Mr. Gross's Motion to Reschedule in part, but without the further grounds set forth in this Notice of Joinder. ECF No. 77.

**WHEREFORE**, the Relator / Plaintiff respectfully requests that this Court grant the Motion to Reschedule the March 26, 2026 hearing, in order to permit the parties to secure the witnesses they require for a full and proper consideration of the motions the Court intends to address.

Respectfully Submitted this March 19, 2026

/s/ Ingrid J. DeFranco
**Ingrid J. DeFranco, esq.**
Law Office of Ingrid J. DeFranco
P.O. Box 128
Brighton, CO 80601
Telephone: (303) 641-6812
Email: Ingrid.DeFranco@gmail.com
Attorney for the Relator / Plaintiff Christopher S.P. Gregory

/s/ Christopher S.P. Gregory
**Christopher S.P. Gregory, Esq.**
The Gregory Law Firm, LLC
201 Coffman St., #1822
Longmont, CO 80502
Telephone: (970) 648-0642
E-mail: cspgregory@thegregorylawfirm.net
*Pro Se* Attorney for the Relator / Plaintiff Christopher S.P. Gregory