**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-03361-KHV-GEB

CHRISTOPHER S. P. GREGORY,

Plaintiff,

v.

THE COLORADO JUDICIAL DISCIPLINE RULEMAKING COMMITTEE, et al.,

Defendants.

---

**NOTICE OF PROPOSED REDACTIONS FILED UNDER LEVEL 1 RESTRICTION PURSUANT TO ECF NO. 60**

---

Pursuant to this Court's order issued on March 18, 2026, ECF No. 60, Defendants hereby submit proposed redactions to Plaintiff's "Affidavit of Judicial Bias or Prejudice According to 28 U.S.C. § 144," (ECF No. 26) ("Affidavit") and its attachments, (ECF Nos. 26-1 - 26-10).

As outlined in Defendants' Amended Motion to (1) Restrict Affidavit of Judicial Bias or Prejudice According TO 28 U.S.C. § 144 [ECF Nos. 26, 26-1-10]; and (2) Require Plaintiff to File Future Documents Under Level 1 Restriction in the First Instance, ECF No. 30, Plaintiff's Affidavit and attachments include information regarding judicial misconduct proceedings that must be kept confidential pursuant to both federal statute and the Colorado Constitution.

Proposed redactions to Plaintiff's Affidavit required by Colorado law are highlighted in orange and can be found on pages 11, and 26-29. The highlighted material includes information regarding judicial disciplinary investigations that Plaintiff learned as an employee of the Colorado Commission on Judicial Discipline. As outlined in Defendants' Amended Motion, the Colorado Constitution provides that this information is confidential, the purpose of which is to

prevent harm to the State's interest in maintaining the integrity of its judicial discipline process. *See* Colo. Const. art. VI, § 23(3)(3)(g); Colo. RJD 6.5; *see also Colo.* RJD 3.5(b)(5).

Proposed redactions to Plaintiff's Affidavit pursuant to federal law are highlighted in red and can be found on pages 3-5 and 9. This information should remain restricted under federal law, specifically 28 U.S.C. § 360. Exhibits ECF No. 26-1 through 26-10 should be restricted entirely.

Finally, Plaintiff's Affidavit includes additional information that may be considered confidential including, for example, attorney discipline complaints and references and/or descriptions of 1:25-cv-190 (D. Colo.), which is sealed. *See, e.g.*, ECF No. 26, at 7 ¶ 8, 16 ¶ 20, 18 ¶ 26. Given the pervasive references to federal judicial conduct proceedings and these potentially confidential filings, restricting the entirety of ECF No. 26 and exhibits ECF No. 26-1 through 26-10 would be appropriate.

DATED this 20th day of March 2026.

PHILIP J. WEISER
Attorney General

*s/ Daniel M. Combs*
DANIEL M. COMBS*
KATHARINE BROWN*
First Assistant Attorneys General
CLAYTON ANKNEY*
Second Assistant Attorney General
Civil Litigation and Employment Law
*Attorneys for Defendants*

Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: 720-508-6000
E-Mail: Clayton.Ankney@coag.gov
Katharine.Brown@coag.gov
Dan.Combs@coag.gov
*Counsel of Record