**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-03361-KHV-GEB

CHRISTOPHER S.P. GREGORY,

Plaintiff,

v.

THE COLORADO JUDICIAL DISCIPLINE RULEMAKING COMMITTEE, et al.

Defendants.

---

**ENTRY OF APPEARANCE**

---

The undersigned, a member of the bar of this Court in good standing, hereby enters an appearance as counsel for Defendants the Colorado Judicial Discipline Rulemaking Committee, the Colorado Commission on Judicial Discipline, the Colorado Supreme Court, Mary V. Sooter, Philip Weiser, Jared Polis, Maria E. Berkenkotter, Brian Boatright, Richard Gabriel, Melissa Hart, William Hood III, Monica Márquez, Carlos Samour, Jr., Ingrid Barrier, David Beller, Jill Brady, Gina Cannan, James Carpenter, Nancy Cohen, Robert Gardner, Sara Garrido, Kirsten Grooms, James Hartmann, Amanda Hollander, Alison Kyles, Bryon Large, Anne Mangiardi, Bonnie McLean, Colleen McManamon, Kristen Mix, Reed Owens, Meredith Cord, Aubrey Sullivan, Courtney Sutton, Jeff Swanty, Emily Nestaval, Stefanie Trujillo, Mariana Vielma, Vincente Vigil, and Jeffrey Walsh.

Respectfully submitted this 23rd day of March 2026.

PHILIP J. WEISER
Attorney General

*s/ Nora Q.E. Passamaneck*
***Nora Q.E. Passamaneck***
Senior Assistant Attorney General
Civil Litigation & Employment Section
Colorado Department of Law
1300 Broadway
Denver, CO 80203
Telephone: (720) 508-6633
Email: nora.passamaneck@coag.gov