**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-03361-KVH-GEB

CHRISTOPHER S. P. GREGORY,

     Plaintiff,

v.

THE COLORADO JUDICIAL DISCIPLINE RULEMAKING COMMITTEE, et al.,

     Defendants.

---

**EMERGENCY MOTION TO PLACE UNDER LEVEL 1 RESTRICTION DKT. NOS. 77, 77-1 – 77-8,  79, AND 79-1 – 79-9 PENDING DEFENDANTS' MOTION TO RESTRICT THESE FILINGS**

---

Defendants respectfully request that the Court immediately place the following filings by Plaintiff Christopher Gregory under Level 1 Restriction: (1) "Affidavit of Judicial Bias Or Prejudice According to 28 U.S.C. § 455(B)(1) and Certificate of Counsel; Exhibits 1-9," ECF Nos. 77, 77-1 – 77-9, and (2) "Affidavit of Judicial Bias Or Prejudice According to 28 U.S.C. § 455(B)(1) and Certificate of Counsel; Exhibits 1-9," ECF Nos. 79, 77-9 – 79-9. Defendants asked for Plaintiff's position, but did not hear back prior to filing this motion. Given that confidential information is currently on the docket publicly, Defendants file this motion as quickly as possible, and state as follows in support:

In both of Plaintiff's filings, Plaintiff seeks recusal of the judges assigned to this action. In doing so, Plaintiff includes information that is confidential, including descriptions and filings from various federal judicial conduct proceedings that must be kept confidential pursuant to 28 U.S.C. § 360, as well as information regarding Colorado state judicial disciplinary investigations that Plaintiff learned of as an employee of the Colorado Commission on Judicial Discipline

("CCJD") and which much be kept confidential pursuant to Colorado law. *See* Colo. Const. art. VI, § 23(3)(3)(g); Colo. RJD 6.5; *see also Colo.* RJD 3.5(b)(5). The content of these filings are similar to ECF No. 26 and its exhibits, which is the subject of Defendants' pending Amended Motion to (1) Restrict Affidavit of Judicial Bias or Prejudice According to 28 U.S.C. § 144 [ECF Nos. 26, 26-1-10]; and (2) Require Plaintiff to File Future Documents Under Level 1 Restriction in the First Instance. *See* ECF No. 30.

Placing ECF Nos. 77, 77-1 – 77-9 and 79, 79-1 – 79-9 under Level 1 Restriction will prevent further disclosure of confidential information while Defendants fully review the over five hundred pages of exhibits attached to ECF Nos. 77 and 79, and prepare a Motion to Restrict contemplated by D.C.ColoLCivR 7.2. Indeed, D.C.ColoLCivR 7.2(e) contemplates documents subject to a motion to restrict shall be filed as restricted "until the motion is determined by the court," and that a party in the ordinary course has 14 days to file such motion.

DATED this 24th day of March 2026.

PHILIP J. WEISER
Attorney General

*s/ Nora Q.E. Passamaneck*

DANIEL M. COMBS
KATHARINE BROWN
First Assistant Attorney General
CLAYTON ANKNEY
Second Assistant Attorney General
NORA Q. PASSAMANECK
Senior Assistant Attorney General

Civil Litigation and Employment Law
*Attorneys for Defendants*

Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado  80203
Telephone:  720-508-6000
E-Mail:  Dan.Combs@coag.gov
          Katharine.Brown@coag.gov
          Clayton.Ankney@coag.gov
          Nora.Passamaneck@coag.gov

*Attorneys for Defendants*

3