IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Kathryn H. Vratil**
**Magistrate Judge Gwynne E. Birzer**

Date: March 26, 2026
Courtroom Deputy: Meghan Smotts
Court Reporter: Kevin Carlin

| Civil Action No.: 25-cv-03361-KHV-GEB | Counsel: |
|---|---|
| CHRISTOPHER S.P. GREGORY, | Ingrid DeFranco<br>Christopher S.P. Gregory |
| Plaintiffs, | |
| v. | |
| THE COLORADO JUDICIAL DISCIPLINE RULEMAKING COMMITTEE, et al., | Clayton Ankney<br>Katharine J. Brown<br>Nora Passamaneck |
| Defendants. | |

| Civil Action No.: 25-cv-00190-KHV-GEB | Counsel: |
|---|---|
| CHRISTOPHER S.P. GREGORY, individually and on behalf of the United States of America and the State of Colorado, | Ingrid DeFranco<br>Christopher S.P. Gregory |
| Plaintiff and Relator, | |
| v. | |
| MINDY MASIAS, et al., | |
| Defendants. | |

## COURTROOM MINUTES

**IN COURT HEARING**

**9:36 a.m. Court in session.**

Court calls case. Appearances of counsel. C. Levi Martin, AUSA appears via VTC on behalf of interested party U.S.A. in case # 25-cv-00190-KHV-GEB.

**ORDERED:** [86] Plaintiff's Motion for Order to Require Attendance of Counsel at March 26 Hearing or Alternatively, to Reset Hearing is **OVERRULED.**

Court gives introductions, expectations of counsel moving forward and the agenda for the hearing.

Magistrate Judge Birzer will enter an Omnibus Order in due course setting out further case guidelines and standards.

**Civil Action No.: 25-cv-00190-KHV-GEB**

**10:03 a.m. **Courtroom is SEALED-Minutes will be docketed in 25-cv-00190-KHV-GEB****

**10:50 a.m. **Courtroom is OPEN.**

**10:50 a.m. Court in recess.**
**10:54 a.m. Court in session.**

**Civil Action No.: 25-cv-03361-KHV-GEB**

Court raises the [50] Plaintiff's Motion to Disqualify Colorado Attorney General for argument.

Arguments by counsel.

For the reasons set forth on the record, it is

**ORDERED:** [50] Plaintiff's Motion to Disqualify Colorado Attorney General is **DENIED**. Written order will enter in due course.

Plaintiff advises Court of his Offer of Proof—March 26, 2026 Hearing (Doc. #87) filed March 26, 2026. The 50-page offer of proof was filed at 9:39 a.m., after the hearing began. The offer is untimely, and the Court declines to consider it.

Court raises the [47] Defendant's Motion to Set Aside the Entry of Default for argument.

Arguments by counsel.

For the reasons set forth on the record, it is

**ORDERED:** [47] Defendant's Motion to Set Aside the Entry of Default is **SUSTAINED**. Clerk's Entry of Default [46] is **VACATED**. Plaintiff shall respond to Defendants' motion to dismiss by April 1, 2026—14 days after the date of its filing.

Court raises the [30] Defendant's Amended Motion to (1) Restrict Affidavit of Judicial Bias or Prejudice According to 28 U.S.C. § 144 (ECF Nos. 26, 26-1-10); and (2) Require Plaintiff to File Future Documents under Level 1 Restriction in the First Instance for argument.

Arguments by counsel.

For the reasons set forth on the record, it is

**ORDERED:** [30] Defendant's Amended Motion to (1) Restrict Affidavit of Judicial Bias or Prejudice According to 28 U.S.C. § 144 (ECF Nos. 26, 26-1-10); and (2) Require Plaintiff to File Future Documents under Level 1 Restriction in the First Instance is **SUSTAINED IN PART**. The affidavit, as originally filed, shall remain restricted. Plaintiff may re-file a redacted affidavit, as stated on the record, which does not disclose information about the Colorado judiciary. The Court will not entertain further briefing or argument on this issue.

All future pleadings filed by Plaintiff that mention State or Federal Judges shall be filed under Level 1 Restriction. If plaintiff wishes to lift the restrictions, he must file a motion to that effect which (1) addresses how the references are relevant to any material issues in this case; (2) establishes the source of his knowledge about the judges and whether it derives from his former employment and, if not, the source of his information; and (3) includes comprehensive legal support for his claim that the information is not confidential and, if it is confidential, that plaintiff has a First Amendment right to publish it anyway.

Note – The Emergency Motion To Place Under Level 1 Restriction Dkt. Nos. 77, 77-1 – 77-8, 79, And 79-1 – 79-9 Pending Defendants' Motion To Restrict These Filings (Doc. #80) filed March 24, 2026 is withdrawn by defense counsel.

**ORDERED:** The Court **TAKES UNDER ADVISEMENT** the Plaintiff's Response to the Order to Show Cause why the Plaintiff should not be sanctioned under

Rule 11, Fed. R. Civ. P., for representations made in his Application for Entry of Default [ECF 39] and attached Declaration.

Defendants make an Oral Motion to Stay Discovery.

For the reasons set forth on the record, it is

**ORDERED:** Defendants' Oral Motion to Stay Discovery pending the resolution of the [59] Defendants' Motion to Dismiss is **SUSTAINED**. Plaintiff's response to the motion to dismiss is due on or before **April 1, 2026**.

**12:13 p.m. Court in recess.**

Hearing concluded.
Total time in court: 02:33