## DESIGNATION OF A DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT
## WITHIN THE TENTH CIRCUIT

Pursuant to the provisions of Title 28, United States Code § 292(b), I designate and assign the Senior District Judge Kathryn H. Vratil of the United States District Court for the District of Kansas to hold court in in the District of Colorado on case numbers 25-CV-190 and 25-cv-3361, effective February 27, 2026.

Copies of this designation shall be furnished to the designee Judge and Chief Judges and Clerks of the respective Districts.

02.27.2026
_____
Date

_____
Jerome A. Holmes, Chief Judge
United States Court of Appeals
for the Tenth Circuit

PLAINTIFF'S
EXHIBIT

2