**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

DESIGNATION OF MAGISTRATE          ORDER
JUDGE GWYNNE E. BIRZER FOR
SERVICE IN THE DISTRICT OF
COLORADO

Pursuant to 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsection (a), (b), or (c) of Section 636 in a judicial district other than the judicial district for which he or she has been appointed. No magistrate judge shall perform any such duties in a district to which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying (1) the emergency by reason of which the magistrate judge is being transferred, (2) the duration of his or her assignment, and (3) the duties which he or she is authorized to perform.

The District of Colorado certifies the need for emergency assistance from the Honorable Gwynne E. Birzer, a magistrate judge in the District of Kansas, to perform the duties designated under 28 U.S.C. § 636, subsections (a), (b), and (c). The emergency in the district is caused by the recusal of the judicial officers of the District of Colorado in cases 25-cv-190, *Gregory v. Masias et al.*, and 25-cv-3361, *Gregory v. Colorado Judicial Discipline Rulemaking Committee et al.* Therefore, it is

**ORDERED** that, with the concurrence of the Honorable John W. Broomes, Chief Judge of the District of Kansas, United States Magistrate Judge Gwynne E. Birzer is designated to hold court and perform other judicial duties under 28 U.S.C. § 636, subsections (a), (b), and (c), in the District of Colorado for the duration of cases 25-cv-190, *Gregory v. Masias et al.*, and 25-cv-3361, *Gregory v. Colorado Judicial Discipline Rulemaking Committee et al*.

DATED: March 2, 2026

Philip A Brimmer
Chief United States District Judge

PLAINTIFF'S
EXHIBIT

3