**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| **CHRISTOPHER S.P. GREGORY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION** |
| | ) | |
| **v.** | ) | **No. 25-03361-KHV-GEB** |
| | ) | |
| **THE COLORADO JUDICIAL DISCIPLINE** | ) | |
| **RULEMAKING COMMITTEE, *et al*.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER TO SHOW CAUSE**

On March 18, 2026, defendants filed a Motion To Dismiss (Doc. #59). At the hearing on March 26, 2026, the Court directed plaintiff to respond to defendants' motion to dismiss by April 1, 2026. See Courtroom Minutes (Doc. #90) at 3. As of April 7, 2026, plaintiff has not filed a response to defendants' motion to dismiss. **On or before Monday, April 13, 2026, plaintiff shall show good cause in writing why the Court should not sustain defendants' Motion To Dismiss (Doc. #59) based on plaintiff's failure to timely file a memorandum in opposition.**

**IT IS SO ORDERED.**

Dated this 7th day of April, 2026 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge