**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-03361-KHV-GEB

CHRISTOPHER S. P. GREGORY,

     Plaintiff,

v.

THE COLORADO JUDICIAL RULEMAKING COMMITTEE, et al.,

     Defendants.

---

**MOTION TO EXCEED PAGE LIMITATION FOR DEFENDANTS' REPLY IN
SUPPORT OF THEIR MOTION TO DISMISS, ECF NO. 59**

---

On March 18, 2026, Defendants filed their Motion to Dismiss, outlining multiple bases

for why Plaintiff's Complaint should be dismissed under Rules 12(b)(1) and (b)(6). The deadline

for Plaintiff to file an opposition was April 1, 2026. *See* ECF No. 90 (providing that Plaintiff

must file an opposition by April 1, 2026); *see also* ECF No. 89 (detailing court's hearing orders).

On April 7, 2026, the Court issued an Order to Show Cause why the why the Court should not

sustain Defendants' Motion to Dismiss based on Plaintiff's failure to timely file an opposition.

ECF No. 93. On April 9, 2026, Plaintiff filed, without leave and/or explanation for the delay, an

Opposition to Defendants' Motion to Dismiss. ECF No. 94.

Plaintiff's Opposition is fifteen (15) pages long, and attempts to rebut the numerous

independent bases for dismissal that Defendants outlined in their Motion to Dismiss. To the

extent the Court considers Plaintiff's out-of-time Opposition, Defendants request that they be

permitted to file a reply no longer than ten (10) pages by April 16, 2026. The additional pages

will allow Defendants to address Plaintiff's arguments against dismissal, as well as his request in

the alternative that he be granted leave to amend.

Respectfully submitted this 10th day of April 2026.

PHILIP J. WEISER
Attorney General

s/ Nora Q.E. Passamaneck

**Daniel M. Combs**
**Katharine Brown**
First Assistant Attorneys General
**Clayton J. Ankney**
Second Assistant Attorney General
**Nora Q.E. Passamaneck**
Senior Assistant Attorney General
Civil Litigation and Employment Law
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, Colorado  80203
Telephone: 720-508-6000
Emails: Dan.Combs@coag.gov;
Katharine.Brown@coag.gov;
Clayton.Ankney@coag.gov;
Nora.Passamaneck@coag.gov

*Attorneys for Defendants*

2