IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-3361-KHV-GEB

CHRISTOPHER S. P. GREGORY,

Plaintiff,

v.

THE COLORADO JUDICIAL RULEMAKING COMMITTEE, et al.,

Defendants.

---

**MOTION TO WITHDRAW AS COUNSEL**

---

Pursuant to D.C.COLO.LAttyR 5(b), the undersigned attorney, Katharine Brown, provides this motion to withdraw as counsel of record for Defendants the Colorado Judicial Discipline Rulemaking Committee, the Colorado Commission on Judicial Discipline, the Colorado Supreme Court, Mary B. Sooter, Philip J. Weiser, Jared Polis, Maria Berkenkotter, Brian D. Boatright, Richard Gabriel, Melissa Hart, William Hood, III, Monica Marquez, Carlos Samour, Ingrid Barrier, David Beller, Jill Brady, Gina Cannan, James Carpenter, Nancy Cohen, Robert Gardner, Sara Garrido, Kirsten Grooms, James Hartman, Amanda Hollander, Alison Kyles, Bryon Large, Anne Mangiardi, Bonnie Mclean, Colleen McManamon, Kristen Mix, Reed Owens, Meredith Patrick Cord, Aubrey C. Sullivan, Courtney Sutton, Jeff Swanty, Emily Tofte Nestaval, Stefanie Trujillo, Maryann Vielma, Vincente Vigil, and Jeffrey M. Walsh.

In support of this motion, Ms. Brown states as follows:

1. Under D.C.COLO.LCivR7.1(b)(4), undersigned counsel was not required to confer with Plaintiff before filing this Motion.

2. Undersigned counsel certifies that she has complied with all outstanding orders of the Court.

3. Attorneys Clayton J. Ankney, Daniel M. Combs, and Nora Q.E. Passamaneck remain as active counsel for Defendants.

Respectfully submitted this July 2, 2026.

PHILIP J. WEISER
Attorney General

s/ *Katharine Brown*
***Katharine Brown****
First Assistant Attorney General
Civil Litigation & Employment Law

1300 Broadway, 10th Floor
Denver, Colorado 80203
Tel.: 720-508-6567
E-Mail: Katharine.Brown@coag.gov

*Attorneys for Defendants*
*Counsel of Record