**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-03361-KHV-GEB

CHRISTOPHER S.P. GREGORY,

Plaintiff,

v.

THE COLORADO JUDICIAL DISCIPLINE RULEMAKING COMMITTEE,
THE COLORADO COMMISSION ON JUDICIAL DISCIPLINE,
THE COLORADO SUPREME COURT,
MARY V. SOOTER, individually,
PHILIP J. WEISER, in his official capacity as the Colorado Attorney General and individually,
JARED POLIS, in his official capacity as Governor of the State of Colorado and individually,
MARIA BERKENKOTTER, individually,
BRIAN D. BOATRIGHT, individually,
RICHARD GABRIEL, individually,
MELISSA HART, individually,
WILLIAM HOOD III, individually,
MONICA MARQUEZ, individually,
CARLOS SAMOUR, individually,
INGRID BARRIER, individually,
DAVID BELLER, individually,
JILL BRADY, individually,
GINA CANNAN, individually,
JAMES CARPENTER, individually,
NANCY COHEN, individually,
ROBERT GARDNER, individually,
SARA GARRIDO, individually,
KIRSTEN GROOMS, individually,
JAMES HARTMANN, individually,
AMANDA HOLLANDER, individually,
ALISON KYLES, individually,
BRYON LARGE, individually,
ANNE MANGIARDI, individually,
BONNIE MCLEAN, individually,
COLLEEN MCMANAMON, individually,
KRISTEN MIX, individually,
REED OWENS, individually,
MEREDITH PATRICK CORD, individually,
AUBREY C. SULLIVAN, individually,
COURTNEY SUTTON, individually,
JEFF SWANTY, individually,
EMILY TOFTE NESTAVAL, individually,
STEFANIE TRUJILLO, individually,

MARYANN VIELMA, individually,
VINCENTE VIGIL, individually, and
JEFFREY M. WALSH, individually,

Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the [104] Memorandum and Order entered by United States District Judge Kathryn H. Vratil on August 11, 2026, it is

ORDERED that Defendants' [59] Motion to Dismiss is SUSTAINED. It is further

ORDERED that Plaintiff's [1] Complaint is DISMISSED.

This case is closed.

DATED August 11, 2026, at Denver, Colorado.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/H.Guerra
Deputy Clerk