**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-03361-KHV-GEB

CHRISTOPHER S. P. GREGORY,

Plaintiff,

v.

THE COLORADO JUDICIAL DISCIPLINE RULEMAKING COMMITTEE, et al.,

Defendants.

---

**EMERGENCY MOTION TO SEAL PLAINTIFF'S "RESPONSE TO ORDER TO SHOW CAUSE," DKT NO. 109**

---

This Court's September 9, 2026 Order required Plaintiff to respond, by September 11 at 4:00 MST, to Defendants' request that he be held in civil contempt, *see* Dkt. 107, and to also address why he should not be sanctioned under Rule 11, Fed. R. Civ. P., for failing to follow this Court's March 26, 2026 Order requiring him to file any papers that mention State or Federal Judges shall under Level 1 Restriction. Dkt. 108. Plaintiff filed his response today at 4:15 MST. Dkt. 109. Defendants will file a reply within the time required by Dkt. 89, but in the meantime file this **Emergency Motion** to Seal Dkt.109 because Plaintiff once again has included information regarding confidential judicial misconduct proceedings in violation of the March 26, 2026 Order. *See* ECF No. 109 at 2, 9. Defendants' counsel simultaneously provides this Motion to the Court's Chambers (ksd_vratil_chambers@ksd.uscourts.gov) so that this motion can be quickly addressed given the timing of Plaintiff's filing, his history of attempting to

publicly distribute prior filings that contain confidential information before Defendants can obtain sealing, and the need for immediate sealing.

Respectfully submitted this 11th day of September 2026.

PHILIP J. WEISER
Attorney General

s/ *Nora Q.E. Passamaneck*

***Nora Q.E. Passamaneck***
Senior Assistant Attorney General
***Daniel M. Combs***
First Assistant Attorney General
***Clayton J. Ankney***
Second Assistant Attorney General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: 720-508-6000
Email: Dan.Combs@coag.gov;
Clayton.Ankney@coag.gov;
Nora.Passamaneck@coag.gov

*Attorneys for Defendants*