**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-03361-KHV-GEB

CHRISTOPHER S.P. GREGORY,

Plaintiff,

v.

The COLORADO JUDICIAL DISCIPLINE RULEMAKING COMMITTEE, et al.

Defendants.

COUNSEL'S NOTICE OF QUALIFYING ADA DISABILITY AND REQUEST FOR A REASONABLE ACCOMMODATION

Comes now undersigned counsel for Christopher S. P. Gregory, and respectfully requests that the Court grant her a reasonable accommodation: a fourteen-day period of time to answer a motion or response. As grounds, counsel states as follows:

A pancreatic cancer diagnosis in the summer of 2026 led to an immediate referral to an aggressive, and ongoing, course of chemotherapy which has resulted in significant debilitation. This includes days when counsel cannot sit up in a chair for a reasonable period of time, or accomplish a reasonable amount of writing, and severe hand/foot syndrome which causes blistering of the hands and feet, severe numbness, and loss of the use of hands, intermittently, and regularly.

Under the ADA 2008 Amendments, pancreatic cancer is a qualifying disability, which supports a request for a reasonable accommodation. Counsel respectfully requests that the Court provide an accommodation by extending the period to respond to a motion or response to fourteen days, to apply to all current and future motions and responses until such time as an accommodation is no longer required.

Respectfully submitted this 4th day of October, 2026

/s/ Ingrid J. DeFranco

Ingrid J. DeFranco #31206
Law Office of Ingrid J. DeFranco
P. O. Box 128
Brighton, CO 80601-0128

303-641-6812
Ingrid.DeFranco@Gmail.com
Attorney for Christopher S. P. Gregory

CERTIFICATE OF SERVICE

I certify that on October 4, 2026, I filed the above filing via email to the Clerk of the Court, who will docket it in CM/ECF. CM/ECF will send notification of this filing to any party who has entered an appearance in this matter to the e-mail addresses provided in CM/ECF.

Ingrid J. DeFranco